**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

**District of Delaware**

Case number *(if known)* __19-____(__)__ Chapter **7**

☐ Check if this an amended filing

## Official Form 205
## Involuntary Petition Against a Non-Individual                    12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against a non-individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

### Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**    *Check one:*

   ■ Chapter 7
   ☐ Chapter 11

### Part 2: Identify the Debtor

2. **Debtor's name**    Live Well Financial, Inc.

3. **Other names you know the debtor has used in the last 8 years**

   Include any assumed names, trade names, or *doing business as* names.

4. **Debtor's federal Employer Identification Number (EIN)**
   ☐ Unknown
   20-2752826
   EIN

5. **Debtor's address**

   **Principal place of business**

   1011 Boulder Springs Dr., Suite 420
   Number    Street

   Richmond VA 23225-0000
   City            State    Zip Code

   Richmond City
   County

   **Mailing address, if different**

   Number    Street

   P.O. Box

   City            State    Zip Code

   **Location of principal assets, if different from principal place of business**

   Number    Street

   City            State    Zip Code

6. **Debtor's website (URL)**    https://livewell.com/

7. **Type of debtor**
   ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)
   ☐ Partnership (excluding LLP)
   ☐ Other type of debtor. Specify:

8. **Type of debtor's business**    *Check one:*

Official Form 205                Involuntary Petition Against a Non-Individual                page 1
Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor   **Live Well Financial, Inc.**                                                      Case number (if known)   19-____ (__)

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the types of business listed.
☐ Unknown type of business.

9. To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?

■ No
☐ Yes.  Debtor _____  Relationship _____
         District _____  Date filed ____/____/____  Case number, if known _____
                                     MM / DD / YYYY

         Debtor _____  Relationship _____
         District _____  Date filed ____/____/____  Case number, if known _____
                                     MM / DD / YYYY

**Part 3:   Report About the Case**

10. **Venue**   *Check one:*

    ■ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.
    ☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

11. **Allegations**   Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).
    The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

    *At least one box must be checked:*

    ■ The debtor is generally not paying its debts as they become due, unless they are in the subject of a bona fide dispute as to liability or amount.
    ☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

12. **Has there been a transfer of any claim against the debtor by or to any petitioner?**

    ■ No
    ☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

13. **Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| **Flagstar Bank, FSB** | See Affidavit in Support of Petition | Not Less than **$5,583.34** |
|  |  | $ |
|  |  | $ |
| **Mirae Asset Securities (USA) Inc.** | See Affidavit in Support of Petition | Not Less than **$5,583.34** |
|  |  | $ |
|  |  | $ |
| **Industrial and Commercial Bank of China Financial Services, LLC** | See Affidavit in Support of Petition | Not Less than **$5,583.34** |
|  |  | $ |
|  |  | $ |
|  | Total of petitioners' claims | Not less than **$16,750.02** |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or

Debtor   Live Well Financial, Inc.                                          Case number (if known)   19-_____ ( )

representative's) signature, along with the signature of the petitioner's attorney.

## Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

### Petitioners or Petitioners' Representative | Attorneys

**Name and mailing address of petitioner**
Flagstar Bank, FSB
Name

5151 Corporate Drive
Number   Street
Troy                        MI          48098-0000
City                        State       Zip Code

**Name and mailing address of petitioner's representative, if any**
Robert L. Marsh
Name

5151 Corporate Dr.
Number   Street
Troy                        MI          48098
City                        State       Zip Code

I declare under penalty of perjury that the foregoing is true and correct.
Executed on   06/10/2019
              MM / DD / YYYY

[signature]
Signature of petitioner or representative, including representative's title

**Attorneys**

Kerri K. Mumford
Printed name

Landis Rath & Cobb LLP
Firm name, if any

919 N Market Street, Suite 1800
Number   Street
Wilmington                  DE          19801
City                        State       Zip Code
Contact phone  302-467-4400    Email  mumford@lrclaw.com

Bar number   4186

State        DELAWARE

[signature]
Signature of attorney
Date signed   6/10/2019
              MM / DD / YYYY

---

### Petitioners or Petitioners' Representative | Attorneys

**Name and mailing address of petitioner**
Mirae Asset Securities (USA) Inc.
Name

810 7th Ave, 37th Floor
Number   Street
New York                    NY          10019-0000
City                        State       Zip Code

**Name and mailing address of petitioner's representative, if any**

Name

Number   Street

City                        State       Zip Code

I declare under penalty of perjury that the foregoing is true and correct.
Executed on  _____
             MM / DD / YYYY

**Attorneys**

Printed name

Firm name, if any

Number   Street

City                        State       Zip Code
Contact phone                Email

Bar number

State

Signature of attorney
Date signed

Official Form 205                Involuntary Petition Against a Non-Individual                page 3
Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor   **Live Well Financial, Inc.**                                                                  Case number (if known)   19-_____ ( )

representative's) signature, along with the signature of the petitioner's attorney.

## Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

### Petitioners or Petitioners' Representative | Attorneys

**Name and mailing address of petitioner**
Flagstar Bank, FSB
Name

5151 Corporate Drive
Number    Street
Troy                                MI             48098-0000
City                                State          Zip Code

**Name and mailing address of petitioner's representative, if any**

Name

Number   Street

City                                State          Zip Code

I declare under penalty of perjury that the foregoing is true and correct.
Executed on  _____
             MM / DD / YYYY

Signature of petitioner or representative, including representative's title

**Attorneys**

Kerri K. Mumford
Printed name

Landis Rath & Cobb LLP
Firm name, if any

919 N Market Street, Suite 1800
Number  Street
Wilmington                          DE             19801
City                                State          Zip Code
Contact phone  302-467-4400         Email          mumford@lrclaw.com

Bar number   4186

State        DELAWARE

Signature of attorney
Date signed  _____
             MM / DD / YYYY

---

### Petitioners or Petitioners' Representative | Attorneys

**Name and mailing address of petitioner**
Mirae Asset Securities (USA) Inc.
Name

810 7th Ave, 37th Floor
Number    Street
New York                            NY             10019-0000
City                                State          Zip Code

**Name and mailing address of petitioner's representative, if any**
*[signature]*
Name
Richard Misiano
110 7th Ave, 37th Floor
Number   Street
New York                            NY             10019
City                                State          Zip Code

I declare under penalty of perjury that the foregoing is true and correct.
Executed on  6/10/19
             MM / DD / YYYY

**Attorneys**

Printed name

Firm name, if any

Number   Street

City                                State          Zip Code
Contact phone                       Email

Bar number

State

Signature of attorney
Date signed

---

Official Form 205                   Involuntary Petition Against a Non-Individual                       page 3
Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor **Live Well Financial, Inc.**        Case number *(if known)* **19-_____ ( )**

MM / DD / YYYY

Signature of petitioner or representative, including representative's title

| **Petitioners or Petitioners' Representative** | **Attorneys** |
|---|---|

**Name and mailing address of petitioner**
**Industrial and Commercial Bank of China Financial Services, LLC**
Name

**1633 Broadway, 28th Floor**
Number    Street
**New York**          **NY**       **10019-0000**
City                    State        Zip Code

Printed name

Firm name, if any

Number    Street

City                    State        Zip Code

**Name and mailing address of petitioner's representative, if any**

Contact phone          Email

Name

Bar number

State

Number    Street

City                    State        Zip Code

I declare under penalty of perjury that the foregoing is true and correct. Executed on 06/10/2019
     MM / DD / YYYY

*/s/ [signature]* General Counsel
Signature of petitioner or representative, including representative's title

Signature of attorney
Date signed
     MM / DD / YYYY

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| LIVE WELL FINANCIAL, INC., | Case No. 19-[_____] (___) |
| Alleged Debtor. | |

## CORPORATE OWNERSHIP STATEMENT OF FLAGSTAR BANK, FSB PURSUANT TO BANKRUPTCY RULE 7007.1

Pursuant to Federal Rule of Bankruptcy Procedure 1 7007.1, the undersigned counsel for the Flagstar Bank, FSB in the above captioned proceeding, certifies that the Flagstar Bank, FSB, is a federally chartered savings bank that is wholly owned by Flagstar Bancorp, Inc., a publicly-traded company. As of March 22, 2019, MP Thrift Investments L.P. owns 48.9% of the common shares of Flagstar Bancorp, Inc. No other shareholder owns 10% or more of Flagstar Bancorp, Inc.

Dated: June, 10, 2019
Wilmington, Delaware

**LANDIS RATH & COBB LLP**

/s/ Kerri Mumford
Adam G. Landis (No. 3407)
Kerri K. Mumford (No. 4186)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
E-mail: landis@lrclaw.com
        mumford@lrclaw.com

*Counsel to Petitioning Creditors*

{200.000-W0056265.}

Detroit_16107941_2

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>LIVE WELL FINANCIAL, INC.,<br><br>Alleged Debtor. | Chapter 7<br><br>Case No. 19-[_____] (___) |

**CORPORATE OWNERSHIP STATEMENT OF INDUSTRIAL AND COMMERCIAL BANK OF CHINA FINANCIAL SERVICES LLC PURSUANT TO BANKRUPTCY RULE 7007.1**

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1, the undersigned counsel for Industrial and Commercial Bank of China Financial Services LLC ("ICBCFS") in the above captioned proceeding certifies that ICBCFS is a United States, SEC registered, FINRA member and broker-dealer, and that Industrial and Commercial Bank of China Limited holds 100% of the ownership interest.

Dated: June, 10, 2019
Wilmington, Delaware

**LANDIS RATH & COBB LLP**

Adam G. Landis (No. 3407)
Kerri K. Mumford (No. 4186)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
E-mail: landis@lrclaw.com
mumford@lrclaw.com

*Counsel to Petitioning Creditors*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>LIVE WELL FINANCIAL, INC.,<br><br>            Alleged Debtor. | Chapter 7<br><br>Case No. 19-[_____] (___) |

**CORPORATE OWNERSHIP STATEMENT OF MIRAE ASSET
SECURITIES (USA) INC. PURSUANT TO BANKRUPTCY RULE 7007.1**

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1, the undersigned counsel for Mirae Asset Securities (USA) Inc. ("Mirae") in the above captioned proceeding certifies that Mirae is a United States, SEC registered, FINRA member and broker-dealer, and that Mirae Asset Securities Holdings (USA) Inc. ("Holdings") holds 100% of the ownership interest in Mirae. 100% of the ownership interest in Holdings is held by Mirae Asset Daewoo Co., Ltd. ("Daewoo"). 19.93% of the ownership interest in Daewoo is held by Mirae Asset Capital Co., Ltd.

Dated: June, 10, 2019
       Wilmington, Delaware

**LANDIS RATH & COBB LLP**

/s/ Kerri Mumford
_____
Adam G. Landis (No. 3407)
Kerri K. Mumford (No. 4186)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
E-mail: landis@lrclaw.com
             mumford@lrclaw.com

*Counsel to Petitioning Creditors*