## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| LIVE WELL FINANCIAL, INC., | Case No. 19-11317 (LSS) |
| Alleged Debtor. | **Ref. No. 15** |

### DECLARATION OF NICOLAS E. JENNER IN SUPPORT OF EXPEDITED MOTION OF THE PETITIONING CREDITORS FOR ENTRY OF (I) AN INTERIM ORDER UNDER BANKRUPTCY CODE SECTION 363(f) AND (II) A FINAL ORDER DIRECTING THE APPOINTMENT OF AN INTERIM CHAPTER 7 TRUSTEE AND RELATED RELIEF

Nicolas E. Jenner, Esquire, hereby declares, under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1.      I am an associate at the law firm Landis Rath & Cobb LLP, counsel for the Petitioning Creditors.  I submit this declaration (the "Declaration"), upon my personal knowledge or upon information and belief as stated herein, in support of the *Expedited Motion of the Petitioning Creditors for Entry of (I) an Interim Order Under Bankruptcy Code Section 363(f) and (II) a Final Order Directing the Appointment of an Interim Chapter 7 Trustee and Related Relief* (the "Trustee Motion").[1]

2.      Attached hereto as **Exhibit A** is a true and correct copy of the *Class Action Complaint* filed in the New York Litigation, *Shakespeare v. Live Well Fin., Inc., et al.*, No. 18-cv-07299 (SJF)(AYS) (E.D.N.Y. Dec. 21, 2018) [D.I. 1];

3.      Attached hereto as **Exhibit B** is a true and correct copy of the *Class Action Complaint* filed in the WARN Lawsuit, *Williams v. Live Well Fin., Inc.*, No. 19-cv-00868-CFC (D. Del. May 8, 2019) [D.I. 1]; and

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Trustee Motion.

4.      Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 13th day of June, 2019

*Nicolas E. Jenner*

Nicolas E. Jenner, Esquire (#6554)