## **CERTIFICATE OF SERVICE**

I, Daniel N. Brogan, hereby certify that on this 17th day of July, 2019, I caused copies of the **Debtor's Motion for Order Extending the Time to File Schedules of Assets and Liabilities and Statement of Financial Affairs Pursuant to Sections 105 and 521 of the Bankruptcy Code, Bankruptcy Rules 1007 and 9006, and Local Rules 1007-1 and 9006-2** to be served on the parties listed below via first class mail:

Landis Rath & Cobb LLP
Adam G. Landis, Esq.
Kerri K. Mumford, Esq.
Nicolas E. Jenner, Esq.
919 N. Market Street, Suite 1800
Wilmington, DE 19801

Schulte Roth & Zabel LLP
Adam C. Harris, Esq.
Caroline Gange, Esq.
919 Third Avenue
New York, NY 10022

McCreary, Veselka, Bragg & Allen, P.C.
Tara LeDay, Esq.
P.O. Box 1269
Round Rock, Texas 78680

Alston & Bird LLP
John W. Weiss, Esq.
90 Park Avenue
New York, New York 10016

Alston & Bird LLP
William S. Sugden, Esq.
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309

Carlton Fields, LLP
Alexandra D. Blye, Esq.
CityPlace Tower
525 Okeechobee Blvd., Ste. 1200
West Palm Beach, FL 33401

{BAY:03424254v1}

Archer & Greiner, P.C.
Alan Michael Root, Esq.
David W. Carickhoff, Esq.
300 Delaware Ave
Suite 1100
Wilmington, DE 19801

Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

Buchanan Ingersoll & Rooney PC
Mary F. Caloway, Esq.
919 N. Market Street, Suite 990
Wilmington, DE 19801

Outten & Golden LLP
Jack A. Raisner, Esq.
René S. Roupinian, Esq.
685 Third Avenue, 25th Floor
New York, NY 10017

Loizides, P.A.
Christopher D. Loizides, Esq.
1225 King Street, Suite 800
Wilmington, DE 19801

Bielli & Klauder, LLC
David M. Klauder, Esq.
1204 N. King Street
Wilmington, DE 19801

R. Craig Martin
DLA Piper LLP (US)
1201 North Market Street, Suite 2100
Wilmington, DE 19801

DLA Piper LLP (US)
Kristy N. Grace, Esq.
Richard M. Kremen, Esq.
6225 Smith Avenue
Baltimore, MD 21209

*/s/ Daniel N. Brogan*
Daniel N. Brogan (No. 5723)