**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| LIVE WELL FINANCIAL, INC., | Case No. 19-11317 (LSS) |
| Debtor. | Related Docket No.: 87<br>Hearing Date: 9/3/2019 at 11:00 a.m. (ET) |

**CERTIFICATE OF NO OBJECTION
REGARDING APPLICATION OF DAVID W. CARICKHOFF,
CHAPTER 7 TRUSTEE OF LIVE WELL FINANCIAL, INC., FOR
ENTRY OF AN ORDER AUTHORIZING THE TRUSTEE TO EMPLOY
BLANK ROME LLP AS HIS SPECIAL COUNSEL PURSUANT TO 11 U.S.C.
§§ 327, 328 AND FED. R. BANKR. P. 2014 *NUNC PRO TUNC* TO JULY 3, 2019**

On July 31, 2019, David W. Carickhoff (the "Trustee"), Chapter 7 Trustee of Live Well Financial, Inc., filed the *Application of David W. Carickhoff, Chapter 7 Trustee of Live Well Financial, Inc., for Entry of an Order Authorizing the Trustee to Employ Blank Rome LLP as His Special Counsel Pursuant to 11 U.S.C. §§ 327, 328 and Fed. R. Bankr. P. 2014* Nunc Pro Tunc *to July 3, 2019* [Docket No. 87] (the "Application") with the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Court"). The notice appended to the Application established a deadline of August 14, 2019 at 4:00 p.m. (prevailing Eastern Time) for filing and service of objections or responses to the Application. The undersigned hereby certifies that counsel for the Trustee has received no formal or informal objection or response to the Application. The undersigned further certifies that he has caused a review of the Court's docket in this case and no objection or response to the Application appears thereon.

Accordingly, the Trustee respectfully requests entry of the proposed order attached to the Application at the earliest convenience of the Court.

| | |
|---|---|
| Dated: August 21, 2019<br>Wilmington, Delaware | **BLANK ROME LLP**<br><br>*/s/ Bryan J. Hall*<br>Regina Stango Kelbon (DE No. 5444)<br>Bryan J. Hall (DE No. 6285)<br>1201 N. Market Street, Suite 800<br>Wilmington, Delaware 19801<br>Telephone:   (302) 425-6400<br>Facsimile:    (302) 425-6464<br>Email:          Kelbon@BlankRome.com<br>                    BHall@BlankRome.com<br><br>Michael B. Schaedle (*pro hac vice* to be filed)<br>One Logan Square<br>130 North 18th Street<br>Philadelphia, Pennsylvania 19103<br>Telephone:   (215) 569-5500<br>Facsimile:    (215) 569-5555<br>Email:          Schaedle@BlankRome.com<br><br>*Proposed Special Counsel to Live Well Financial, Inc., acting by and through its Chapter 7 Trustee, David W. Carickhoff* |