**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| LIVE WELL FINANCIAL, INC., | Case No. 19-11317 (LSS) |
| Debtor. | Related Docket No.: 88<br>Hearing Date: 9/3/2019 at 11:00 a.m. (ET) |

**CERTIFICATION OF COUNSEL
REGARDING APPLICATION OF DAVID W. CARICKHOFF,
CHAPTER 7 TRUSTEE OF LIVE WELL FINANCIAL, INC., FOR ENTRY OF AN
ORDER AUTHORIZING THE TRUSTEE TO EMPLOY SOLIC CAPITAL ADVISORS,
LLC AND SOLIC CAPITAL, LLC AS HIS FINANCIAL ADVISOR PURSUANT TO
BANKRUPTCY CODE SECTIONS 327(a) AND 328(a), BANKRUPTCY RULES 2014(a)
AND 2016, AND LOCAL RULE 2014-1, *NUNC PRO TUNC* TO JULY 12, 2019**

The undersigned proposed counsel to David W. Carickhoff (the "Trustee"), Chapter 7 Trustee of Live Well Financial, Inc., hereby certifies as follows:

1. On July 31, 2019, the Trustee filed the *Application of David W. Carickhoff, Chapter 7 Trustee of Live Well Financial, Inc., for Entry of an Order Authorizing the Trustee to Employ SOLIC Capital Advisors, LLC and SOLIC Capital, LLC as His Financial Advisor Pursuant to Bankruptcy Code Sections 327(a) and 328(a), Bankruptcy Rules 2014(a) and 2016, and Local Rule 2014-1,* Nunc Pro Tunc *to July 12, 2019* [Docket No. 88] (the "Application") with the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Court"). The notice appended to the Application established a deadline of August 14, 2019 at 4:00 p.m. (Eastern Time) (the "Objection Deadline") for filing and service of objections or responses to the Application. A hearing on the Application currently is scheduled for September 3, 2019 at 11:00 a.m. (Eastern Time).

2. Prior to the Objection Deadline, counsel to the Trustee received comments from the Office of the United States Trustee for Region 3 (the "U.S. Trustee") with respect to the

Application.  The U.S. Trustee's comments have been resolved with changes to the proposed order granting the Application (the "Revised Order").  The Revised Order is attached hereto as **Exhibit A**.  Attached hereto as **Exhibit B** is a redline reflecting changes between the proposed order filed with the Application and the Revised Order.  Counsel to the U.S. Trustee has confirmed that the U.S. Trustee does not oppose entry of the Revised Order.

3. Other than the informal response from the U.S. Trustee, no other formal or informal response or objection to the Application has been received.  The undersigned has caused a review of the Court's docket in this case and certifies that no response or objection to the Application appears thereon.

WHEREFORE, the Trustee respectfully requests entry of the Revised Order attached hereto as **Exhibit A** at the earliest convenience of the Court.

Dated: August 21, 2019
Wilmington, Delaware

**BLANK ROME LLP**

*/s/ Bryan J. Hall*
Regina Stango Kelbon (DE No. 5444)
Bryan J. Hall (DE No. 6285)
1201 N. Market Street, Suite 800
Wilmington, Delaware 19801
Telephone:    (302) 425-6400
Facsimile:     (302) 425-6464
Email:           Kelbon@BlankRome.com
                     BHall@BlankRome.com

Michael B. Schaedle (*pro hac vice* to be filed)
One Logan Square
130 North 18th Street
Philadelphia, Pennsylvania 19103
Telephone:    (215) 569-5500
Facsimile:     (215) 569-5555
Email:           Schaedle@BlankRome.com

*Proposed Special Counsel to Live Well Financial, Inc., acting by and through its Chapter 7 Trustee, David W. Carickhoff*

2