**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| LIVE WELL FINANCIAL, INC., | Case No. 19-11317 (LSS) |
| Debtor. | |

## GLOBAL NOTES REGARDING THE DEBTOR'S SCHEDULES OF ASSETS AND LIABILITIES, LIST OF EQUITY SECURITY HOLDERS, AND STATEMENT OF FINANCIAL AFFAIRS

### Introduction

Live Well Financial, Inc., the debtor in the above-captioned chapter 7 case (the "Debtor"), files its (i) Schedules of Assets and Liabilities (the "Schedules"), (ii) List of Equity Security Holders, and (iii) Statement of Financial Affairs (the "Statements" and collectively, the "Schedules and Statements") in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). The Debtor has made reasonable and good faith efforts to prepare and file the Schedules and Statements in accordance with section 521 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 1007 of the Federal Rules of Bankruptcy Procedure.

On June 10, 2019 (the "Involuntary Petition Date"), three petitioning creditors filed an involuntary petition against the Debtor under chapter 7 of the Bankruptcy Code with the Bankruptcy Court.

On July 1, 2019 (the "Order for Relief Date"), the Bankruptcy Court entered the *Order for Relief* [D.I.49]. On that same date, the Office of the United States Trustee for Region 3 appointed David W. Carickoff as trustee of the Debtor's estate (the "Trustee").

The following global notes regarding the Schedules and Statements (the "Global Notes") pertain to, are incorporated by reference into, and comprise an integral part of the Schedules and Statements. The Global Notes should be referred to and reviewed in connection with any review of the Schedules and Statements.

The Schedules and Statements (i) are unaudited; (ii) do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles; (iii) were gathered from a variety of different sources available to the Debtor; and (iv) were prepared with such data to provide a cut-off as near as possible to the Order for Relief Date, except where the Schedules or Statements specify a different measuring date. For example, certain parts of the Statements use the filing of the case as the measuring date and, in such instances, the Involuntary Petition Date has been used.

Unless otherwise stated, the Schedules and Statements reflect the Debtor's net book value of assets and liabilities as of June 30, 2019.

**Reservation of Rights**

Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements based on the information available and reviewed at the time of preparation.  Further review of additional information may reveal inadvertent errors or omissions.

All rights of the Debtor, the Debtor's estate, and the Trustee are fully reserved to amend the Schedules and Statements from time to time as may be necessary or appropriate.  Investigation and due diligence are ongoing.

Nothing contained in the Schedules and Statements, or in these Global Notes, shall constitute either a waiver of any rights of the Debtor, the estate or the Trustee or an admission by any of them with respect to any issue in this chapter 7 case, including without limitation any issues involving ownership of assets, values, amounts, security interests, liens, transfers, objections to claims, substantive consolidation, equitable subordination, whether a person or entity is an "insider" as that term is used in the Bankruptcy Code, any defenses, setoff, recoupment, characterization or recharacterization of claims, characterization of contracts, assumption or rejection of contracts or leases under the provisions of the Bankruptcy Code, and/or any claims or causes of action arising under the Bankruptcy Code or under any other applicable law relating to the recovery of assets or the avoidance of transfers for the benefit of creditors and the bankruptcy estate.

All rights of the Debtor, the estate, and the Trustee are fully reserved with respect to, among other things, (a) the values, amounts, classification, treatment, and/or characterization of the assets and liabilities listed on the Schedules and Statements; (b) the right to designate a claim listed on the Schedules or Statements as "disputed," "contingent," and/or "unliquidated"; or (c) any determination as to whether any claim listed on the Schedules or Statements may be exclusive or inclusive of contingent and/or additional unliquidated amounts.

All rights with respect to any claims, counterclaims, causes of action, defenses, or arguments are fully reserved, and nothing contained in the Schedules and Statements, or in these Global Notes, shall be deemed to be a waiver of any kind.  Where the Debtor is named as a defendant in pending litigation, nothing contained in the Schedules and Statements, or in these Global Notes, shall be deemed to be an admission or determination with respect to, or a waiver of any defense or objection to, any claim, counterclaim, or cause of action asserted in such litigation, and all defenses, objections, and other rights with respect thereto are fully preserved.

The Trustee currently is investigating a number of prepetition transactions and transfers by the Debtor and related entities, as well as other potential challenges, claims, and causes of action. The fact that a particular claim or liability is not listed on the Schedules and Statements as being contingent, unliquidated, disputed, or subject to an offset as of the Order for Relief Date only reflects Mr. Haddock's knowledge in connection with such claim or liability as of the Order for Relief Date and does not bind the Trustee in any investigation, litigation, contested matter, adversary proceeding, civil action, or otherwise.  The Trustee, on behalf of himself and on behalf of the Debtor's estate, expressly reserves all rights under applicable law, including without limitation Bankruptcy Code section 502(d) and any other right of setoff or offset under applicable law or rules, with respect to all parties, including all parties listed on Schedules D and E/F.

The Schedules and Statements have been signed by Glenwood L. Haddock. Mr. Haddock was the Chief Financial Officer of Live Well Financial, Inc. from January 2019 through July 2019 and prior to that served as Senior Director of Operations. Mr. Haddock currently is a consultant to the Trustee. In preparing, reviewing, and signing the Schedules and Statements, Mr. Haddock necessarily has relied upon the efforts, statements, and representations of other parties. Mr. Haddock has not (and could not have) personally verified the accuracy of every statement and representation set forth in the Schedules and Statements, including statements and representations concerning amounts owed to creditors.

## Confidential Information

There may be instances in the Schedules and Statements where it was deemed necessary or appropriate to redact from the public record information such as names, addresses, amounts, or other details. Typically, this approach has been used because of (a) an agreement between the particular Debtor and a third party, (b) concerns of confidentiality, or (c) concerns for the privacy of an individual. The addresses of former employees, directors and officers have not been listed in the Schedules and Statements and are on file with the Trustee. Any required notice or other document will be mailed to the address listed in the Debtor's books and records for such parties. In addition, the Debtor may be parties to executory contracts that contain confidentiality provisions and, where applicable, such confidential information has not been included in the Schedules or the Statements.

## Notes with Respect to Specific Schedules

### Schedule A/B

**Part 1, Question 3.** Cash values listed under Question 3 reflect statement balances as of June 30, 2019. Except for the Wells Fargo business checking account, the funds may be subject to claims asserted by certain creditors, including those listed on Schedule D.

**Part 3, Question 11.** Following is a breakdown of the accounts receivable listed under Question 11:

| Account Receivable | Description | Face Amount | Doubtful/ Uncollectible | Total |
|---|---|---|---|---|
| Contour Mortgage | Broker Premium | $6,593.46 | $0.00 | $6,593.46 |
| Guaranteed Rate | Broker Premium | $2,675.40 | $0.00 | $2,675.40 |
| Mortgage Direct | Broker Premium | $3,564.90 | $0.00 | $3,564.90 |
| Mortgage Direct | Broker Premium | $4,861.69 | $0.00 | $4,861.69 |
| Red Wagon Mortgage | Broker Premium | $8,897.09 | $0.00 | $8,897.09 |
| Thomas Scherr | Employee Note | $11,334.46 | $0.00 | $11,334.46 |
| | | | | **$37,927.00** |

**Part 4, Question 16.**  The values listed under Question 16 for the GNMA Bonds reflect the aggregate "Market Value" set forth on the U.S. Bank statements for accounts no. -06000 and -26000 as of June 30, 2019.  The "Market Value" listed for account no. -26000 corresponds to the collateral value listed on Schedule D for Flagstar Bank, FSB.  These bonds were surrendered to Flagstar Bank, FSB, pursuant to the *Stipulation Granting Flagstar Bank, FSB, a Federal Chartered Savings Bank, Limited Relief from the Automatic Stay* (*see* Order at D.I. 97).  The "Market Value" listed for account no. -06000 corresponds to the sum of the collateral values listed on Schedule D for Industrial and Commercial Bank of China Financial Services, LLC and for Mirae Asset Securities (USA) Inc.  No independent analysis has been undertaken for the "Markey Values" listed under Question 16.

**Part 7, Question 38-41.**  The Debtor's office furniture, equipment, and fixtures have been sold, abandoned or otherwise disposed of (*see*, *e.g.*, Order at D.I. 105).  The Trustee or his consultants have possession of the Debtor's servers and certain computer equipment.

**Part 9, Question 55.**  The two properties listed under question 55 were real estate owned (REO) as of June 30, 2019.  Subsequently, the Locust Grove, Virginia property was sold in July 2019 and the value listed under question 55 represents the net sale proceeds.  The Rockaway Beach, Missouri property remains REO and the value listed under question 55 represents the outstanding loan balance as of June 30, 2019.

**Part 11, Question 71.**  The first three loans listed under question 71 are Live Well-owned loans.  Together with the REO, these loans sometimes are referred to as the "scratch and dent" loans.

The approximately 230 loans warehoused with First Tennessee Bank, N.A. and listed under question 71 are in the process of being surrendered to the bank pursuant to the *Stay Relief Stipulation and Collateral Surrender Agreement* (*see* Order at D.I. 104).  The actual value ultimately realized from the liquidation of such loans could differ materially from the Debtor's net book value as of June 30, 2019.

