# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| LIVE WELL FINANCIAL, INC., | Case No. 19-11317 (LSS) |
| Debtor. | **Re: Docket No. 122** |

**CERTIFICATE OF NO OBJECTION REGARDING MOTION OF CHAPTER 7 TRUSTEE FOR ENTRY OF AN ORDER EXTENDING THE TIME TO FILE SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS PURSUANT TO SECTIONS 105 AND 521 OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 1007 AND 9006, AND LOCAL RULES 1007-1 AND 9006-2**

On August 29, 2019, David W. Carickhoff, the Chapter 7 Trustee (the "Trustee") in the above-captioned case, filed the **Motion of Chapter 7 Trustee for Entry of an Order Extending the Time to File Schedules of Assets and Liabilities and Statement of Financial Affairs Pursuant to Sections 105 and 521 of the Bankruptcy Code, Bankruptcy Rules 1007 and 9006, and Local Rules 1007-1 and 9006-2** (the "Motion") [Dkt. No. 122]. Pursuant to the notice attached to the Motion, objections to the Motion were to be filed and served no later than September 12, 2019 at 4:00 p.m. The undersigned hereby certifies that, as of the date hereof, he has received no written answer, objection or other responsive pleading to the Motion. The undersigned further certifies that he has caused the review of the Court's docket in these cases and no answer, objection, or other responsive pleading to the Motion appears thereon.

*Remainder of page intentionally left blank*

2

WHEREFORE, the Trustee respectfully requests that the Court enter the proposed Order in the form attached to the Motion.

| | |
|---|---|
| Dated: October 8, 2019 | **ARCHER & GREINER, P.C.**<br><br>/s/ *Kevin F. Shaw*<br>Alan M. Root (No. 5427)<br>Kevin F. Shaw (No. 6239)<br>300 Delaware Avenue, Suite 1100<br>Wilmington, DE 19801<br>Tel: (302) 777-4350<br>Fax: (302) 777-4352<br>E-mail: aroot@archerlaw.com<br>         kshaw@archerlaw.com<br><br>*Counsel for the Ch. 7 Trustee* |

217397593v1