IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| LIVE WELL FINANCIAL, INC. | Case No. 19-11317 (LSS) |
| Debtor. | |

Objection Deadline: April 30, 2020 at 4:00 p.m.
Hearing Date: May 7, 2020 at 10:00 a.m.

**APPLICATION OF CHAPTER 7 TRUSTEE, DAVID W. CARICKHOFF,
TO EMPLOY MILLER COFFEY TATE LLP AS
ACCOUNTANTS, *NUNC PRO TUNC* TO APRIL 2, 2020**

David W. Carickhoff, the duly appointed Chapter 7 Trustee for the estate of the above-captioned debtor (the "Trustee"), hereby applies to this Court for authority to employ Miller Coffey Tate LLP ("MCT") as Accountants, *nunc pro tunc* to April 2, 2020 (the "Application"), and in support thereof avers as follows:

**Jurisdiction**

1. The Court has jurisdiction over this application pursuant to 28 U.S.C. Sections 157 and 1334. This matter is a core proceeding pursuant to 28 U.S.C. Section 157(b)(2)(A).

2. Venue of this proceeding and this application is proper in this district pursuant to 28 U.S.C. Sections 1408 and 1409.

3. The statutory predicates for the relief sought are Section 327(a) of the United States Bankruptcy Code, 11 U.S.C. Section 101 et seq. (the "Bankruptcy Code"), and Federal Rule of Bankruptcy Procedure 2014.

**Background**

4. On June 10, 2019, an involuntary petition for relief was filed against the Debtor under chapter 7 of the Bankruptcy Code in the Unites States Bankruptcy Court for the District of Delaware (the "Court").

5. On July 1, 2019 (the "Order for Relief Date"), an Order for Relief in an Involuntary Case was entered. On the same date, the Trustee was appointed as trustee of the Debtor's estate.

6. Prior to ceasing operations, the Debtor was a financial services company that provided reverse mortgages and forward mortgages to customers, serviced mortgages and traded in mortgaged backed securities.

**Application**

7. To properly account to the United States Trustee's Office, prepare all necessary tax forms and determine all financial data necessary to make business decisions, the Trustee requires the services of accountants to perform services including, but not limited to:

   a. Prepare and file necessary federal and state income tax returns and other required tax filings;

   b. Evaluate the potential to recover tax refunds from net operating loss carrybacks available under the recently passed federal legislation known as The Cares Act; and

   c. Provide any other accounting, tax or consulting services as may be requested by the Trustee during the administration of the Debtor's bankruptcy proceeding.

8. For the foregoing and all other necessary and proper purposes, the Trustee desires to retain MCT as Accountants to the Trustee.

9. MCT has the appropriate accounting and other skills and personnel needed to perform the services required by the Trustee.

10. MCT has agreed to perform its services as requested by the Trustee and thereafter make an application to this Court for compensation.

11. The normal hourly fees of MCT are as follows:

    a. Partners & Principals      $455.00 - $750.00 per hour

    b. Managers      $340.00 - $450.00 per hour

    c. Senior Accountants      $255.00 - $335.00 per hour

    d. Staff Accountants/Paraprofessionals $100.00 - $250.00 per hour

12. It is contemplated that MCT will seek compensation based upon its normal and usual billing rates. It is further contemplated that MCT may seek interim compensation as permitted by Section 331 of the Bankruptcy Code.

13. As detailed in the Declaration of Proposed Accountants, attached hereto as Exhibit "A," MCT is a disinterested person within the meaning of Section 101(14) of the Bankruptcy Code.

## NOTICE

14. Notice of this Application shall be given to (a) the Office of the United States Trustee for the District of Delaware; and (b) any party that has requested notice pursuant to Bankruptcy Rule 2002. The Trustee submits that no other or further notice need be provided.

WHEREFORE, the Trustee requests authorization to employ MCT as Accountants to render services in the areas described but not limited to the above, with compensation to be paid as an administrative expense in such amounts as this Court may hereinafter determine and allow after an application for fees is submitted to this Court for consideration.

Dated: April 16, 2020

                        By:    /s/David W. Carickhoff
                               David W. Carickhoff
                               Chapter 7 Trustee