**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| LIVE WELL FINANCIAL, INC., | Case No. 19-11317 (LSS) |
| Debtor. | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR**
**HEARING ON SEPTEMBER 10, 2020 AT 2:00 P.M. (EASTERN TIME)**

> This hearing will be held telephonically and by video. All parties wishing to appear must do so telephonically by contacting COURTCALL, LLC at 866-582-6878 <u>no later than Sept. 10 at 8:30 a.m. to sign up</u>. Additionally, anyone wishing to appear by Zoom is invited to use the link below. All parties that will be arguing or testifying must appear by Zoom and CourtCall. Participants on CourtCall should dial into the call not later than 10 minutes prior to the start of the scheduled hearing to insure a proper connection.
>
> **PLEASE NOTE THAT THE MICROPHONES ON THE ZOOM MEETING WILL BE MUTED AND THE ONLY AUDIO WILL BE THROUGH COURTCALL**
>
> Topic: Live Well Financial; Case No. 19-11317 (LSS)
> Time: Sep 10, 2020 02:00 PM Eastern Time (US and Canada)
>
> Join ZoomGov Meeting
> https://debuscourts.zoomgov.com/j/1611448094
>
> Meeting ID: 161 144 8094
> Passcode: 098896
>
> Join by SIP
> 1611448094@sip.zoomgov.com

**ADJOURNED MATTERS:**

1. Motion of Republic Bank & Trust Company for Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) of the Bankruptcy Code [Docket No. 178; filed on 12/4/2019]

   <u>Objection/Response Deadline</u>:   December 12, 2019 at 4:00 p.m. Extended to October 8, 2020 at 4:00 p.m. for the Chapter 7 Trustee.

   <u>Objections/Responses</u>:   None.

   <u>Related Documents</u>:   None.

Status: Discussion are ongoing between counsel to the Chapter 7 Trustee and counsel to Republic Bank. The hearing on this matter has been adjourned to October 15, 2020, at 4:00 p.m. (ET).

2. Motion of the Chapter 7 Trustee Pursuant to Fed. R. Bankr. P. 9019 for Entry of an Order Approving the Confidential Settlement Agreement and Release with Great American Insurance Company [Docket No. 231; filed on 6/24/2020]

   Objection/Response Deadline: July 8, 2020 at 4:00 p.m.

   Objections/Responses:

   A. Informal comments received from Ernest Calabrese.

   B. Objection of Michael C. Hild to Motion of Chapter 7 Trustee Pursuant to Fed. R. Bankr. P. 9019 for Entry of an Order Approving the Confidential Settlement Agreement and Release with Great American Insurance Company [Docket No. 233; filed on 7/8/2020]

   Related Documents: None.

   Status: The Chapter 7 Trustee has resolved the informal comments of Ernest Calabrese. Discussion are ongoing between counsel to the Chapter 7 Trustee and counsel to Mr. Hild. The hearing on this matter has been adjourned to October 15, 2020, at 4:00 p.m. (ET).

3. Motion of Michael C. Hild for Relief from the Automatic Stay [Docket No. 200; filed on 3/6/2020]

   Objection/Response Deadline: April 9, 2020 at 4:00 p.m.

   Objections/Responses:

   C. Objection of Chapter 7 Trustee to Motion of Michael C. Hild for Relief from the Automatic Stay [Docket No. 228; filed on 6/3/2020]

   Related Documents: None.

   Status: Discussion are ongoing between counsel to the Chapter 7 Trustee and counsel to Mr. Hild. The hearing on this matter has been adjourned to October 15, 2020, at 4:00 p.m. (ET).

**MATTERS GOING FORWARD:**

4. Motion of Chapter 7 Trustee for Approval of Litigation Support and Alignment Agreement by and Between David W. Carickhoff, In His Capacity as Chapter 7 Trustee for the Estate of Live Well Financial, Inc., and Mirae Asset Securities (USA) Inc.,

Pursuant to 11 U.S.C. §§ 105(a) and 303(b) and Rule 9019(a) of the Federal Rules of Bankruptcy Procedure [Docket No. 242; filed on 8/11/2020]

Objection/Response Deadline:     August 25, 2020 at 4:00 p.m.  Extended to September 10, 2020 at 2:00 p.m. for the Office of the United States Trustee.

Objections/Responses:

A.   Informal comments received from Flagstar Bank, FSB.

B.   Informal comments received from the Office of the United States Trustee.

Related Documents:     None.

Status:   The Chapter 7 Trustee has resolved the informal comments of Flagstar Bank, FSB by adding agreed upon language to the revised proposed order.  The revised proposed order will be submitted prior to or at the hearing. Discussions are ongoing between counsel to the Chapter 7 Trustee and counsel to the U.S. Trustee.  If the U.S. Trustee's comments cannot be resolved prior to the hearing, this matter will go forward as a status conference.  If the U.S. Trustee's comments are resolved prior to the hearing, this matter will go forward on a fully consensual basis, subject to approval by Court.

5.   Application of Chapter 7 Trustee for an Order (I) Authorizing the Chapter 7 Trustee to Employ Reid Collins & Tsai LLP as Special Litigation Counsel, and (II) Waiving Certain Information Requirements Pursuant to Local Rule 2016-2(h) [Docket No. 243; filed on 8/11/2020]

Objection/Response Deadline:     August 25, 2020 at 4:00 p.m.  Extended to September 4, 2020 at 4:00 p.m. for the Office of the United States Trustee.

Objections/Responses:

A.   Informal comments received from the Office of the United States Trustee.

Related Documents:   None.

Status:   The Chapter 7 Trustee has resolved the informal comments from the U.S. Trustee by adding agreed upon language to the revised proposed order. Subject to resolution of the U.S. Trustee's comments to the Motion of the Chapter 7 Trustee for Approval of Litigation Support and Alignment Agreement (agenda item 4 above), the hearing on the employment application is scheduled to go forward on a fully consensual basis, subject to approval by Court.

| | |
|---|---|
| Dated: September 8, 2020<br>Wilmington, Delaware | **BLANK ROME LLP**<br><br>*/s/ Stanley B. Tarr*<br>Regina Stango Kelbon (DE No. 5444)<br>Stanley B. Tarr (DE No. 5535)<br>Bryan J. Hall (DE No. 6285)<br>1201 N. Market Street, Suite 800<br>Wilmington, Delaware 19801<br>Telephone:   (302) 425-6400<br>Facsimile:   (302) 425-6464<br>Email:   Kelbon@BlankRome.com<br>            Tarr@BlankRome.com<br>            BHall@BlankRome.com<br><br>Michael B. Schaedle (*admitted pro hac vice*)<br>One Logan Square<br>130 North 18th Street<br>Philadelphia, Pennsylvania 19103<br>Telephone:   (215) 569-5500<br>Facsimile:   (215) 569-5555<br>Email:   Schaedle@BlankRome.com<br><br>*Special Counsel to the Chapter 7 Trustee* |