# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| LIVE WELL FINANCIAL, INC., | Case No. 19-11317 (LSS) |
| Debtor. | **Related D.I. 243** |

**CERTIFICATION OF COUNSEL REGARDING THE
APPLICATION OF CHAPTER 7 TRUSTEE FOR AN ORDER
(I) AUTHORIZING THE CHAPTER 7 TRUSTEE TO EMPLOY REID COLLINS &
TSAI LLP AS SPECIAL LITIGATION COUNSEL, AND (II) WAIVING CERTAIN
INFORMATION REQUIREMENTS PURSUANT TO LOCAL RULE 2016-2(h)**

The undersigned counsel to David W. Carickhoff (the "Trustee"), Chapter 7 Trustee of Live Well Financial, Inc., hereby certifies as follows:

1. On August 11, 2020, the Trustee filed the *Application of Chapter 7 Trustee for an Order (I) Authorizing the Chapter 7 Trustee To Employ Reid Collins & Tsai LLP As Special Litigation Counsel, and (II) Waiving Certain Information Requirements Pursuant to Local Rule 2016-2(h)* [D.I. 243] (the "Application").

2. The notice appended to the Application set August 25, 2020 at 4:00 p.m. (ET) (the "Objection Deadline") as the deadline to file any response or objection to the relief requested in the Application.

3. Prior to the Objection Deadline, counsel to the Trustee received informal comments to the Application from counsel to the Office of the United States Trustee for the District of Delaware (the "U.S. Trustee"). No other formal or informal responses to the Application were received.

4. On September 10, 2020, the Court conducted a hearing on, *inter alia*, the Application. At the conclusion of that hearing, the Court stated it would grant the relief requested

2

in the Application subject to agreement among the parties on a revised proposed form of order granting the Application and entry of an agreed form of order granting the *Motion of Chapter 7 Trustee for Approval of Litigation Support and Alignment Agreement by and Between David W. Carickhoff, in His Capacity as Chapter 7 Trustee for the Estate of Live Well Financial, Inc., and Mirae Asset Securities (USA) Inc., Pursuant to 11 U.S.C. §§ 105(a) and 363(b) and Rule 9019(a) of the Federal Rules of Bankruptcy Procedure* [D.I. 242] (the "Alignment Motion").[1]

5.    Attached as Exhibit A to this certification is a revised proposed form of order (the "Revised Proposed Order") that includes language agreed to by and among the U.S. Trustee, the Trustee, Mirae Asset Securities (USA) Inc. ("Mirae"), and Reid Collins & Tsai LLP ("Reid Collins").  Attached as Exhibit B to this certification is a blackline of the Revised Proposed Order marked against the form of order filed with the Motion.

6.    Each of counsel to the U.S. Trustee, Mirae, and Reid Collins have indicated they consent to the entry of the Revised Proposed Order.

---

[1] An agreed form of order granting the Alignment Motion is being submitted under a separate certification of counsel contemporaneously with the submission of this certification.  Counsel respectfully requests that the Court enter the order approving the Alignment Motion before entering the order granting the Application.

WHEREFORE, the Trustee respectfully requests that the Court enter the Revised Proposed Order annexed hereto as Exhibit A at its earliest convenience.

                                              Respectfully submitted,

Dated: September 21, 2020        **BLANK ROME LLP**
       Wilmington, Delaware

*/s/ Bryan J. Hall*
Regina Stango Kelbon (DE No. 5444)
Stanley B. Tarr (DE No. 5535)
Bryan J. Hall (DE No. 6285)
1201 N. Market Street, Suite 800
Wilmington, Delaware 19801
Telephone:   (302) 425-6400
Facsimile:   (302) 425-6464
Email:   Kelbon@BlankRome.com
       Tarr@BlankRome.com
       BHall@BlankRome.com

Michael B. Schaedle (*pro hac vice*)
One Logan Square
130 North 18th Street
Philadelphia, Pennsylvania 19103
Telephone:   (215) 569-5500
Facsimile:   (215) 569-5555
Email:   Schaedle@BlankRome.com

*Co-Counsel to Chapter 7 Trustee*