# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| LIVE WELL FINANCIAL, INC., | Case No. 19-11317 (LSS) |
| Debtor. | Related Docket No.: 284 |

### CERTIFICATE OF NO OBJECTION REGARDING MOTION OF THE CHAPTER 7 TRUSTEE PURSUANT TO FED. R. BANKR. P. 9019 FOR ENTRY OF AN ORDER APPROVING THE SETTLEMENT AGREEMENT WITH REPUBLIC BANK & TRUST COMPANY

On November 19, 2020, David W. Carickhoff (the "Trustee"), in his capacity as the Chapter 7 Trustee of Live Well Financial, Inc. (the "Debtor") in the above-captioned chapter 7 case, filed the *Motion of the Chapter 7 Trustee Pursuant to Fed. R. Bankr. P. 9019 for Entry of an Order Approving the Settlement Agreement with Republic Bank & Trust Company* [D.I. 284] (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Court").

The notice appended to the Motion established December 3, 2020 at 4:00 p.m. (prevailing Eastern Time) as the deadline to file and serve objections or responses to the Motion.

The undersigned hereby certifies he has received no formal or informal objection or response to the Motion. The undersigned further certifies he has caused to be performed a review of the Court's docket in this case and no objection or response to the Motion appears thereon.

Accordingly, the Trustee respectfully requests entry of the proposed form of order attached hereto as **Exhibit A** (which form of order remains unchanged from the form of order filed with the Motion, except the caption has been updated) at the earliest convenience of the Court.

| | |
|---|---|
| Dated: December 4, 2020<br>Wilmington, Delaware | **BLANK ROME LLP**<br><br>*/s/ Stanley B. Tarr*<br>Regina Stango Kelbon (DE No. 5444)<br>Stanley B. Tarr (DE No. 5535)<br>1201 N. Market Street, Suite 800<br>Wilmington, Delaware 19801<br>Telephone: (302) 425-6400<br>Facsimile: (302) 425-6464<br>Email: Kelbon@BlankRome.com<br>Tarr@BlankRome.com<br><br>Michael B. Schaedle (*pro hac vice*)<br>One Logan Square<br>130 North 18th Street<br>Philadelphia, Pennsylvania 19103<br>Telephone: (215) 569-5500<br>Facsimile: (215) 569-5555<br>Email: Schaedle@BlankRome.com<br><br>*Special Counsel to the Chapter 7 Trustee* |

156698.01600/124159092v.1