## CERTIFICATE OF SERVICE

I, Stanley B. Tarr, hereby certify that on March 24, 2021, I served or caused to be served the foregoing *Notice of Agenda of Matters Scheduled for Hearing on March 26, 2021 at 10:00 a.m. (Eastern Time)* by (i) CM/ECF upon those parties registered to receive such electronic notifications in this case, and (ii) by email upon the parties listed on the attached Service List.

*/s/ Stanley B. Tarr*
Stanley B. Tarr (DE No. 5535)

**SERVICE LIST**

| | | |
|---|---|---|
| Neil B. Glassman, Esq. | Bayard, P.A. | nglassman@bayardlaw.com |
| Evan T. Miller, Esq. | Bayard, P.A. | emiller@bayardlaw.com |
| Daniel N. Brogan, Esq. | Bayard, P.A. | dbrogan@bayardlaw.com |
| Linda J. Casey, Esq. | Office of the United States Trustee | linda.casey@usdoj.gov |
| Adam G. Landis, Esq. | Landis Rath & Cobb LLP | landis@lrclaw.com |
| Kerri K. Mumford, Esq. | Landis Rath & Cobb LLP | mumford@lrclaw.com |
| Nicolas E. Jenner, Esq. | Landis Rath & Cobb LLP | jenner@lrclaw.com |
| Adam C. Harris, Esq. | Schulte Roth & Zabel LLP | adam.harris@srz.com |
| Tara LeDay, Esq. | McCreary, Veselka, Bragg & Allen, P.C. | tleday@mvbalaw.com |
| John W. Weiss, Esq. | Alston & Bird LLP | john.weiss@alston.com |
| William S. Sugden, Esq. | Alston & Bird LLP | will.sugden@alston.com |
| Alexandra D. Blye, Esq. | Carlton Fields Jorden Burt, P.A. | ablye@carltonfields.com |
| Michael Busenkell, Esq. | Gellert Scali Busenkell & Brown, LLC | mbusenkell@gsbblaw.com |
| R. Craig Martin, Esq. | DLA Piper LLP (US) | craig.martin@dlapiper.com |
| Richard M. Kremen, Esq. | DLA Piper LLP (US) | richard.kremen@dlapiper.com |
| Kristy N. Grace, Esq. | DLA Piper LLP (US) | kristy.grace@dlapiper.com |
| Geoffrey G. Grivner, Esq. | Buchanan Ingersoll & Rooney PC | Geoffrey.grivner@bipc.com |
| Mark Pfeiffer, Esq. | Buchanan Ingersoll & Rooney PC | mark.pfeiffer@bipc.com |
| Christopher D. Loizides, Esq. | Loizides, P.A. | loizides@loizides.com |
| Jack A. Raisner, Esq. | Outten & Golden LLP | jar@raisnerroupinian.com |
| René S. Roupinian, Esq. | Outten & Golden LLP | rsr@raisnerroupinian.com |
| David M. Klauder, Esq. | Bielli & Klauder, LLC | dklauder@bk-legal.com |
| Brian Kantar, Esq. | Chiesa Shahinian & Giantomasi P.C. | bkantar@csglaw.com |
| Scott A. Zuber, Esq. | Chiesa Shahinian & Giantomasi P.C. | szuber@csglaw.com |
| J. Cory Falgowski, Esq. | Burr & Forman LLP | jfalgowski@burr.com |
| Alessandra Glorioso, Esq. | Dorsey & Whitney (Delaware) LLP | glorioso.alessandra@dorsey.com |

| Eric Lopez Schnabel, Esq. | Dorsey & Whitney (Delaware) LLP | schnabel.eric@dorsey.com |
|---|---|---|
| Thomas O. Kelly, III, Esq. | Dorsey & Whitney LLP | kelly.tom@dorsey.com |
| Jeffrey S. Cianciulli, Esq. | Weir & Partners LLP | jcianciulli@weirpartners.com |
| Walter Weir, Jr., Esq. | Weir & Partners LLP | wweir@weirpartners.com |
| Michael P. Broadhurst, Esq. | Weir & Partners LLP | mbroadhurst@weirpartners.com |
| Carol MacElree | Customers Bank | cmacelree@customersbank.com |
| Charles J. Brown, III, Esq. | Gellert Scali Busenkell & Brown, LLC | cbrown@gsbblaw.com |
| Jason C. Kuhlman, Esq. | The Law Office Of Jason C. Kuhlman, PLLC | jason@jckuhlmanlaw.com |
| Bruce Buechler, Esq. | Lowenstein Sandler LLP | bbuechler@lowenstein.com |
| Akshay N. Belani, Esq. | Stroock & Stroock & Lavan LLP | abelani@stroock.com |
| Claude G. Szyfer, Esq. | Stroock & Stroock & Lavan LLP | cszyfer@stroock.com |
| Stephen L. Ascher, Esq. | Jenner & Block LLP | sascher@jenner.com |
| Logan J. Gowdey, Esq. | Jenner & Block LLP | lgowdey@jenner.com |
| Gregory S. Schwegmann, Esq. | Reid Collins & Tsai LLP | gschwegmann@reidcollins.com |
| Matthew Freimuth | Willkie Farr & Gallagher LLP | mfreimuth@willkie.com |
| Amelia A. Cottrell | Willkie Farr & Gallagher LLP | acottrell@willkie.com |
| Vincent P Iannece | Willkie Farr & Gallagher LLP | viannece@willkie.com |