**EXHIBIT A**

**Fraudulent Transfers to Defendant Whiteford Taylor & Preston LLP**

| Date | Transferor | Transferor bank | Account ending | Amount | Method | Ref. # | Transferee |
|---|---|---|---|---|---|---|---|
| 5/10/2019 | Live Well Financial, Inc. | Wells Fargo Bank, N.A. | 6771 | $50,000.00 | EFT | 20190510CB | Whiteford Taylor & Preston LLP |
| 6/11/2019 | Live Well Financial, Inc. | Wells Fargo Bank, N.A. | 6771 | $50,000.00 | EFT | 20190611LS | Whiteford Taylor & Preston LLP |
| 6/11/2019 | Live Well Financial, Inc. | Wells Fargo Bank, N.A. | 6771 | $100,000.00 | EFT | 20190611LS | Whiteford Taylor & Preston LLP |

* "EFT" means electronic funds transfer (e.g., ACH or wire).

The Trustee reserves all rights including, without limitation, the right to add, remove, or amend any transfer referenced in the Complaint, including this Exhibit A.

It is the Trustee's intention, by the Complaint, to claw back all transfers avoidable and recoverable under applicable law.

Nothing contained in this Exhibit A or in the Complaint shall be deemed to waive or limit any claims or rights of the Trustee as to any parties not named as defendants in this adversary proceeding.