# Exhibit A

**Interest Payment Transfers to the Preferred Stockholders**

| Date | Amount |
|---|---|
| **LWFVEST, LLC** | |
| 06/26/2017 | $82,500.00 |
| 09/25/2017 | $82,500.00 |
| 12/26/2017 | $82,500.00 |
| 03/26/2018 | $82,500.00 |
| 06/25/2018 | $82,500.00 |
| 09/25/2018 | $82,500.00 |
| 12/17/2018 | $82,500.00 |
| 03/25/2019 | $82,500.00 |
| **TOTAL** | **$660,000.00** |
| **North Hill Ventures II, LP** | |
| 06/26/2017 | $35,423.21 |
| 09/25/2017 | $35,423.21 |
| 12/26/2017 | $35,423.21 |
| 03/26/2018 | $35,423.21 |
| 06/25/2018 | $35,423.21 |
| 09/25/2018 | $35,423.21 |
| 12/17/2018 | $35,423.21 |
| 03/25/2019 | $35,423.21 |
| **TOTAL** | **$283,385.68** |
| **Five Elms Equity Fund I, L.P.** | |
| 06/26/2017 | $35,423.21 |
| 09/25/2017 | $35,423.21 |
| 12/26/2017 | $35,423.21 |
| 03/26/2018 | $35,423.21 |
| 06/25/2018 | $35,423.21 |
| 09/25/2018 | $35,423.21 |
| 12/17/2018 | $35,423.21 |
| 03/25/2019 | $35,423.21 |
| **TOTAL** | **$218,273.52** |
| **Five Elms Haakon, L.P.** | |
| 06/26/2017 | $1,664.80 |
| 09/25/2017 | $1,664.80 |
| 12/26/2017 | $1,664.80 |
| 03/26/2018 | $1,664.80 |
| 06/25/2018 | $1,664.80 |
| 09/25/2018 | $1,664.80 |
| 12/17/2018 | $1,664.80 |
| 03/25/2019 | $1,664.80 |
| **TOTAL** | **$13,318.40** |

| Date | Amount |
|---|---|
| **Five Elms Coinvest, L.P.** | |
| 06/26/2017 | $1,572.31 |
| 09/25/2017 | $1,572.31 |
| 12/26/2017 | $1,572.31 |
| 03/26/2018 | $1,572.31 |
| 06/25/2018 | $1,572.31 |
| 09/25/2018 | $1,572.31 |
| 12/17/2018 | $1,572.31 |
| 03/25/2019 | $1,572.31 |
| **TOTAL** | **$12,578.48** |
| **James G. Brown** | |
| 06/26/2017 | $10,784.19 |
| 09/25/2017 | $10,784.19 |
| 12/26/2017 | $10,784.19 |
| 03/26/2018 | $10,784.19 |
| 06/25/2018 | $10,784.19 |
| 09/25/2018 | $10,784.19 |
| 12/17/2018 | $10,784.19 |
| 03/25/2019 | $10,784.19 |
| **TOTAL** | **$107,841.90** |
| **Gantcher Family Limited Partnership** | |
| 06/26/2017 | $4,125.00 |
| 09/25/2017 | $4,125.00 |
| 12/26/2017 | $4,125.00 |
| 03/26/2018 | $4,125.00 |
| 06/25/2018 | $4,125.00 |
| 09/25/2018 | $4,125.00 |
| 12/17/2018 | $4,125.00 |
| 03/25/2019 | $4,125.00 |
| **TOTAL** | **$33,000.00** |
| **Eric Legoff** | |
| 06/26/2017 | $1,646.30 |
| 09/25/2017 | $1,646.30 |
| 12/26/2017 | $1,646.30 |
| 03/26/2018 | $1,646.30 |
| 06/25/2018 | $1,646.30 |
| 09/25/2018 | $1,646.30 |
| 12/17/2018 | $1,646.30 |
| 03/25/2019 | $1,646.30 |
| **TOTAL** | **$13,170.40** |