## Exhibit B

**Transfers to Title Works of Virginia, Inc.**

| Date | Amount |
|---|---:|
| 09/22/2015 | $15,000.00 |
| 10/05/2015 | $1,000.00 |
| 10/05/2015 | $2,000.00 |
| 10/22/2015 | $155,178.11 |
| 12/11/2015 | $425.00 |
| 12/11/2015 | $700.00 |
| 02/08/2016 | $100.00 |
| 02/08/2016 | $10,000.00 |
| 03/10/2016 | $623,103.82 |
| 03/21/2016 | $124,712.55 |
| 03/22/2016 | $2,200.00 |
| 03/22/2016 | $6,000.00 |
| 07/28/2016 | $363,750.67 |
| 08/10/2016 | $10,000.00 |
| 10/03/2016 | $520,792.24 |
| 11/30/2016 | $3,000.00 |
| 02/07/2017 | $3,000.00 |
| 04/04/2017 | $150.00 |
| 04/25/2017 | $150.00 |
| 05/11/2017 | $1,500.00 |
| 05/18/2017 | $1,750.00 |
| 05/23/2017 | $85,291.23 |
| 06/16/2017 | $2,000.00 |
| 06/19/2017 | $2,000.00 |
| 06/28/2017 | $12,000.00 |
| 06/29/2017 | $1,000.00 |
| 06/29/2017 | $10,000.00 |
| 07/12/2017 | $26,153.11 |
| 07/25/2017 | $150.00 |
| 08/03/2017 | $54,473.50 |
| 08/16/2017 | $1,500.00 |
| 08/17/2017 | $1,500.00 |
| 09/01/2017 | $5,000.00 |
| 09/05/2017 | $70,097.48 |
| 09/19/2017 | $153.34 |
| 09/20/2017 | $1,000.00 |
| 09/20/2017 | $1,000.00 |
| 09/27/2017 | $116,722.67 |
| 09/28/2017 | $2,200.00 |
| 09/29/2017 | $1,000.00 |

| Date | Amount |
|---|---:|
| 10/04/2017 | $10,000.00 |
| 10/05/2017 | $1,000.00 |
| 10/05/2017 | $626,224.14 |
| 10/13/2017 | $60,087.00 |
| 10/13/2017 | $120,952.65 |
| 10/18/2017 | $9,813.00 |
| 10/18/2017 | $52,502.75 |
| 10/26/2017 | $226,772.87 |
| 10/30/2017 | $137.56 |
| 01/31/2018 | $1,000.00 |
| 02/14/2018 | $2,000.00 |
| 02/22/2018 | $4,000.00 |
| 02/28/2018 | $138,196.45 |
| 03/05/2018 | $7,429.13 |
| 03/05/2018 | $20,000.00 |
| 04/05/2018 | $3,000.00 |
| 04/18/2018 | $108,497.67 |
| 05/01/2018 | $85,992.63 |
| 06/07/2018 | $30,000.00 |
| 08/22/2018 | $1,017,068.96 |
| 08/22/2018 | $375,838.67 |
| 09/12/2018 | $5,000.00 |
| 09/29/2018 | $288,335.99 |
| 10/22/2018 | $380.00 |
| 10/22/2018 | $380.00 |
| 11/05/2018 | $621,150.29 |
| 11/05/2018 | $591,767.76 |
| **TOTAL** | **$6,645,281.24** |