# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>LIVE WELL FINANCIAL, INC.,<br><br>                Debtor. | Chapter 7<br><br>Case No. 19-11317 (LSS) |
| DAVID W. CARICKHOFF, solely in his capacity as chapter 7 trustee of Live Well Financial, Inc.,<br><br>                Plaintiff,<br><br>      - against -<br><br>MICHAEL C. HILD, LAURA D. HILD, CHURCH HILL VENTURES LLC, ANDERSON'S NECK LLC, THE BUTTERBEAN LLC, CLIMAX BEVERAGE CO. LLC, DOGTOWN BREWING LLC, GARDENIA LLC, HOT DIGGITY DONUTS LLC, KINGFISHER LLC, MANASTOH BREWING LLC, URBAN BLEAT CHEESE CO. LLC, ARAGON COFFEE CO. LLC, PETER STUMPF BREWING COMPANY LLC, PIN MONEY PICKLES LLC, ROSENEGK BREWING CO. LLC, VALENTINE'S MEAT-JUICE COMPANY LLC, ERIC G. ROHR, and C. DARREN STUMBERGER,<br><br>AND<br><br>JOHN DOES 1-100;<br><br>                Defendants. | Adv. Pro. No. 21-50966 (LSS) |

## NOTICE OF MATTERS SCHEDULED FOR HEARING ON
## APRIL 14, 2022 AT 9:30 A.M. (EASTERN TIME)

**THIS HEARING HAS BEEN <u>CANCELLED</u>
AS NO MATTERS ARE GOING FORWARD**

**UNCONTESTED MATTER FOR WHICH AN ORDER HAS BEEN ENTERED:**

1.  Fourth Omnibus Motion of the Chapter 7 Trustee for Entry of an Order Pursuant to Fed. R. Bankr. P. 9019 Approving Settlements of Causes of Action (filed on March 16, 2022) [D.I. 396; Adv. D.I. 50]

    Response Deadline:   March 30, 2021

    Responses Received:  None

    Related Documents:

    a.  Certificate of No Objection (filed on March 31, 2022) [D.I. 397; Adv. D.I. 54]

    b.  Order Granting Fourth Omnibus Motion of the Chapter 7 Trustee for Entry of an Order Pursuant to Fed. R. Bankr. P. 9019 Approving Settlements of Causes of Action (entered on April 4, 2022) [D.I. 398; Adv. D.I. 55]

    Status:  An Order has been entered.  Accordingly, no hearing is necessary.

Dated:  April 11, 2022

ARCHER & GREINER, P.C.

*/s/ Bryan J. Hall*
Alan M. Root (No. 5427)
Bryan J. Hall (No. 6285)
300 Delaware Avenue, Suite 1100
Wilmington, DE 19801
Tel.: 302-777-4350
Fax: 302-777-4352
aroot@archerlaw.com
bjhall@archerlaw.com

*Counsel for the Chapter 7 Trustee*

223961352v1