# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| LIVE WELL FINANCIAL, INC., | Case No. 19-11317 (LSS) |
| Debtor. | **Re: D.I. 279** |

## NOTICE PURSUANT TO ORDER APPROVING THE SETTLEMENT AGREEMENT BETWEEN THE CHAPTER 7 TRUSTEE AND FIRST HORIZON BANK

David W. Carickhoff, in his capacity as the Chapter 7 Trustee (the "Trustee") of the bankruptcy estate of the above-captioned debtor, files this Notice in accordance with the Order [D.I. 279] entered on November 6, 2020, approving the *Settlement Agreement Between the Chapter 7 Trustee and First Horizon Bank* (the "Settlement Agreement") with First Horizon Bank, N.A. ("First Horizon").

As set forth in the Settlement Agreement, First Horizon filed proof of claim #46 as a secured claim in the amount of $42,861,778.20.

The Settlement Agreement sets forth a mechanism for the allowance and reconciliation of First Horizon's claim [D.I. 279-1 at ¶ 6].

First Horizon provided documentation to the Trustee in support of its reconciled claim amount. The Trustee requested and received additional information, and First Horizon responded to all of the Trustee's questions.

On May 2, 2023, First Horizon filed an amended proof of claim, which has been designated as proof of claim # 69 (the "Amended Claim") as a general unsecured claim in the amount of $3,726,264.65.

2

Based upon a review of the documents and information provided by First Horizon, the Trustee hereby gives notice that he agrees with the amount, priority, and allowance of First Horizon's Amended Claim.

| | |
|---|---|
| Dated:  May 17, 2023 | ARCHER & GREINER, P.C.<br><br>/s/ *Bryan J. Hall*<br>Alan M. Root (No. 5427)<br>Bryan H. Hall (No. 6285)<br>300 Delaware Avenue, Suite 1100<br>Wilmington, DE 19801<br>Tel: (302) 777-4350<br>Fax: (302) 777-4352<br>E-mail: aroot@archerlaw.com<br>           bjhall@archerlaw.com<br><br>*Counsel for David W. Carickhoff, the Chapter 7 Trustee* |

227125778 v1

**CERTIFICATE OF SERVICE**

I, Bryan J. Hall, hereby certify that on May 17, 2023, I caused to be served the foregoing motion by (i) CM/ECF upon those parties registered to receive such electronic notifications in this case, and (ii) email upon the parties listed on the attached Service List.

*/s/ Bryan J. Hall*
Bryan J. Hall (DE No. 6285)

**SERVICE LIST**

| | | |
|---|---|---|
| Linda J. Casey, Esq. | Office of the United States Trustee | linda.casey@usdoj.gov |
| Neil B. Glassman, Esq. | Bayard, P.A. | nglassman@bayardlaw.com |
| Evan T. Miller, Esq. | Bayard, P.A. | emiller@bayardlaw.com |
| Daniel N. Brogan, Esq. | Bayard, P.A. | dbrogan@bayardlaw.com |
| Adam G. Landis, Esq. | Landis Rath & Cobb LLP | landis@lrclaw.com |
| Kerri K. Mumford, Esq. | Landis Rath & Cobb LLP | mumford@lrclaw.com |
| Nicolas E. Jenner, Esq. | Landis Rath & Cobb LLP | jenner@lrclaw.com |
| Adam C. Harris, Esq. | Schulte Roth & Zabel LLP | adam.harris@srz.com |
| Tara LeDay, Esq. | McCreary, Veselka, Bragg & Allen, P.C. | tleday@mvbalaw.com |
| John W. Weiss, Esq. | Alston & Bird LLP | john.weiss@alston.com |
| William S. Sugden, Esq. | Alston & Bird LLP | will.sugden@alston.com |
| Jacob Johnson, Esq. | Alston & Bird LLP | Jacob.Johnson@alston.com |
| Alexandra D. Blye, Esq. | Carlton Fields Jorden Burt, P.A. | ablye@carltonfields.com |
| Michael Busenkell, Esq. | Gellert Scali Busenkell & Brown, LLC | mbusenkell@gsbblaw.com |
| R. Craig Martin, Esq. | DLA Piper LLP (US) | craig.martin@dlapiper.com |
| Richard M. Kremen, Esq. | DLA Piper LLP (US) | richard.kremen@dlapiper.com |
| Kristy N. Grace, Esq. | DLA Piper LLP (US) | kristy.grace@dlapiper.com |
| Geoffrey G. Grivner, | Buchanan Ingersoll & Rooney PC | Geoffrey.grivner@bipc.com |
| Mark Pfeiffer, Esq. | Buchanan Ingersoll & Rooney PC | mark.pfeiffer@bipc.com |
| Christopher D. Loizides, Esq. | Loizides, P.A. | loizides@loizides.com |
| Jack A. Raisner, Esq. | Outten & Golden LLP | jar@raisnerroupinian.com |
| René S. Roupinian, Esq. | Outten & Golden LLP | rsr@raisnerroupinian.com |
| David M. Klauder, Esq. | Bielli & Klauder, LLC | dklauder@bk-legal.com |
| Brian Kantar, Esq. | Chiesa Shahinian & Giantomasi P.C. | bkantar@csglaw.com |
| Scott A. Zuber, Esq. | Chiesa Shahinian & Giantomasi P.C. | szuber@csglaw.com |
| J. Cory Falgowski, Esq. | Burr & Forman LLP | jfalgowski@burr.com |
| Alessandra Glorioso, Esq. | Dorsey & Whitney (Delaware) LLP | glorioso.alessandra@dorsey.com |
| Eric Lopez Schnabel, Esq. | Dorsey & Whitney (Delaware) LLP | schnabel.eric@dorsey.com |
| Thomas O. Kelly, III, Esq. | Dorsey & Whitney LLP | kelly.tom@dorsey.com |
| Jeffrey S. Cianciulli, Esq. | Weir & Partners LLP | jcianciulli@weirpartners.com |
| Walter Weir, Jr., Esq. | Weir & Partners LLP | wweir@weirpartners.com |
| Michael P. Broadhurst, Esq. | Weir & Partners LLP | mbroadhurst@weirpartners.com |

| Carol MacElree | Customers Bank | cmacelree@customersbank.com |
| Charles J. Brown, III, Esq. | Gellert Scali Busenkell & Brown, LLC | cbrown@gsbblaw.com |
| Jason C. Kuhlman, Esq. | The Law Office Of Jason C. | jason@jckuhlmanlaw.com |
| Bruce Buechler, Esq. | Lowenstein Sandler LLP | bbuechler@lowenstein.com |
| Akshay N. Belani, Esq. | Stroock & Stroock & Lavan LLP | abelani@stroock.com |
| Claude G. Szyfer, Esq. | Stroock & Stroock & Lavan LLP | cszyfer@stroock.com |
| Stephen L. Ascher, Esq. | Jenner & Block LLP | sascher@jenner.com |
| Logan J. Gowdey, Esq. | Jenner & Block LLP | lgowdey@jenner.com |
| Robert J. Diehl, Jr. | Bodman PLC | rdiehl@bodmanlaw.com |
| Gregory S. Schwegmann, Esq. | Reid Collins & Tsai LLP | gschwegmann@reidcollins.com |