## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| LIVE WELL FINANCIAL, INC., | Case No. 19-11317 (LSS) |
| Debtor. | **Re: D.I. 580** |

**CERTIFICATE OF NO OBJECTION REGARDING MOTION OF THE CHAPTER 7 TRUSTEE FOR ENTRY OF AN ORDER EXTENDING THE DEADLINE TO FILE NOTICES OF REMOVAL OF CLAIMS AND CAUSES OF ACTION PURSUANT TO 28 U.S.C. § 1452**

On September 25, 2025, David W. Carickhoff, in his capacity as the chapter 7 trustee (the "Trustee") of the bankruptcy estate of Live Well Financial, Inc., filed and served the Motion of the Chapter 7 Trustee for Entry of an Order Extending the Deadline to File Notices of Removal of Claims and Causes of Action Pursuant to 28 U.S.C. § 1452 [D.I. 580] (the "Motion").

The Notice served with the Motion set October 9, 2025 at 4:00 p.m. as the deadline to file and serve objections to the Motion.

The undersigned certifies that, as of the filing of this certification, he has received no formal or informal objection to the relief requested in the Motion.

The undersigned further certifies that he has caused the review of the Court's docket in this case, and no objection or response to the relief requested in the Motion appears thereon.

WHEREFORE, the undersigned, on behalf of the Trustee, respectfully requests that the Court enter the form of order attached to the Motion.

| | |
|---|---|
| Dated: October 14, 2025<br>Wilmington, Delaware | CHIPMAN BROWN CICERO & COLE, LLP<br><br>*/s/ Bryan J. Hall*<br>Alan M. Root (No. 5427)<br>Bryan J. Hall (No. 6285)<br>Hercules Plaza<br>1313 North Market Street, Suite 5400<br>Wilmington, Delaware 19801<br>Telephone: (302) 295-0192<br>Email:  root@chipmanbrown.com<br>          hall@chipmanbrown.com<br><br>*Counsel for the Chapter 7 Trustee* |