# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| LIVE WELL FINANCIAL, INC., | Case No. 19-11317 (LSS) |
| Debtor. | **Re: Docket No. 580** |

## ORDER EXTENDING THE DEADLINE FOR THE CHAPTER 7 TRUSTEE TO FILE NOTICES OF REMOVAL OF CLAIMS AND CAUSES OF ACTION

Upon the motion of David W. Carickhoff, the chapter 7 trustee (the "Trustee") of the bankruptcy estate of Live Well Financial, Inc., for entry of an order pursuant to 28 U.S.C. § 1452 and Bankruptcy Rules 9006(b) and 9027 extending the deadline for the Trustee to file notices of removal of claims and civil actions through and including September 30, 2026 (the "Motion");[1] and upon consideration of the Motion and all filings related thereto; and the Court finding that (a) the District of Delaware has jurisdiction to consider this matter pursuant to 28 U.S.C. § 1334, which has been referred to this Court, (b) this matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2), and (c) notice of the Motion was due and proper under the circumstances; and it appearing that the relief requested in the Motion is in the best interests of the Debtor's estate, its creditors and other parties in interest; and after due deliberation, and good and sufficient cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

---

[1] Unless otherwise defined herein, all capitalized terms shall have the meanings ascribed to them in the Motion.

2.      The deadline for the Trustee to file notices of removal of claims and causes of action pursuant to 28 U.S.C. § 1452 and Bankruptcy Rule 9027 is hereby extended through and including September 30, 2026.

3.      This Order shall be without prejudice to the rights of the Trustee to seek further extensions of the time within which to file notices of removal.

4.      This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

**Dated: October 15th, 2025**
**Wilmington, Delaware**

LAURIE SELBER SILVERSTEIN
UNITED STATES BANKRUPTCY JUDGE

4906-9175-5634, v. 1