# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| LIVE WELL FINANCIAL, INC., | Case No. 19-11317 (LSS) |
| Debtor. | |

## CERTIFICATE OF SERVICE

I, Bryan J. Hall, hereby certify that, October 15, 2025, I caused to be served a true and correct copy of the *Order Extending the Deadline to File Notices of Removal of Claims and Causes of Action* [D.I. 583] by (i) CM/ECF upon those parties registered to receive such electronic notifications in this case, and (ii) email upon the parties listed on the attached Service List.

Dated: October 20, 2025

CHIPMAN BROWN CICERO & COLE, LLP

*/s/ Bryan J. Hall*
Alan M. Root (No. 5427)
Bryan J. Hall (No. 6285)
Aaron J. Bach (No. 7364)
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
(302) 295-0191
root@chipmanbrown.com
hall@chipmanbrown.com
bach@chipmanbrown.com

*Counsel for the Chapter 7 Trustee*

## SERVICE LIST

| Linda J. Casey | Office of the United States Trustee | linda.casey@usdoj.gov |
|---|---|---|
| Neil B. Glassman | Bayard, P.A. | nglassman@bayardlaw.com |
| Adam G. Landis | Landis Rath & Cobb LLP | landis@lrclaw.com |
| Adam C. Harris | McDermott Will & Schulte LLP | adam.harris@srz.com |
| Tara LeDay | McCreary, Veselka, Bragg & Allen | tleday@mvbalaw.com |
| William S. Sugden | Alston & Bird LLP | will.sugden@alston.com |
| Alexandra D. Blye | Carlton Fields Jorden Burt, P.A. | ablye@carltonfields.com |
| Michael Busenkell | Gellert Seitz Busenkell & Brown | mbusenkell@gsbblaw.com |
| R. Craig Martin | DLA Piper LLP (US) | craig.martin@dlapiper.com |
| Richard M. Kremen | DLA Piper LLP (US) | richard.kremen@dlapiper.com |
| Kristy N. Grace | DLA Piper LLP (US) | kristy.grace@dlapiper.com |
| Geoffrey G. Grivner | Buchanan Ingersoll & Rooney PC | Geoffrey.grivner@bipc.com |
| Mark Pfeiffer | Buchanan Ingersoll & Rooney PC | mark.pfeiffer@bipc.com |
| Christopher D. Loizides | Loizides, P.A. | loizides@loizides.com |
| Jack A. Raisner | Raisner Roupinian LLP | jar@raisnerroupinian.com |
| René S. Roupinian | Raisner Roupinian LLP | rsr@raisnerroupinian.com |
| David M. Klauder | Bielli & Klauder, LLC | dklauder@bk-legal.com |
| Brian Kantar | Chiesa Shahinian & Giantomasi | bkantar@csglaw.com |
| Scott A. Zuber | Chiesa Shahinian & Giantomasi | szuber@csglaw.com |
| J. Cory Falgowski | Burr & Forman LLP | jfalgowski@burr.com |
| Alessandra Glorioso | Dorsey & Whitney (Delaware) LLP | glorioso.alessandra@dorsey.com |
| Eric Lopez Schnabel | Dorsey & Whitney (Delaware) LLP | schnabel.eric@dorsey.com |
| Jeffrey S. Cianciulli | Weir LLP | jcianciulli@weirpartners.com |
| Walter Weir, Jr. | Weir LLP | wweir@weirpartners.com |
| Michael P. Broadhurst | Weir LLP | mbroadhurst@weirpartners.com |
| Carol MacElree | Customers Bank | cmacelree@customersbank.com |
| Charles J. Brown, III | Gellert Seitz Busenkell & Brown | cbrown@gsbblaw.com |
| Jason C. Kuhlman | The Law Office Of Jason C. Kuhlman | jason@jckuhlmanlaw.com |
| Akshay N. Belani | Troutman Pepper Locke LLP | akshay.belani@troutman.com |
| Stephen L. Ascher | Jenner & Block LLP | sascher@jenner.com |
| Robert J. Diehl, Jr. | Bodman PLC | rdiehl@bodmanlaw.com |
| Gregory S. Schwegmann | Reid Collins & Tsai LLP | gschwegmann@reidcollins.com |
| F. Troupe Mickler IV | Ashby & Geddes, P.A. | tmickler@ashbygeddes.com |
| Robert H. Chappell, III | Spotts Fain, PC | rchappell@spottsfain.com |
| Timothy G. Moore | Spotts Fain, PC | tmoore@spottsfain.com |
| Christopher A. Hurley | Spotts Fain, PC | churley@spottsfain.com |