# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>LIVE WELL FINANCIAL, INC.,<br><br>              Debtor. | Chapter 7<br><br>Case No. 19-11317 (LSS) |
| DAVID W. CARICKHOFF, solely in his capacity as chapter 7 trustee of Live Well Financial, Inc.,<br><br>              Plaintiff,<br><br>vs.<br><br>MICHAEL C. HILD, LAURA D. HILD, CHURCH HILL VENTURES LLC, ANDERSON'S NECK LLC, THE BUTTERBEAN LLC, CLIMAX BEVERAGE CO. LLC, DOGTOWN BREWING LLC, GARDENIA LLC, HOT DIGGITY DONUTS LLC, KINGFISHER LLC, MANASTOH BREWING LLC, URBAN BLEAT CHEESE CO. LLC, ARAGON COFFEE CO. LLC, PETER STUMPF BREWING COMPANY LLC, PIN MONEY PICKLES LLC, ROSENEGK BREWING CO. LLC, VALENTINE'S MEAT-JUICE COMPANY LLC, ERIC G. ROHR, and C. DARREN STUMBERGER,<br><br>and<br><br>JOHN DOES 1-100,<br><br>              Defendants. | Adv. No. 21-50966 (LSS) |

### *AMENDED*[1] NOTICE OF AGENDA OF MATTERS SCHEDULED FOR *VIDEOCONFERENCE* HEARING ON OCTOBER 30, 2025 AT 10:00 A.M. (ET)

> This hearing will be conducted remotely via Zoom only.
>
> To attend a hearing remotely, please register using the eCourtAppearance tool (available here) or on the court's website at www.deb.uscourts.gov.
> *The deadline to register for remote attendance is 4:00 p.m. (prevailing Eastern Time) the business day before the hearing unless otherwise noticed.*
>
> After the deadline has passed an electronic invitation, with the relevant audio or video link, will be emailed to you prior to the hearing.

---

[1] **Amended items appear in bold.**

**RESOLVED MATTERS:**

1. Motion of the Chapter 7 Trustee for Entry of an Order Extending the Deadline to File Notices of Removal of Claims and Causes of Action [Docket No. 580; filed September 25, 2025]

    Objection/Response Deadline:      October 9, 2025 at 4:00 PM (ET)

    Objections/Responses:      None.

    Related Documents:

    A.  Certificate of No Objection Regarding Motion of the Chapter 7 Trustee for Entry of an Order Extending the Deadline to File Notices of Removal of Claims and Causes of Action [Docket No. 582; filed October 14, 2025]

    B.  Order Extending the Deadline to File Notices of Removal of Claims and Causes of Action [Docket No. 583; entered October 15, 2025]

    Status: An order has been entered by the Court.

**STATUS CONFERENCE:**

2. Notice of Status Conference [Adv. Docket No. 228; filed September 29, 2025]

    Related Documents:

    A.  Letter to the Honorable Laurie Selber Silverstein Regarding Second Circuit Orders in Michael C. Hild's Criminal Case [Adv. Docket No. 229; filed October 27, 2025]

    **B.  Michael Hild's October 28th, 2025 Status Letter [Adv. Docket No. TBD]**

    **C.  Second Circuit Opinion and Summary Order [Adv. Docket No. 223, solely Exhibits 1-A and 1-B]**

    Status: The status conference will go forward.

Dated: October 28, 2025            **BLANK ROME LLP**
Wilmington, Delaware

*/s/ Stanley B. Tarr*
Stanley B. Tarr (DE No. 5535)
Lawrence R. Thomas III (DE No. 6935)
1201 N. Market Street, Suite 800
Wilmington, Delaware 19801
Telephone:    (302) 425-6400
Facsimile:    (302) 425-6464

        Email:        Stanley.Tarr@BlankRome.com
                       Lorenzo.Thomas@BlankRome.com

Michael B. Schaedle (*pro hac vice*)
One Logan Square
130 North 18th Street
Philadelphia, Pennsylvania 19103
Telephone:   (215) 569-5500
Facsimile:    (215) 569-5555
Email:        Mike.Schaedle@BlankRome.com

*Special Counsel to the Chapter 7 Trustee*