## Schedule D

The Debtor may not have listed on Schedule D all parties that may assert their claims are secured.  *See* Global Notes to Schedule A/B above for information regarding certain specific asset values.

## Schedule E/F

**Part 1.**  The inclusion of any claim on Schedule E/F does not constitute an admission that such claim is entitled to priority treatment of any kind under section 507 of the Bankruptcy Code.  All rights are fully reserved to dispute or to seek to reclassify the asserted priority status of any claim on any basis.

**Part 2.**  Reasonable efforts have been taken to report on Schedule E/F all known general unsecured claims against the Debtor as of the Order for Relief Date, according to the Debtor's books and records.

Certain claims listed on Schedule E/F, including without limitation the claims scheduled on behalf of Five Elms Coinvest, L.P., Five Elms Equity Fund I L.P., Five Elms Haakon, L.P., LWFVEST, LLC, North Hill Ventures, II LP, James Brown, Gantcher Family Limited, and Eric Legoff, may relate to the purchase and sale of certain preferred stock issued by the Debtor and such claims may be subject to subordination.

The total amount of unsecured claims listed on Schedule E/F does not include any amounts for potential deficiency claims of creditors listed on Schedule D.

## Schedule G

Reasonable efforts have been made to identify contracts and leases that existed as of the Order for Relief Date.  The inclusion of a particular agreement on Schedule G shall not constitute or be deemed to be an admission that such an agreement is an executory contract or an unexpired lease that was in effect on the Order for Relief Date or that such agreement was or remains valid or enforceable, nor shall it be deemed an assumption of any such agreement.  Similarly, the omission of any particular agreement from Schedule G shall not constitute or be deemed to be an admission that such agreement is not an executory contract or an unexpired lease, nor shall it be deemed to be a rejection of any such agreement.  All rights of the Debtor, the Debtor's estate, and the Trustee under the Bankruptcy Code with respect to all such agreements are fully reserved.

Certain month-to-month non-residential real property leases have been listed on Schedule G out of an abundance of caution. All non-residential real property leases listed on Schedule G have been terminated or rejected, as applicable, by no later than either the Order for Relief Date or such other date as is set forth in the *Order Pursuant to Sections 105, 365, and 554 of the Bankruptcy Code and Bankruptcy Rules 6006 and 6007 Authorizing (I) the Rejection of Certain Unexpired Leases of Nonresidential Real Property and (II) Abandonment of Related Personal Property* (D.I. 105).

## Note with Respect to List of Equity Security Holders

According to the Debtor's books and records, as of the Involuntary Petition Date, Michael C. Hild was the holder of approximately 54.88% of the common stock of the Debtor and no other party held five percent (5%) or more of the Debtor's common stock.

## Notes with Respect to Specific Statements

## Part 1, Question 2

The amounts of non-business revenue listed under Question 2 are revenues from bond trading activities during the respective periods per the Debtor's books and records.  These amounts do not reflect losses from such bond trading activities, which may materially

reduce such amounts.  The actual amounts of non-business revenue may differ materially from those reflected in the Debtor's books and records.

**Part 2, Question 3**

The amounts listed under Question 3 and on Attachment 3 are transfers which, according to the Debtor's books and records, were made during the period from March 12, 2019 to June 10, 2019, other than (i) regular employee compensation, (ii) transfers where the aggregate value transferred to a particular party was less than $6,825, and (iii) transfers listed under Question 4 below.

**Part 2, Question 4**

The amounts listed under Question 4 and on Attachment 4 are transfers which, according to the Debtor's books and records, were made during the period from June 10, 2018 to June 10, 2019 either to an "insider," as that term is defined in Bankruptcy Code section 101(31), or that may have benefited an insider.

Transfers that may have benefited an insider include transfers to the Debtor's lenders either as part of loan transactions or in connection with the surrender of certain collateral.  In each case the debt was guaranteed by an insider, Michael C. Hild.

Transfers to insiders include payroll, expense reimbursement, director fees, and guaranty fees.  For payroll, the Debtor paid such amounts to Paychex, Inc., the Debtor's third party payroll processor, which made the applicable payments to the employees.

**Part 2, Question 7**

The Debtor has used reasonable efforts to report all legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the Debtor was a defendant or respondent within one year prior to the Involuntary Petition Date.

As of the Involuntary Petition Date, the Debtor was or had been a plaintiff or party to approximately 100 state foreclosure actions or similar lawsuits in connection with its now-terminated residential mortgage origination and servicing business.  Upon information and belief, the Debtor has been or will be substituted as a party in such litigation by the successor servicer or another party.  Due to the volume of such foreclosure actions, they have not been listed under Question 7.

Since the Order for Relief Date, the Debtor and certain of its former officers and employees have been named as defendants in a civil action filed by the U.S. Securities and Exchange Commission. *See* Case Civil Action No. 1:19-cv-8086 (S.D.N.Y.).

**Part 13, Question 30**

The amounts listed under Question 30 and on Attachment 30 also appear under Part 2, Question 4 and on Attachment 4.

**Fill in this information to identify the case:**

Debtor name **Live Well Financial, Inc.**

United States Bankruptcy Court for the: DISTRICT OF DELAWARE

Case number (if known) **19-11317-LSS**

☐ Check if this is an amended filing

Official Form 206Sum

**Summary of Assets and Liabilities for Non-Individuals** 12/15

Part 1: **Summary of Assets**

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*................................................................................ $ 97,348.02

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.............................................................................. $ 267,806,983.14

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*................................................................................ $ 267,904,331.16

Part 2: **Summary of Liabilities**

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................... $ 343,203,222.23

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................ $ 13,738.97

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................. +$ 18,229,547.26

4. **Total liabilities** ...........................................................................................................
   Lines 2 + 3a + 3b $ 361,446,508.46

| Fill in this information to identify the case: |
|---|
| Debtor name **Live Well Financial, Inc.** |
| United States Bankruptcy Court for the:    DISTRICT OF DELAWARE |
| Case number (if known)    **19-11317-LSS** |

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:       Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Wells Fargo Bank, N.A.** | **Business checking** | **6771** | **$1,774,751.85** |
| 3.2. | **Wells Fargo Bank, N.A.** | **Escrow** | **5540** | **$10,029.62** |
| 3.3. | **Customers Bank** | **Maintenance account** | **3379** | **$0.00** |
| 3.4. | **Customers Bank** | **GNMA P&I account** | **4238** | **$0.00** |
| 3.5. | **First Tennessee Bank, N.A.** | **Escrow** | **4296** | **$16,231.77** |
| 3.6. | **First Tennessee Bank, N.A.** | **Mortgage insurance** | **4233** | **$33,392.33** |
| 3.7. | **First Tennessee Bank, N.A.** | **Operating** | **4198** | **$437,831.94** |

Software Copyright (c) 2019 CINGroup - www.cincompass.com

Debtor  **Live Well Financial, Inc.**                                        Case number *(If known)* **19-11317-LSS**
  Name

| | | | | |
|---|---|---|---|---|
| 3.8. | **First Tennessee Bank, N.A.** | **GNMA P&I account** | **0016** | **$111,005.16** |
| 3.9. | **First Tennessee Bank, N.A.** | **GNMA T&I account** | **0009** | **$19,323.12** |
| 3.10. | **Flagstar Bank, FSB** | **Operating** | **6247** | **$0.00** |
| 3.11. | **Flagstar Bank, FSB** | **Funding** | **6403** | **$2,268.59** |
| 3.12. | **Flagstar Bank, FSB** | **Money market** | **6445** | **$9.89** |
| 3.13. | **Republic Bank & Trust Company** | **Settlement** | **7461** | **$8,809.66** |
| 3.14. | **Republic Bank & Trust Company** | **Funding** | **7488** | **$30,018.09** |
| 3.15. | **Republic Bank & Trust Company** | **Pledge** | **5983** | **$94.10** |
| 3.16. | **Republic Bank & Trust Company** | **Escrow** | **3643** | **$734.38** |
| 3.17. | **Republic Bank & Trust Company** | **GNMA P&I account** | **3651** | **$0.00** |
| 3.18. | **Republic Bank & Trust Company** | **Operating** | **3678** | **$18,837.46** |
| 3.19. | **Republic Bank & Trust Company** | **Trust for Everbank** | **4933** | **$523,031.46** |
| 3.20. | **Republic Bank & Trust Company** | **GNMA T&I account** | **4099** | **$0.00** |
| 3.21. | **Mirae Asset Securities (USA) Inc.** | **Money Market** | | **$54,535.36** |

Official Form 206A/B                Schedule A/B Assets - Real and Personal Property                page 2

Debtor    **Live Well Financial, Inc.**
Name

Case number *(If known)* **19-11317-LSS**

---

4.      **Other cash equivalents** *(Identify all)*

5.      **Total of Part 1.**

| | |
|---|---|
| Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | **$3,040,904.78** |

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.

■ Yes Fill in the information below.

7.      **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | **JNM Holdings (NJ Security Deposit)** | **$3,750.00** |
| 7.2. | **Jersey Central Power & Light (NJ Utility Deposit)** | **$50.00** |
| 7.3. | **WeWork NY (NY Security Deposit)** | **$5,250.00** |
| 7.4. | **Regus Corp. (NV Security Deposit)** | **$1,580.40** |
| 7.5. | **Proprty Reserve Inc. (San Diego Security Deposit)** | **$23,529.23** |

8.      **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| | | |
|---|---|---|
| 8.1. | **Hirschler Fleischer P.C. (prepaid legal)** | **$60,000.00** |
| 8.2. | **Wilmington Trust, N.A. (prepaid legal)** | **$25,000.00** |
| 8.3. | **Bayard, P.A. (prepaid legal)** | **$75,000.00** |
| 8.4. | **Whiteford Taylor & Preston LLP (prepaid legal)** | **$200,000.00** |
| 8.5. | **Mayer Brown LLP (prepaid legal)** | **$30,000.00** |

---

Debtor  **Live Well Financial, Inc.**
_____
Name

Case number *(If known)* **19-11317-LSS**

| | | |
|---|---|---:|
| 8.6. | **Jackson Tidus, a Law Corporation (prepaid legal)** | $5,000.00 |
| 8.7. | **Getzler Henrich & Associates LLC (prepaid consulting/CRO)** | $100,000.00 |
| 8.8. | **Arnall Golden Gregory LLP (prepaid legal)** | $43,872.50 |
| 8.9. | **Fox, Wacleen & Dungee, LLP (prepaid legal)** | $2,500.00 |
| 8.10. | **Arthur J. Gallagher, RMS (prepaid insurance (D&O))** | $5,120.67 |
| 8.11. | **Hertz Richmond Holdings, LLC (prepaid rent)** | $34,870.78 |
| 8.12. | **JNM Holdings, Inc. (prepaid rent)** | $4,796.27 |

9.      **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.

$620,319.85

**Part 3:**  **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☑ Yes Fill in the information below.

11.     **Accounts receivable**

11b. Over 90 days old:  **37,927.00** - **0.00** =.... $37,927.00
face amount     doubtful or uncollectible accounts

12.     **Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

$37,927.00

**Part 4:**  **Investments**

13. **Does the debtor own any investments?**

☐ No.  Go to Part 5.
☑ Yes Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14.     **Mutual funds or publicly traded stocks not included in Part 1**

Software Copyright (c) 2019 CINGroup - www.cincompass.com

| Debtor | **Live Well Financial, Inc.** | Case number *(If known)* **19-11317-LSS** |
|---|---|---|
| | Name | |

Name of fund or stock:

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
Name of entity:                                                   % of ownership

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

| | | | |
|---|---|---|---|
| 16.1. | **GNMA Bonds (U.S. Bank Custodial Report Acct. No. -06000)** | **Bloomberg** | $178,627,055.23 |
| 16.2. | **GNMA Bonds (U.S. Bank Custodial Report Acct. No. -26000)** | **Bloomberg** | $38,685,437.53 |

17. **Total of Part 4.**
Add lines 14 through 16.  Copy the total to line 83.

|  |
|---|
| **$217,312,492.76** |

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** **Office furniture at headquarters or other locations (liquidated or abandoned by Debtor or Trustee)** | $0.00 | Book | $0.00 |
| 40. | **Office fixtures** **Office fixtures at headquarters or other locations (liquidated or abandoned by Debtor or Trustee)** | $0.00 | Book | $0.00 |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** **Computers, servers, and other equipment** | $0.00 | Book | $0.00 |

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 5

Debtor  **Live Well Financial, Inc.**
Name                                   Case number *(If known)*  **19-11317-LSS**

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

**$0.00**

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No. Go to Part 9.
☐ Yes Fill in the information below.

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **31497 Russel Rd, Locust Grove, VA 22508-2322 Loan No. -1252** | **Fee Simple** | **$2,666.00** | **Sale proceeds** | **$2,666.00** |
| 55.2. **453 Highway EE, Rockaway Beach, MO 65740 Loan No. -9717** | **Fee Simple** | **$94,682.02** | **Foreclosure** | **$94,682.02** |

56. **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

**$97,348.02**

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☐ No
■ Yes

Official Form 206A/B          Schedule A/B Assets - Real and Personal Property          page 6

| Debtor | **Live Well Financial, Inc.** | Case number *(If known)* **19-11317-LSS** |
|---|---|---|
| | Name | |

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. | **Internet domain names and websites** **www.livewell.com** | $0.00 | Book | $0.00 |
| | **www.livewellfinancial.com** | $0.00 | Book | $0.00 |
| 62. | **Licenses, franchises, and royalties** **State mortgage company licenses (Live Well requested surrender through NMLS June 28, 2019)** | $0.00 | Book | $0.00 |
| 63. | **Customer lists, mailing lists, or other compilations** | | | |
| 64. | **Other intangibles, or intellectual property** | | | |
| 65. | **Goodwill** | | | |

| 66. | **Total of Part 10.** | $0.00 |
|---|---|---|
| | Add lines 60 through 65. Copy the total to line 89. | |

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
☐ No
■ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

| | | Current value of debtor's interest |
|---|---|---|
| 71. | **Notes receivable** Description (include name of obligor) **D.H., Loan No. -3245 (reverse mortgage loan)** | |

| 281.06 | - | 0.00 | = | $281.06 |
|---|---|---|---|---|
| Total face amount | | doubtful or uncollectible amount | | |

| Debtor | **Live Well Financial, Inc.** | Case number *(If known)* **19-11317-LSS** |
|---|---|---|
| | Name | |

| | | | | |
|---|---|---|---|---|
| | **C.D., Loan No. -4764 (forward mortgage loan)** | **248,501.78** - Total face amount | **0.00** = doubtful or uncollectible amount | **$248,501.78** |
| | **M.M., Loan No. -6900 (forward mortgage loan)** | **54,036.94** - Total face amount | **0.00** = doubtful or uncollectible amount | **$54,036.94** |
| | **Appx. 230 mortgage loans warehoused with First Tennessee Bank, N.A.** | **41,931,242.56** - Total face amount | **0.00** = doubtful or uncollectible amount | **$41,931,242.56** |

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

| | | |
|---|---|---|
| | **Great Amercan Ins. Co. (management liability policy)** | **unknown** |
| | **AJ Gallager (UK) (E&O policy) (terminated for non-payment)** | **unknown** |
| | **Debtor is listed as a loss payee for the three loans listed in question 71 above.** | **unknown** |

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership
**Escrow account no. -2776 (Wilmington Trust, N.A. as escrow agent under Escrow Agreement dated 12/3/2018 among Reverse Mortgage Funding LLC and Live Well Financial, Inc.)** | **$4,561,276.41**

78. **Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90. | **$46,795,338.75**

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

Software Copyright (c) 2019 CINGroup - www.cincompass.com

Debtor  **Live Well Financial, Inc.**                                    Case number *(If known)*  **19-11317-LSS**
        <sub>Name</sub>

---

**Part 12:**     **Summary**

---

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $3,040,904.78 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $620,319.85 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $37,927.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $217,312,492.76 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*...............................................................> | | $97,348.02 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $46,795,338.75 | |
| 91. **Total.** Add lines 80 through 90 for each column | $267,806,983.14 | + 91b. $97,348.02 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $267,904,331.16 |

Software Copyright (c) 2019 CINGroup - www.cincompass.com

**Fill in this information to identify the case:**

Debtor name    **Live Well Financial, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    **19-11317-LSS**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | **Column A** Amount of claim. Do not deduct the value of collateral. | **Column B** Value of collateral that supports this claim |
|---|---|---|---|

| | |
|---|---|
| **2.1  First Tennessee Bank, N.A.** <br> Creditor's Name <br><br> **165 Madison Ave** <br> **Memphis, TN 38103-2723** <br> Creditor's mailing address <br><br><br> Creditor's email address, if known <br><br> **Date debt was incurred** <br><br> **Last 4 digits of account number** <br><br> **Do multiple creditors have an interest in the same property?** <br> ☑ No <br> ☐ Yes. Specify each creditor, including this creditor and its relative priority. | **Describe debtor's property that is subject to a lien** <br> **Mortgage loans and financial account(s)** <br><br><br><br> **Describe the lien** <br> **Mortgage warehouse line** <br> **Is the creditor an insider or related party?** <br> ☑ No <br> ☐ Yes <br> **Is anyone else liable on this claim?** <br> ☐ No <br> ☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) <br><br> **As of the petition filing date, the claim is:** <br> Check all that apply <br> ☐ Contingent <br> ☑ Unliquidated <br> ☐ Disputed |

Column A: **$41,216,385.92**    Column B: **$41,931,242.56**

| | |
|---|---|
| **2.2  Flagstar Bank, FSB** <br> Creditor's Name <br><br> **5151 Corporate Dr** <br> **Troy, MI 48098-2639** <br> Creditor's mailing address <br><br> **GNMA Bonds** <br> Creditor's email address, if known <br><br> **Date debt was incurred** <br><br> **Last 4 digits of account number** <br><br> **Do multiple creditors have an interest in the same property?** <br> ☑ No <br> ☐ Yes. Specify each creditor, including this creditor and its relative priority. | **Describe debtor's property that is subject to a lien** <br> **GNMA Bonds** <br><br><br><br> **Describe the lien** <br> **Repo Line** <br> **Is the creditor an insider or related party?** <br> ☑ No <br> ☐ Yes <br> **Is anyone else liable on this claim?** <br> ☐ No <br> ☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) <br><br> **As of the petition filing date, the claim is:** <br> Check all that apply <br> ☐ Contingent <br> ☑ Unliquidated |

Column A: **$68,339,270.87**    Column B: **$38,685,437.63**

Software Copyright (c) 2019 CINGroup - www.cincompass.com

| Debtor | **Live Well Financial, Inc.** | Case number (if known) | **19-11317-LSS** |
|---|---|---|---|
| | Name | | |

---

| 2.3 | **Government National Mortgage Association** | Describe debtor's property that is subject to a lien | **unknown** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**451 7th St SW # B-133
Washington, DC
20410-0001**
Creditor's mailing address

Describe the lien
**Financial account(s)**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
■ Unliquidated
☐ Disputed

---

| 2.4 | **Industrial and Commercial Bank of China** | Describe debtor's property that is subject to a lien | **$129,446,430.39** | **$96,170,999.43** |
|---|---|---|---|---|

Creditor's Name

**GNMA Bonds**

**1633 Broadway Fl 28
New York, NY 10019-6708**
Creditor's mailing address

Describe the lien
**Repo Line**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
■ Unliquidated
☐ Disputed

---

| 2.5 | **Mirae Asset Securities (USA) Inc.** | Describe debtor's property that is subject to a lien | **$104,201,135.05** | **$82,456,055.87** |
|---|---|---|---|---|

Creditor's Name

**GNMA Bonds**

**810 7th Ave Fl 37
New York, NY 10019-5847**
Creditor's mailing address

Describe the lien
**Repo Line**

Is the creditor an insider or related party?

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 2 of 4

Software Copyright (c) 2019 CINGroup - www.cincompass.com

| Debtor | **Live Well Financial, Inc.** | Case number (if know) | **19-11317-LSS** |
|---|---|---|---|
| | Name | | |

---

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
■ Unliquidated
☐ Disputed

---

| 2.6 | **Republic Bank & Trust Company** | Describe debtor's property that is subject to a lien | **unknown** | **$0.00** |
|---|---|---|---|---|
| | Creditor's Name | **Financial account(s)** | | |

**9600 Brownsboro Rd**
**Louisville, KY 40241-3901**
Creditor's mailing address

**Describe the lien**
**Mortgage warehouse line**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
■ Unliquidated
☐ Disputed

---

| 2.7 | **TIAA, FSB, f/k/a Everbank** | Describe debtor's property that is subject to a lien | **unknown** | **$0.00** |
|---|---|---|---|---|
| | Creditor's Name | | | |

**501 Riverside Ave**
**Jacksonville, FL**
**32202-4934**
Creditor's mailing address

**Describe the lien**
**Financial account(s)**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
■ Unliquidated
☐ Disputed

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 3 of 4

Software Copyright (c) 2019 CINGroup - www.cincompass.com

| Debtor | Live Well Financial, Inc. | Case number (if known) | **19-11317-LSS** |
|---|---|---|---|
| | Name | | |

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.
$343,203,222 .23

**Part 2:**  List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Alston & Bird LLP**<br>90 Park Ave<br>New York, NY 10016-1301 | Line **2.1** | |
| **Alston & Bird LLP**<br>1201 W Peachtree St<br>Atlanta, GA 30309-3449 | Line **2.1** | |
| **BODMAN PLC**<br>1901 Saint Antoine St Fl 6<br>Detroit, MI 48226-2336 | Line **2.2** | |
| **Burr & Forman LLP**<br>1201 N Market St Ste 1407<br>Wilmington, DE 19801-1163 | Line **2.6** | |
| **Carlton Fields Jorden Burt, P.A**<br>CityPlace Tower<br>525 Okeechobee Blvd Ste 1200<br>West Palm Beach, FL 33401-6350 | Line **2.7** | |
| **Gellert Scali Busenkell & Brown LLC**<br>1201 N Orange St Ste 300<br>Wilmington, DE 19801-1167 | Line **2.7** | |
| **Landis Rath & Cobb LLP**<br>919 N Market St Ste 1800<br>Wilmington, DE 19801-3033 | Line **2.2** | |
| **Landis Rath & Cobb LLP**<br>919 N Market St Ste 1800<br>Wilmington, DE 19801-3033 | Line **2.5** | |
| **Landis Rath & Cobb LLP**<br>919 N Market St Ste 1800<br>Wilmington, DE 19801-3033 | Line **2.4** | |
| **Schulte Roth & Zabel LLP**<br>919 3rd Ave<br>New York, NY 10022-3902 | Line **2.4** | |

Software Copyright (c) 2019 CINGroup - www.cincompass.com

**Fill in this information to identify the case:**

Debtor name     **Live Well Financial, Inc.**

United States Bankruptcy Court for the:     DISTRICT OF DELAWARE

Case number (if known)     **19-11317-LSS**

☐ Check if this is an
   amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* **(Official Form 206A/B)** and on *Schedule G: Executory Contracts and Unexpired Leases* **(Official Form 206G).** Number the entries in Parts 1 and 2
in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with
    priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Arizona Department of Economic Security**<br><br>**PO Box 42027**<br>**Phoenix, AZ 85080** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,332.63** | **$1,332.63** |
| Date or dates debt was incurred | Basis for the claim:<br>**Withholding tax** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** Priority creditor's name and mailing address<br>**Arizona Department of Economic Security**<br><br>**PO Box 42027**<br>**Phoenix, AZ 85080** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$42.60** | **$42.60** |
| Date or dates debt was incurred | Basis for the claim:<br>**Unemployment insurance** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Live Well Financial, Inc.** | Case number (if known) | **19-11317-LSS** |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,379.68 | $1,379.68 |
|---|---|---|---|---|

**California**
**Employment Development**
**Department**
**PO Box 826880**
**Sacramento, CA 94280-0001**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Unemployment insurance** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $538.46 | $538.46 |
|---|---|---|---|---|

**Cindy Moore (address on file)**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $440.95 | $440.95 |
|---|---|---|---|---|

**Connecticut**
**Employment Security Division**
**PO Box 2931**
**Hartford, CT 06104-2931**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Unemployment insurance** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $338.40 | $338.40 |
|---|---|---|---|---|

**Erica Crittendon (address on file)**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

Software Copyright (c) 2019 CINGroup - www.cincompass.com

| Debtor | **Live Well Financial, Inc.** | Case number (if known) | **19-11317-LSS** |
|---|---|---|---|
| | Name | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $359.09 | $359.09 |
|---|---|---|---|---|

**Florida
Dept of Revenue
5050 W Tennessee St
Tallahassee, FL 32399-6585**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unemployment insurance**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,923.07 | $1,923.07 |
|---|---|---|---|---|

**Glenwood L. Haddock (address on file)**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $12.63 | $12.63 |
|---|---|---|---|---|

**Hawaii
Dept of Labor and Industrial
Relations
PO Box 3827
Honolulu, HI 96812-3827**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unemployment insurance**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $461.54 | $461.54 |
|---|---|---|---|---|

**Karena Calhoun (address on file)**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 2019 CINGroup - www.cincompass.com

| Debtor | **Live Well Financial, Inc.** | Case number (if known) | **19-11317-LSS** |
|---|---|---|---|
| | Name | | |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $320.00 | $320.00 |
|---|---|---|---|---|
| | **Kevin Ferguson (address on file)** | Check all that apply. | | |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $352.00 | $352.00 |
|---|---|---|---|---|
| | **Lori Shelton (address on file)** | Check all that apply. | | |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $332.59 | $332.59 |
|---|---|---|---|---|
| | **Massachusetts** | Check all that apply. | | |
| | **Charles F. Hurley Building,** | ☐ Contingent | | |
| | **19 Staniford St** | ☐ Unliquidated | | |
| | **Boston, MA 02114-2502** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Unemployment insurance** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No | | |
| | | ☐ Yes | | |

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $9.35 | $9.35 |
|---|---|---|---|---|
| | **Michigan** | Check all that apply. | | |
| | **Unemployment Insurance Agency** | ☐ Contingent | | |
| | **3024 W Grand Blvd Ste 11-500** | ☐ Unliquidated | | |
| | **Detroit, MI 48202-6024** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Unemployment insurance** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No | | |
| | | ☐ Yes | | |

Software Copyright (c) 2019 CINGroup - www.cincompass.com

| Debtor | **Live Well Financial, Inc.** | Case number (if known) | **19-11317-LSS** |
|---|---|---|---|
| | Name | | |

---

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $115.58 | $115.58 |
|---|---|---|---|---|

**New Jersey**
**Division of Unemployment**
**1 John Fitch Plz**
**Trenton, NJ 08611-1760**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Unemployment insurance** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No ☐ Yes |

---

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.37 | $455.37 |
|---|---|---|---|---|

**New York**
**Department of Labor,**
**PO Box 15130**
**Albany, NY 12212-5130**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Unemployment insurance** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No ☐ Yes |

---

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $91.11 | $91.11 |
|---|---|---|---|---|

**Ohio**
**Dept of Jobs and Family**
**PO Box 182413**
**Columbus, OH 43218-2413**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Unemployment insurance** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes |

---

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $7.10 | $7.10 |
|---|---|---|---|---|

**Oregon**
**Employment Department**
**875 Union St NE**
**Salem, OR 97311-0800**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Unemployment insurance** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No ☐ Yes |

---

Software Copyright (c) 2019 CINGroup - www.cincompass.com

| Debtor | **Live Well Financial, Inc.** | | Case number *(if known)* | **19-11317-LSS** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $384.61 | $384.61 |
|---|---|---|---|---|
| | **Pam Taylor (address on file)** | *Check all that apply.* | | |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

---

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $769.23 | $769.23 |
|---|---|---|---|---|
| | **Paula Foster (address on file)** | *Check all that apply.* | | |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

---

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,153.85 | $1,153.85 |
|---|---|---|---|---|
| | **Phil Gwaltney (address on file)** | *Check all that apply.* | | |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

---

| 2.22 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $93.88 | $93.88 |
|---|---|---|---|---|
| | **Tennessee Department of Labor and Workforce 220 French Landing Dr Nashville, TN 37243-1002** | *Check all that apply.* | | |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Unemployment insurance** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No | | |
| | | ☐ Yes | | |

---

| Debtor | **Live Well Financial, Inc.** | Case number (if known) | **19-11317-LSS** |
|---|---|---|---|
| | Name | | |

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $42.00 | $42.00 |
|---|---|---|---|---|

**Texas**
**Workforce Commission**
**101 E 15th St Ste 514**
**Austin, TX 78778-1442**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Unemployment insurance** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.24 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $217.95 | $217.95 |
|---|---|---|---|---|

**Vantage Communications**

**6805 Route 202**
**New Hope, PA 18938-1079**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Telephone service** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (3)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.25 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $231.19 | $231.19 |
|---|---|---|---|---|

**Verizon**

**PO Box 4830**
**Trenton, NJ 08650-4830**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Telephone service** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (3)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.26 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,713.78 | $1,713.78 |
|---|---|---|---|---|

**Victoria Barnes (address on file)**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Wages** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Software Copyright (c) 2019 CINGroup - www.cincompass.com

| Debtor | **Live Well Financial, Inc.** | Case number (if known) | **19-11317-LSS** |
|---|---|---|---|
| | Name | | |

| 2.27 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $45.84 | $45.84 |
|---|---|---|---|---|
| | **Virginia**<br>**Employment Commission**<br>**703 E Main St**<br>**Richmond, VA 23219-3315** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Unemployment insurance** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.28 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $154.01 | $154.01 |
|---|---|---|---|---|
| | **Washington**<br>**Department of Labor and**<br>**Industries**<br>**PO Box 34022**<br>**Seattle, WA 98124-1022** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Unemployment insurance** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.29 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $89.20 | $89.20 |
|---|---|---|---|---|
| | **Washington**<br>**Department of Labor and**<br>**Industries**<br>**PO Box 34022**<br>**Seattle, WA 98124-1022** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**PFML** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.30 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $331.28 | $331.28 |
|---|---|---|---|---|
| | **Windstream**<br><br>**PO Box 9001908**<br>**Louisville, KY 40290-1908** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Telephone service** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (3) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

**Part 2:**   **List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| Debtor | **Live Well Financial, Inc.** | Case number (if known) | **19-11317-LSS** |
|---|---|---|---|
| | Name | | |

---

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $83,157.50 |
|---|---|---|---|

**A4 International**

2222 Michelson Dr Ste 437
Irvine, CA 92612-1332

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,640.92 |
|---|---|---|---|

**Answer Force**

PO Box 35143
Seattle, WA 98124-5143

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,005.50 |
|---|---|---|---|

**Arent Fox LLP**

PO Box 644672
Pittsburgh, PA 15264-4672

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $525.00 |
|---|---|---|---|

**Bailey Appraisal Company**

9700 University Blvd
Henrico, VA 23229-6429

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $66,071.70 |
|---|---|---|---|

**Baseline Analytics, LLC**

450 State Road 13 # 328
Saint Johns, FL 32259-3860

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $375.00 |
|---|---|---|---|

**Black Knight Financial Services, LLC**

PO Box 742971
Los Angeles, CA 90074-2971

Date(s) debt was incurred __

Last 4 digits of account number  5118

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,000.00 |
|---|---|---|---|

**Bluestone Analytics**

600 E Water St Ste E
Charlottesville, VA 22902-5361

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 2019 CINGroup - www.cincompass.com

| Debtor | **Live Well Financial, Inc.** | Case number (if known) | **19-11317-LSS** |
|---|---|---|---|
| | Name | | |

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,075.00 |
|---|---|---|---|
| | **Broad Street Valuations, Inc.** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **211 Elm St** | ☐ Disputed | |
| | **Holly, MI 48442-1404** | | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Burnet Central Appraisal District** | ☐ Contingent | |
| | | ■ Unliquidated | |
| | **PO Box 908** | ☐ Disputed | |
| | **Burnet, TX 78611-0908** | | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $49,445.90 |
|---|---|---|---|
| | **Cigna Healthcare** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **1700 Lincoln St Lowr** | ☐ Disputed | |
| | **Denver, CO 80274** | | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number **7160** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $545.00 |
|---|---|---|---|
| | **Class Valuation** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **2600 Bellingham Dr Ste 100** | ☐ Disputed | |
| | **Troy, MI 48083-2014** | | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,732.92 |
|---|---|---|---|
| | **Comcast Business** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **PO Box 37601** | ☐ Disputed | |
| | **Philadelphia, PA 19101-0601** | | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number **2646** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,128.79 |
|---|---|---|---|
| | **Comergence Compliance Monitoring, LLC** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **25910 Acero Ste 260** | ☐ Disputed | |
| | **Mission Viejo, CA 92691-7940** | | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,526.00 |
|---|---|---|---|
| | **Compass Analytics** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **580 California St Ste 1725** | ☐ Disputed | |
| | **San Francisco, CA 94104-1046** | | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 2019 CINGroup - www.cincompass.com

| Debtor | **Live Well Financial, Inc.** | Case number (if known) | **19-11317-LSS** |
|--------|-------------------------------|------------------------|------------------|
|        | Name                          |                        |                  |

| 3.15 | **Nonpriority creditor's name and mailing address**<br>**Compu-Link Corp. d/b/a Celink**<br><br>**3900 Capitol City Blvd**<br>**Lansing, MI 48906-2147**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|------|------|------|------|

| 3.16 | **Nonpriority creditor's name and mailing address**<br>**CoreLogic Flood Services, LLC**<br><br>**PO Box 202176**<br>**Dallas, TX 75320-2176**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$3,408.00** |

| 3.17 | **Nonpriority creditor's name and mailing address**<br>**CoreLogic Information Solutions**<br>**Attn: Information Solutions**<br>**3001 Hackberry Rd**<br>**Irving, TX 75063-0156**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __**6610**__ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$7,023.43** |

| 3.18 | **Nonpriority creditor's name and mailing address**<br>**Creative**<br><br>**11798 N Lakeridge Pkwy**<br>**Ashland, VA 23005-8152**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$219.01** |

| 3.19 | **Nonpriority creditor's name and mailing address**<br>**Credit Plus, Inc.**<br><br>**15365 Collection Center Dr**<br>**Chicago, IL 60693-0153**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$29,662.30** |

| 3.20 | **Nonpriority creditor's name and mailing address**<br>**CSC - Corporate Service Company**<br><br>**PO Box 13397**<br>**Philadelphia, PA 19101-3397**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$6,079.24** |

| 3.21 | **Nonpriority creditor's name and mailing address**<br>**Customers Bank**<br><br>**99 Bridge St**<br>**Phoenixville, PA 19460-3411**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Potential deficiency claim__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$5,773,153.16** |

Software Copyright (c) 2019 CINGroup - www.cincompass.com

| Debtor | **Live Well Financial, Inc.** | Case number (if known) | **19-11317-LSS** |
|---|---|---|---|
| | Name | | |

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,201.00 |
|---|---|---|---|

**Cyberlink Software Solutions**

**1014 S Westlake Blvd # 14-125 WESTLAKE Westlake Village, CA 91361-3108**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,562.80 |
|---|---|---|---|

**Datamyx LLC**

**2300 Glades Rd Ste 400E Boca Raton, FL 33431-8540**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $535.70 |
|---|---|---|---|

**DataTree by First American**

**4 First American Way Santa Ana, CA 92707-5913**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,252.10 |
|---|---|---|---|

**DataTree by First American - Retail**

**PO Box 31001 Pasadena, CA 91110-2286**

Date(s) debt was incurred __

Last 4 digits of account number  **1075**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,934.66 |
|---|---|---|---|

**Document Systems, Inc.**

**1800 W 213th St Torrance, CA 90501-2832**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,545.00 |
|---|---|---|---|

**Double Positive Marketing Group, Inc.**

**62865 Collection Center Dr Chicago, IL 60601-0628**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,522.29 |
|---|---|---|---|

**Electronic Systems, Inc.**

**PO Box 603065 Charlotte, NC 28260-3065**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Live Well Financial, Inc.** | Case number (if known) | **19-11317-LSS** |
|---|---|---|---|
| | Name | | |

---

**3.29**

**Nonpriority creditor's name and mailing address**
**Eric Legoff**

**48 Hawthorne Pl**
**Summit, NJ 07901-2133**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Sale of preferred stock**

Is the claim subject to offset? ☐ No ☐ Yes

**$109,753.36**

---

**3.30**

**Nonpriority creditor's name and mailing address**
**Federal National Mortgage Association**

**1100 15th St NW**
**Washington, DC 20005-1707**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ☐ Yes

**$10,703.13**

---

**3.31**

**Nonpriority creditor's name and mailing address**
**First American Mortgage - Interthinx**

**PO Box 31001-2268**
**Pasadena, CA 91101-2268**

Date(s) debt was incurred __

Last 4 digits of account number  **2432**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ☐ Yes

**$22,471.10**

---

**3.32**

**Nonpriority creditor's name and mailing address**
**First Insurance Funding**

**450 Skokie Blvd Ste 1000**
**Northbrook, IL 60062-7917**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ☐ Yes

**$15,434.78**

---

**3.33**

**Nonpriority creditor's name and mailing address**
**Five Elms Coinvest, L.P.**

**4801 Main St Ste 700**
**Kansas City, MO 64112-2575**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Sale of preferred stock**

Is the claim subject to offset? ■ No ☐ Yes

**$104,820.63**

---

**3.34**

**Nonpriority creditor's name and mailing address**
**Five Elms Equity Fund I L.P.**

**4801 Main St Ste 700**
**Kansas City, MO 64112-2575**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Sale of preferred stock**

Is the claim subject to offset? ■ No ☐ Yes

**$1,818,946.19**

---

**3.35**

**Nonpriority creditor's name and mailing address**
**Five Elms Haakon, L.P.**

**4801 Main St Ste 700**
**Kansas City, MO 64112-2575**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Sale of preferred stock**

Is the claim subject to offset? ■ No ☐ Yes

**$110,986.55**

---

| Debtor | **Live Well Financial, Inc.** | Case number (if known) | **19-11317-LSS** |
|---|---|---|---|
| | Name | | |

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$277.00** |
|---|---|---|---|

**Flexible Benefits Administrators**

PO Box 8188
Virginia Beach, VA 23450-8188

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,531.01** |
|---|---|---|---|

**Fox Rothschild LLP**

997 Lenox Dr
Lawrence Township, NJ 08648-2317

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __4866__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$178.80** |
|---|---|---|---|

**FP Mailing Solutions**

PO Box 157
Bedford Park, IL 60499-0157

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$275,000.00** |
|---|---|---|---|

**Gantcher Family Limited**

44 Cocoanut Row
Palm Beach, FL 33480-4069

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Sale of preferred stock__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$117.49** |
|---|---|---|---|

**HALO Branded Solutions**

3182 Momentum Pl
Chicago, IL 60601-5331

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,050.00** |
|---|---|---|---|

**House Law Office, PLLC**

1621 S Eucalyptus Ave Ste 209
Broken Arrow, OK 74012-5950

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$600.00** |
|---|---|---|---|

**I & G Real Estate Group**

19881 Brookhurst St Ste C-253
Huntington Beach, CA 92646-4269

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Live Well Financial, Inc.** | Case number (if known) | **19-11317-LSS** |
|---|---|---|---|
| | Name | | |

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$45.46** |
|---|---|---|---|

**iHance**

1712 S East Bay Blvd
Provo, UT 84606-6138

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$400.00** |
|---|---|---|---|

**Institute for Building Tech and Safety**

45207 Research Pl
Ashburn, VA 20147-2418

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  **DP26**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,058.00** |
|---|---|---|---|

**International Document Services**

25 Elmen St
Houston, TX 77001

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$80,000.00** |
|---|---|---|---|

**Intex Solutions, Inc.**

110 A St
Needham, MA 02494-2807

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$718,946.19** |
|---|---|---|---|

**James Brown**

169 Colonial Pkwy
Manhasset, NY 11030-1800

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Sale of preferred stock**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,600.00** |
|---|---|---|---|

**Jay Chalmers**

3535 1st Ave Unit 7D
San Diego, CA 92103-7803

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Jeneice Edmond**

1048 E 228th St
Bronx, NY 10466-4820

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Consumer action**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 2019 CINGroup - www.cincompass.com

| Debtor | **Live Well Financial, Inc.** | Case number (if known) | **19-11317-LSS** |
|---|---|---|---|
| | Name | | |

**3.50** Nonpriority creditor's name and mailing address
**Keiter Stephens Hurst Gary & Shreaves PC**

4401 Dominion Blvd
Glen Allen, VA 23060-3379

Date(s) debt was incurred _
Last 4 digits of account number  **3320**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$74,832.80**

---

**3.51** Nonpriority creditor's name and mailing address
**Land Home Financial**

1355 Willow Way Ste 250
Concord, CA 94520-8113

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$45.55**

---

**3.52** Nonpriority creditor's name and mailing address
**Landye Bennett Blumstein LLP**

701 W 8th Ave Ste 1200
Anchorage, AK 99501-3467

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$3,745.00**

---

**3.53** Nonpriority creditor's name and mailing address
**Law Offices of A. Peter Rausch, Jr.**

1930 Tienda Dr Ste 106
Lodi, CA 95242-3934

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$953.75**

---

**3.54** Nonpriority creditor's name and mailing address
**LendingQB**

PO Box 846822
Los Angeles, CA 90084-0036

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$8,245.83**

---

**3.55** Nonpriority creditor's name and mailing address
**LexisNexis**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$6,262.40**

---

**3.56** Nonpriority creditor's name and mailing address
**LINKEDIN-128*1964351LINKEDIN.CO**

62228 Collections Center Dr
Chicago, IL 60601-0622

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$17,685.00**

| Debtor | **Live Well Financial, Inc.** | Case number (if known) | **19-11317-LSS** |
|---|---|---|---|
| | Name | | |

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LoanCare, LLC**
**a Division of FNF Servicing, Inc C/O Cas**
**3637 Sentara Way # Virginia**
**Virginia Beach, VA 23452-4262**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $927.00 |
|---|---|---|---|

**LoanOfficerSchool.com**

**19391 SW Suncrest Ln**
**Beaverton, OR 97007-6056**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $114,370.00 |
|---|---|---|---|

**LRES CORPORATION**

**765 The City Dr S**
**Orange, CA 92868-4942**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,500,000.00 |
|---|---|---|---|

**LWFVEST, LLC**

**PO Box 42333**
**Henrico, VA 23242-2333**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _Sale of preferred stock_

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Margaret Shakespeare**
**c/o Tusa P.C.**
**PO Box 566**
**Southold, NY 11971-0566**

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _Consumer action_

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $475.00 |
|---|---|---|---|

**Market Value Appraisal Service**

**346 Elliston Rd**
**Richmond, KY 40475-9516**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Monica Williams**
**c/o Outten & Golden LLP**
**685 3rd Ave Fl 25**
**New York, NY 10017-8413**

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _WARN complaint_

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

Software Copyright (c) 2019 CINGroup - www.cincompass.com

| Debtor | **Live Well Financial, Inc.** | Case number (*if known*) | **19-11317-LSS** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.64 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$454.10** |
| | **Mortgage Electronic Registration Systems MERS** | ☐ Contingent | |
| | **13059 Collection Center Dr** | ☐ Unliquidated | |
| | **Chicago, IL 60693-0130** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.65 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,150.00** |
| | **Mortgage Quality Management & Research** | ☐ Contingent | |
| | **5900 Sepulveda Blvd Ste 432** | ☐ Unliquidated | |
| | **Sherman Oaks, CA 91411-2577** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.66 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,500.00** |
| | **Mountain View Analytics** | ☐ Contingent | |
| | **999 18th St** | ☐ Unliquidated | |
| | **Denver, CO 80202-2499** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.67 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,370.00** |
| | **National Reverse Mortgage Lenders Assoc.** | ☐ Contingent | |
| | **1400 16th St NW** | ☐ Unliquidated | |
| | **Washington, DC 20036-2217** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number **1880** | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.68 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,569.76** |
| | **Network Titan** | ☐ Contingent | |
| | **9445 Farnham St Ste 103** | ☐ Unliquidated | |
| | **San Diego, CA 92123-1308** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.69 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,500.00** |
| | **New Leaf Recruiting** | ☐ Contingent | |
| | **Attn: Robert Catalano** | ☐ Unliquidated | |
| | **W289N4150 Farm Valley Ct** | ☐ Disputed | |
| | **Pewaukee, WI 53072-3195** | | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.70 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$81,984.00** |
| | **New Retirement, Inc.** | ☐ Contingent | |
| | **1933 Davis St** | ☐ Unliquidated | |
| | **San Leandro, CA 94577-1260** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 2019 CINGroup - www.cincompass.com

| Debtor | **Live Well Financial, Inc.** | Case number (if known) | **19-11317-LSS** |
|---|---|---|---|
| | Name | | |

---

**3.71** | Nonpriority creditor's name and mailing address
**North Hill Ventures, II LP**

**535 Boylston St Fl 6**
**Boston, MA 02116-3720**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Sale of preferred stock**

Is the claim subject to offset? ☒ No ☐ Yes

**$2,361,547.09**

---

**3.72** | Nonpriority creditor's name and mailing address
**Office Depot**

**PO Box 1413**
**Charlotte, NC 28201-1413**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☒ No ☐ Yes

**$1,896.75**

---

**3.73** | Nonpriority creditor's name and mailing address
**Ohio Dept of Job & Family Services**

**PO Box 182404**
**Columbus, OH 43218-2404**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Late filing penalty**

Is the claim subject to offset? ☒ No ☐ Yes

**$52.09**

---

**3.74** | Nonpriority creditor's name and mailing address
**Optimal Blue**
**Dept 3232**
**PO Box 123232**
**Dallas, TX 75312-3232**

Date(s) debt was incurred __

Last 4 digits of account number  **8829**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☒ No ☐ Yes

**$51,623.60**

---

**3.75** | Nonpriority creditor's name and mailing address
**Optimal Mortgage Services, LLC**

**PO Box 2076**
**Spring Hill, TN 37174-2076**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☒ No ☐ Yes

**$496.80**

---

**3.76** | Nonpriority creditor's name and mailing address
**PACER Service Center**

**PO Box 71364**
**Philadelphia, PA 19176-1364**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☒ No ☐ Yes

**$83.60**

---

**3.77** | Nonpriority creditor's name and mailing address
**Paul N. Lovegrove, P.C.**

**21 Northfield Ln**
**Bay Shore, NY 11706-7613**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☒ No ☐ Yes

**$2,475.00**

---

Software Copyright (c) 2019 CINGroup - www.cincompass.com

| Debtor | **Live Well Financial, Inc.** | Case number (if known) | **19-11317-LSS** |
|---|---|---|---|
| | Name | | |

---

**3.78**  Nonpriority creditor's name and mailing address
**Peak 10, Inc. / Flexential**

PO Box 534409
Atlanta, GA 30353-4409

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **$1,180.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.79**  Nonpriority creditor's name and mailing address
**Performance Trust**

500 W Madison St
Chicago, IL 60661-4544

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **$6,835.93**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.80**  Nonpriority creditor's name and mailing address
**Puleo Delisle, PLLC**

444 Route 111
Smithtown, NY 11787-4773

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **$184,511.70**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.81**  Nonpriority creditor's name and mailing address
**Quill Corporation**

PO Box 37600
Philadelphia, PA 19101-0600

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **$82.10**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.82**  Nonpriority creditor's name and mailing address
**Regus Corp**
**Attn: Michael Stander**
PO Box 842456
Dallas, TX 75284-2456

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **$267.50**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.83**  Nonpriority creditor's name and mailing address
**Reverse Lead Club, LLC**

429 Santa Monica Blvd Ste 320A
Santa Monica, CA 90401-3401

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **$97,125.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.84**  Nonpriority creditor's name and mailing address
**Reverse Market Insight, Inc.**

34232 Pacific Coast Hwy Ste D
Dana Point, CA 92629-3856

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **$20,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 2019 CINGroup - www.cincompass.com

| Debtor | **Live Well Financial, Inc.** | | Case number (if known) | **19-11317-LSS** |
|---|---|---|---|---|
| | Name | | | |

| | | |
|---|---|---|
| 3.85 | **Nonpriority creditor's name and mailing address**<br>**Reverse Mortgage Funding, LLC**<br><br>**700 Corporate Blvd**<br>**Newburgh, NY 12550-6416**<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |

| | | |
|---|---|---|
| 3.86 | **Nonpriority creditor's name and mailing address**<br>**Reverse Vision, Inc.**<br>**Attn: Riza Estacio**<br>**1620 5th Ave Ste 525**<br>**San Diego, CA 92101-2737**<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ■ No ☐ Yes | $51,202.00 |

| | | |
|---|---|---|
| 3.87 | **Nonpriority creditor's name and mailing address**<br>**Ring2Media**<br><br>**121 Post Rd E**<br>**Westport, CT 06880-3410**<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ■ No ☐ Yes | $39,050.00 |

| | | |
|---|---|---|
| 3.88 | **Nonpriority creditor's name and mailing address**<br>**RocketBike, LLC.**<br><br>**623 High St**<br>**Portsmouth, VA 23704-3423**<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ■ No ☐ Yes | $24,120.00 |

| | | |
|---|---|---|
| 3.89 | **Nonpriority creditor's name and mailing address**<br>**Royal Cup Coffee**<br><br>**PO Box 841000**<br>**Dallas, TX 75284-1000**<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ■ No ☐ Yes | $1,165.24 |

| | | |
|---|---|---|
| 3.90 | **Nonpriority creditor's name and mailing address**<br>**Salesforce.com Inc.**<br><br>**PO Box 203141**<br>**Dallas, TX 75320-3141**<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ■ No ☐ Yes | $2,111.20 |

| | | |
|---|---|---|
| 3.91 | **Nonpriority creditor's name and mailing address**<br>**Smith, Stern, Friedman & Nelms, P.C.**<br>**Parkway Office Center**<br>**14160 Dallas Pkwy Ste 800**<br>**Dallas, TX 75254-7304**<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ■ No ☐ Yes | $2,475.00 |

Software Copyright (c) 2019 CINGroup - www.cincompass.com

| Debtor | **Live Well Financial, Inc.** | Case number (if known) | **19-11317-LSS** |
|---|---|---|---|
| | Name | | |

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $585.33 |
|---|---|---|---|

**Sparkletts**

PO Box 660579
Dallas, TX 75266-0579

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,018.24 |
|---|---|---|---|

**Subsequent QC, LLC**

5900 Sepulveda Blvd Ste 432
Sherman Oaks, CA 91411-2577

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $660.00 |
|---|---|---|---|

**SWBC Lending Solutions, LLC**

9311 San Pedro Ave Ste 600
San Antonio, TX 78216-4459

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,654.70 |
|---|---|---|---|

**TALX  - AKA Equifax**

4076 Paysphere Cir
Chicago, IL 60674-0040

Date(s) debt was incurred __

Last 4 digits of account number  7892

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,106.45 |
|---|---|---|---|

**TENA COMPANIES INC.**

251 W Lafayette Frontage Rd
Saint Paul, MN 55107-1628

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,472.35 |
|---|---|---|---|

**Terra Office Solutions - SD printers**

2205 Glenridge Rd
Escondido, CA 92027-4114

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $186.88 |
|---|---|---|---|

**The Money Store**

30 B Vreeland Rd Ste 200
Florham Park, NJ 07932

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 2019 CINGroup - www.cincompass.com

| Debtor | **Live Well Financial, Inc.** | Case number (*if known*) | **19-11317-LSS** |
|---|---|---|---|
| | Name | | |

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $525.00 |
|---|---|---|---|

**The Property Sciences Group**

395 Taylor Blvd Ste 250
Pleasant Hill, CA 94523-2293

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,630.00 |
|---|---|---|---|

**TSPN, Inc.**

3008 E Malapai Dr
Phoenix, AZ 85028-4825

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,070.47 |
|---|---|---|---|

**TSRC - The Supply Room Companies**

PO Box 791416
Baltimore, MD 21279-1416

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $53.31 |
|---|---|---|---|

**Two River Computer**

120 Fair Haven Rd
Fair Haven, NJ 07704-3447

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,235.40 |
|---|---|---|---|

**U. S. Bank**
**CM-9690**
**PO Box 70870**
**Saint Paul, MN 55170-0001**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,148.75 |
|---|---|---|---|

**UPS**

PO Box 7247-0244
Philadelphia, PA 19019-0001

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**William W. Boster, Jr.**
**c/o Mountain State Justice Inc.**
**325 Willey St**
**Morgantown, WV 26505-5614**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: __Consumer action__

Is the claim subject to offset? ☑ No ☐ Yes

---

Software Copyright (c) 2019 CINGroup - www.cincompass.com

| Debtor | **Live Well Financial, Inc.** | | Case number (if known) | **19-11317-LSS** |
|---|---|---|---|---|
| | Name | | | |

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $316.11 |
|---|---|---|---|
| | **Windstream** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **PO Box 9001908** | ☐ Disputed | |
| | **Louisville, KY 40290-1908** | | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,346.87 |
|---|---|---|---|
| | **Worth Higgins** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **8770 Park Central Dr** | ☐ Disputed | |
| | **Richmond, VA 23227-1146** | | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,725.00 |
|---|---|---|---|
| | **Wrobel Markham LLP** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **360 Lexington Ave Fl 1502** | ☐ Disputed | |
| | **New York, NY 10017-6552** | | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $194.00 |
|---|---|---|---|
| | **Wyatt, Tarrant & Combs, LLP** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **250 W Main St Ste 1600** | ☐ Disputed | |
| | **Lexington, KY 40507-1726** | | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

## Part 3:    List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **ARP Foundation Litigation**<br>**601 E St NW**<br>**Washington, DC 20049-0001** | Line **3.61**<br>☐ Not listed. Explain ____ | __ |
| 4.2 | **Bielli & Klauder LLC**<br>**1204 N King St**<br>**Wilmington, DE 19801-3218** | Line **3.30**<br>☐ Not listed. Explain ____ | __ |
| 4.3 | **Buchanan Ingersoll & Rooney PC**<br>**919 N Market St Ste 990**<br>**Wilmington, DE 19801-3036** | Line **3.79**<br>☐ Not listed. Explain ____ | __ |
| 4.4 | **DLA Piper LLP (US)**<br>**1201 N Market St Ste 2100**<br>**Wilmington, DE 19801-1165** | Line **3.34**<br>☐ Not listed. Explain ____ | __ |

Software Copyright (c) 2019 CINGroup - www.cincompass.com

| Debtor | **Live Well Financial, Inc.** | Case number (if known) | **19-11317-LSS** |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.5 | **DLA Piper LLP (US)**<br>**1201 N Market St Ste 2100**<br>**Wilmington, DE 19801-1165** | Line **3.33**<br>☐ Not listed. Explain ____ | _ |
| 4.6 | **DLA Piper LLP (US)**<br>**1201 N Market St Ste 2100**<br>**Wilmington, DE 19801-1165** | Line **3.35**<br>☐ Not listed. Explain ____ | _ |
| 4.7 | **Dorsey & Whitney LLP**<br>**51 W 52nd St**<br>**New York, NY 10019-6119** | Line **3.21**<br>☐ Not listed. Explain ____ | _ |
| 4.8 | **Giskan Solotarof & Anderson LLP**<br>**217 Centre St Fl 6**<br>**New York, NY 10013-3624** | Line **3.61**<br>☐ Not listed. Explain ____ | _ |
| 4.9 | **Loizides, P.A.**<br>**1225 N King St Ste 800**<br>**Wilmington, DE 19801-3246** | Line **3.63**<br>☐ Not listed. Explain ____ | _ |
| 4.10 | **Lowenstein Sandler LLP**<br>**1251 Avenue of the Americas**<br>**New York, NY 10020-1104** | Line **3.85**<br>☐ Not listed. Explain ____ | _ |
| 4.11 | **McCreary, Veselka, Bragg & Allen, P.C.**<br>**PO Box 1269**<br>**Round Rock, TX 78680-1269** | Line **3.9**<br>☐ Not listed. Explain ____ | _ |
| 4.12 | **O'Hagan Meyer**<br>**411 E Franklin St Ste 500**<br>**Richmond, VA 23219-2200** | Line **3.50**<br>☐ Not listed. Explain ____ | **3320** |
| 4.13 | **Outten & Golden LLP**<br>**685 3rd Ave Fl 25**<br>**New York, NY 10017-8413** | Line **3.63**<br>☐ Not listed. Explain ____ | _ |
| 4.14 | **Sullivan Hazeltine Allinson LLC**<br>**901 N Market St Ste 1300**<br>**Wilmington, DE 19801-3079** | Line **3.64**<br>☐ Not listed. Explain ____ | _ |
| 4.15 | **Troutman Sanders LLP**<br>**600 Peachtree St NE Ste 3000**<br>**Atlanta, GA 30308-2305** | Line **3.57**<br>☐ Not listed. Explain ____ | _ |
| 4.16 | **Weir & Partners LLP**<br>**824 N Market St Ste 800**<br>**Wilmington, DE 19801-4939** | Line **3.21**<br>☐ Not listed. Explain ____ | _ |

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 13,738.97 |
| **5b. Total claims from Part 2** | 5b. + | $ 18,229,547.26 |

Debtor    **Live Well Financial, Inc.**
          Name

Case number (if known)    **19-11317-LSS**

**5c. Total of Parts 1 and 2**
    Lines 5a + 5b = 5c.

5c.    $                    18,243,286.23

| Fill in this information to identify the case: |
|---|

Debtor name      **Live Well Financial, Inc.**

United States Bankruptcy Court for the:      DISTRICT OF DELAWARE

Case number (if known)      **19-11317-LSS**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.  State what the contract or lease is for and the nature of the debtor's interest | **Virginia Lease** |
| State the term remaining | **Expires 11/30/2020** |
| List the contract number of any government contract | **Hertz Richmond Holdings LLC c/o Hertz Investment Group 21860 Burbank Blvd Ste 300S Woodland Hills, CA 91367-6477** |
| 2.2.  State what the contract or lease is for and the nature of the debtor's interest | **QuickBooks accounting software and/or maintenance** |
| State the term remaining | **Expires 11/2019** |
| List the contract number of any government contract | **Intuit Inc. 2700 Coast Ave Mountain View, CA 94043-1140** |
| 2.3.  State what the contract or lease is for and the nature of the debtor's interest | **New Jersey Lease** |
| State the term remaining | **Expires 9/7/2019** |
| List the contract number of any government contract | **JNM Holdings, Inc. 95 Avenue of Two Rivers Rumson, NJ 07760-1703** |
| 2.4.  State what the contract or lease is for and the nature of the debtor's interest | **Microsoft 365 software licenses** |
| State the term remaining | **Expires 12/2019. 1/2020** |
| List the contract number of any government contract | **Microsoft Corporation 1 Microsoft Way Redmond, WA 98052-8300** |

Software Copyright (c) 2019 CINGroup - www.cincompass.com

| Debtor 1 | **Live Well Financial, Inc.** | | | Case number (*if known*) | **19-11317-LSS** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Payroll services** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Paychex, Inc.**<br>**3960 Stillman Pkwy Ste 100**<br>**Glen Allen, VA 23060-4197** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **San Diego Lease** | |
|---|---|---|---|
| | State the term remaining | **Expires 6/30/2020** | **Property Reserve, Inc.**<br>**Attn: Property Manager** |
| | List the contract number of any government contract | | **51 S Main St Ste 301**<br>**Salt Lake City, UT 84111-7512** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Nevada Lease -**<br>**vacated prior to June**<br>**30, 2019** | |
|---|---|---|---|
| | State the term remaining | **Month to Month** | **Regus Corp.**<br>**PO Box 842456**<br>**Dallas, TX 75284-2456** |
| | List the contract number of any government contract | | **At** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **New York Lease -**<br>**vacated prior to June**<br>**30, 2019** | |
|---|---|---|---|
| | State the term remaining | **Month to Month** | |
| | List the contract number of any government contract | | **WeWork 154 Grand LLC**<br>**154 Grand St**<br>**New York, NY 10013-3141** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Escrow Agreement,**<br>**dated as of December**<br>**3, 2018** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Wilmington Trust, N.A.**<br>**50 S 6th St Ste 1290**<br>**Minneapolis, MN 55402-1544** |

| Fill in this information to identify the case: |
|---|

Debtor name   **Live Well Financial, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number (if known)   **19-11317-LSS**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors
**12/15**

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 | Michael C. Hild | c/o Whiteford, Taylor & Preston LLC<br>405 N King St Ste 500<br>Wilmington,, DE 19801 | Customers Bank | ☐ D _____<br>■ E/F    **3.21**<br>☐ G _____ |
| 2.2 | Michael C. Hild | c/o Whiteford, Taylor & Preston LLC<br>405 N King St Ste 500<br>Wilmington,, DE 19801 | First Tennessee Bank, N.A. | ■ D    **2.1**<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | Michael C. Hild | c/o Whiteford, Taylor & Preston LLC<br>405 N King St Ste 500<br>Wilmington,, DE 19801 | Flagstar Bank, FSB | ■ D    **2.2**<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | Michael C. Hild | c/o Whiteford, Taylor & Preston LLC<br>405 N King St Ste 500<br>Wilmington,, DE 19801 | Republic Bank & Trust Company | ■ D    **2.6**<br>☐ E/F _____<br>☐ G _____ |

<table>
<tr><td colspan="2">Fill in this information to identify the case:</td></tr>
<tr><td>Debtor name</td><td><strong>Live Well Financial, Inc.</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>DISTRICT OF DELAWARE</td></tr>
<tr><td>Case number (if known)</td><td><strong>19-11317-LSS</strong></td></tr>
</table>

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■ *Schedule H: Codebtors* (Official Form 206H)

■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __September  9, 2019__    _____
                                       Signature of individual signing on behalf of debtor

                                       **Glenwood L. Haddock**
                                       Printed name

                                       **Vice President and CFO**
                                       Position or relationship to debtor