# **EXHIBIT A**

| | | | | | | |
|---|---|---|---|---|---|---|
Chipman Brown Cicero Cole, LLP<br>November 1, 2024 through September 30, 2025 | | | TIME DETAIL | | Invoice No. 20203<br>Dated: November 14, 2025 | |

| Date | Professional | Activity | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 12.04.2024 | Bryan J. Hall | B110 Case Administration | Follow-up regarding Live Well hearing | 0.10 | $495.00 | $49.50 |
| 12.26.2024 | Bryan J. Hall | B110 Case Administration | Review and respond emails re case | 0.20 | $495.00 | $99.00 |
| 06.16.2025 | Bryan J. Hall | B110 Case Administration | Respond to Nationstar inquiry | 0.10 | $575.00 | $57.50 |
| 07.03.2025 | Bryan J. Hall | B110 Case Administration | Email Celink regarding Nationstar inquiry | 0.20 | $575.00 | $115.00 |
| 08.18.2025 | Aaron J. Bach | B110 Case Administration | Draft motion to extend removal deadline | 0.70 | $400.00 | $280.00 |
| 08.18.2025 | Aaron J. Bach | B110 Case Administration | Communicate in firm regarding case status and motion to extend removal deadline, as well as deadline to assume or reject contracts | 0.20 | $400.00 | $80.00 |
| 08.19.2025 | Aaron J. Bach | B110 Case Administration | Draft/revise ninth removal motion | 0.50 | $400.00 | $200.00 |
| 08.27.2025 | Michelle M. Dero | B110 Case Administration | Review calendar and email B. Hall regarding removal and 365 deadlines | 0.10 | $350.00 | $35.00 |
| 09.23.2025 | Bryan J. Hall | B110 Case Administration | Review and follow-up regarding 365(d)(3) motion | 0.20 | $575.00 | $115.00 |
| 09.24.2025 | Aaron J. Bach | B110 Case Administration | Revise motion to extend removal deadline for civil actions | 0.50 | $400.00 | $200.00 |
| 09.24.2025 | Aaron J. Bach | B110 Case Administration | Communicate internally regarding motion to extend removal deadline | 0.30 | $400.00 | $120.00 |
| 09.24.2025 | Bryan J. Hall | B110 Case Administration | Meet with A. Bach to discuss case | 0.10 | $575.00 | $57.50 |
| 09.24.2025 | Bryan J. Hall | B110 Case Administration | Discuss case with Trustee | 0.10 | $575.00 | $57.50 |
| 09.24.2025 | Bryan J. Hall | B110 Case Administration | Review and revise draft extension motion | 0.10 | $575.00 | $57.50 |
| 09.25.2025 | Michelle M. Dero | B110 Case Administration | Finalize and file *Chapter 7 Trustee's Motion for Order Extending Deadline to File Notices of Removal of Claims and Causes of Action* (.2); Effectuate email service of motion (.1); Calendar deadlines (.1) | 0.40 | $350.00 | $140.00 |
| 09.25.2025 | Bryan J. Hall | B110 Case Administration | Discuss case with Trustee | 0.10 | $575.00 | $57.50 |
| 09.25.2025 | Bryan J. Hall | B110 Case Administration | Review and respond to emails regarding case | 0.10 | $575.00 | $57.50 |
| | | | **B110 TOTAL:** | **4.00** | | **$1,778.50** |
| 11.25.2024 | Bryan J. Hall | B120 Asset Analysis and Recovery | Review and respond to R. Chappell regarding properties | 0.10 | $495.00 | $49.50 |
| 11.25.2024 | Bryan J. Hall | B120 Asset Analysis and Recovery | Telephone call with R. Chappell, counsel to VACU, regarding properties | 0.20 | $495.00 | $99.00 |
| 01.14.2025 | Bryan J. Hall | B120 Asset Analysis and Recovery | Telephone call with R. Chappell regarding update on Virginia properties and receivership | 0.80 | $575.00 | $460.00 |
| 05.08.2025 | Bryan J. Hall | B120 Asset Analysis and Recovery | Telephone call with R. Chappell regarding Virginia assets | 0.60 | $575.00 | $345.00 |
| 06.03.2025 | Bryan J. Hall | B120 Asset Analysis and Recovery | Email exchange with Celink regarding DIRA claim | 0.10 | $575.00 | $57.50 |
| 08.20.2025 | Bryan J. Hall | B120 Asset Analysis and Recovery | Analyze and respond to Celink regarding HUD claim | 0.20 | $575.00 | $115.00 |
| 08.20.2025 | Bryan J. Hall | B120 Asset Analysis and Recovery | Telephone call with Trustee regarding case | 0.10 | $575.00 | $57.50 |
| 08.21.2025 | Bryan J. Hall | B120 Asset Analysis and Recovery | Telephone call with Celink regarding DIRA claim | 0.20 | $575.00 | $115.00 |
| 08.21.2025 | Bryan J. Hall | B120 Asset Analysis and Recovery | Telephone call with Trustee regarding case | 0.10 | $575.00 | $57.50 |
| | | | **B120 TOTAL:** | **2.40** | | **$1,356.00** |
| 02.25.2025 | Bryan J. Hall | B150 Meetings of and Communications with Creditors | Respond to J. Emberton regarding prepetition loan | 0.10 | $575.00 | $57.50 |
| 02.27.2025 | Bryan J. Hall | B150 Meetings of and Communications with Creditors | Telephone call with J. Emberton, counsel to TIAA FSB, regarding bankruptcy case and transfer of loans | 0.20 | $575.00 | $115.00 |
| 02.27.2025 | Bryan J. Hall | B150 Meetings of and Communications with Creditors | Respond to ICBCFS inquiry | 0.10 | $575.00 | $57.50 |

Chipman Brown Cicero Cole, LLP  
November 1, 2024 through September 30, 2025

TIME DETAIL

Invoice No. 20203  
Dated: November 14, 2025

| Date | Professional | Activity | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 07.02.2025 | Bryan J. Hall | B150 Meetings of and Communications with Creditors | Telephone call with R. Diehl, counsel for Flagstar, regarding update on case | 0.30 | $575.00 | $172.50 |
| 07.02.2025 | Bryan J. Hall | B150 Meetings of and Communications with Creditors | Telephone call with S. Coleman, counsel to Nationstar, regarding mortgage assignment | 0.20 | $575.00 | $115.00 |
| 07.22.2025 | Bryan J. Hall | B150 Meetings of and Communications with Creditors | Email exchange with N. Campanozzi, Celink, regarding Nationstar request | 0.10 | $575.00 | $57.50 |
| 07.23.2025 | Bryan J. Hall | B150 Meetings of and Communications with Creditors | Review and prepare for call with N. Campanozzi, Celink | 0.20 | $575.00 | $115.00 |
| 07.23.2025 | Bryan J. Hall | B150 Meetings of and Communications with Creditors | Telephone call with N. Campanozzi, Celink, regarding loan requests (.4) and follow-up emails regarding same (.1) | 0.50 | $575.00 | $287.50 |
| 08.08.2025 | Bryan J. Hall | B150 Meetings of and Communications with Creditors | Email N. Campanozzi, Celink, regarding prepetition mortgages | 0.10 | $575.00 | $57.50 |
| 08.19.2025 | Bryan J. Hall | B150 Meetings of and Communications with Creditors | Email exchange with S. Coleman regarding Nationstar request | 0.10 | $575.00 | $57.50 |
| | | | **B150 TOTAL:** | **1.90** | | **$1,092.50** |
| 11.06.2024 | Bryan J. Hall | B160 Fee/Employment Applications | Work on CBCC's second interim fee application | 0.50 | $495.00 | $247.50 |
| 11.11.2024 | Lauren Hitchens | B160 Fee/Employment Applications | Edit second interim fee application; Draft exhibit | 0.50 | $325.00 | $162.50 |
| 11.11.2024 | Bryan J. Hall | B160 Fee/Employment Applications | Work on CBCC's second interim fee application | 1.50 | $495.00 | $742.50 |
| 11.14.2024 | Rosanne DellAversano | B160 Fee/Employment Applications | Work on CBCC's fee application | 0.50 | $300.00 | $150.00 |
| 11.15.2024 | Bryan J. Hall | B160 Fee/Employment Applications | Follow-up on interim fee applications | 0.10 | $495.00 | $49.50 |
| 11.17.2024 | Bryan J. Hall | B160 Fee/Employment Applications | Work on CBCC's second interim fee application | 0.10 | $495.00 | $49.50 |
| 11.18.2024 | Bryan J. Hall | B160 Fee/Employment Applications | Work on CBCC's second interim fee application | 0.50 | $495.00 | $247.50 |
| 11.21.2024 | Bryan J. Hall | B160 Fee/Employment Applications | Review and comment on Miller Coffey fifth interim fee application | 0.30 | $495.00 | $148.50 |
| 11.21.2024 | Michelle M. Dero | B160 Fee/Employment Applications | Review emails from B. Hall regarding interim applications (.1); Finalize and file *Second Interim Application of Chipman Brown Cicero & Cole, LLP for June 1, 2024 through October 31, 2024* (.2) and *Fifth Interim Application of Miller Coffey Tate LLP for April 1, 2023 through September 30, 2024* (.2); Email as-filed copy to L. Thomas for service (.1) | 0.60 | $300.00 | $180.00 |
| 11.21.2024 | Bryan J. Hall | B160 Fee/Employment Applications | Follow-up on filing and service of fee applications | 0.10 | $495.00 | $49.50 |
| 12.06.2024 | Michelle M. Dero | B160 Fee/Employment Applications | Prepare certificates of no objection to CBCC's second interim application and MCT's fifth interim application | 0.40 | $300.00 | $120.00 |
| 12.06.2024 | Bryan J. Hall | B160 Fee/Employment Applications | Emails with L. Thomas and M. Dero regarding fee applications (.1); Review and follow-up on certificates of no objection and proposed orders (.1) | 0.20 | $495.00 | $99.00 |
| 12.06.2024 | Michelle M. Dero | B160 Fee/Employment Applications | Finalize, file and upload proposed orders for (i) *Certificate of No Objection Regarding Second Interim Application of Chipman Brown Cicero & Cole, LLP for June 1, 2024 through October 31, 2024* (.3) and (ii) *Certificate of No Objection Regarding Fifth Interim Application of Miller Coffey Tate LLP for April 1, 2023 through September 30, 2024* (.3) | 0.60 | $300.00 | $180.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Chipman Brown Cicero Cole, LLP<br>November 1, 2024 through September 30, 2025 | | | TIME DETAIL | | | Invoice No. 20203<br>Dated: November 14, 2025 |

| Date | Professional | Activity | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 12.10.2024 | Michelle M. Dero | B160 Fee/Employment Applications | Retrieve the following pleadings and email same to B. Hall: (1) *Order Granting Second Interim Application of Chipman Brown Cicero & Cole, LLP for June 1, 2024 through October 31, 2024*; and (2) *Order Allowing Miller Coffey Tate LLP Compensation for Services Rendered and Reimbursement of Expenses* | 0.10 | $300.00 | $30.00 |
| | | | B160 TOTAL: | 6.00 | | $2,456.00 |
| 11.05.2024 | Bryan J. Hall | B190 Other Contested Matters (excluding assumption/rejection motions) | Telephone call with W. Homony regarding investigation | 0.10 | $495.00 | $49.50 |
| 11.05.2024 | Bryan J. Hall | B190 Other Contested Matters (excluding assumption/rejection motions) | Telephone call with W. Homony regarding Hild adversary proceeding | 0.40 | $495.00 | $198.00 |
| 11.05.2024 | Bryan J. Hall | B190 Other Contested Matters (excluding assumption/rejection motions) | Email exchange with G. Schwegmann regarding Wedbush | 0.20 | $495.00 | $99.00 |
| 11.05.2024 | Bryan J. Hall | B190 Other Contested Matters (excluding assumption/rejection motions) | Telephone call with G. Schwegmann regarding Wedbush and litigation matters | 0.40 | $495.00 | $198.00 |
| 11.06.2024 | Bryan J. Hall | B190 Other Contested Matters (excluding assumption/rejection motions) | Review and follow-up on document productions in Hild adversary proceeding | 0.80 | $495.00 | $396.00 |
| 11.06.2024 | Bryan J. Hall | B190 Other Contested Matters (excluding assumption/rejection motions) | Draft email to Capital One regarding bank statements requested in subpoena | 0.20 | $495.00 | $99.00 |
| 11.06.2024 | Bryan J. Hall | B190 Other Contested Matters (excluding assumption/rejection motions) | Telephone call with W. Homony regarding Hild adversary proceeding | 0.20 | $495.00 | $99.00 |
| 11.06.2024 | Bryan J. Hall | B190 Other Contested Matters (excluding assumption/rejection motions) | Review and respond to emails regarding Hild adversary proceeding | 0.20 | $495.00 | $99.00 |
| 11.08.2024 | Bryan J. Hall | B190 Other Contested Matters (excluding assumption/rejection motions) | Telephone call with M. Silberfarb, R. Nowitz, J. Sheen and W. Homony regarding discovery and investigation | 0.50 | $495.00 | $247.50 |
| 11.08.2024 | Bryan J. Hall | B190 Other Contested Matters (excluding assumption/rejection motions) | Telephone call with W. Homony regarding investigation | 0.20 | $495.00 | $99.00 |
| 11.12.2024 | Bryan J. Hall | B190 Other Contested Matters (excluding assumption/rejection motions) | Initial review and circulate Capital One production | 0.30 | $495.00 | $148.50 |

| Chipman Brown Cicero Cole, LLP | TIME DETAIL | Invoice No. 20203 |
|---|---|---|
| November 1, 2024 through September 30, 2025 | | Dated: November 14, 2025 |

| Date | Professional | Activity | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 11.19.2024 | Bryan J. Hall | B190 Other Contested Matters (excluding assumption/rejection motions) | Telephone call with M. Silberfarb regarding status of expert discovery | 0.20 | $495.00 | $99.00 |
| 11.21.2024 | Bryan J. Hall | B190 Other Contested Matters (excluding assumption/rejection motions) | Telephone call with M. Silberfarb regarding Hild adversary proceeding | 0.10 | $495.00 | $49.50 |
| 11.25.2024 | Bryan J. Hall | B190 Other Contested Matters (excluding assumption/rejection motions) | Review docket and circulate notice of hearing | 0.10 | $495.00 | $49.50 |
| 11.25.2024 | Bryan J. Hall | B190 Other Contested Matters (excluding assumption/rejection motions) | Discuss case status with Trustee | 0.10 | $495.00 | $49.50 |
| 12.04.2024 | Bryan J. Hall | B190 Other Contested Matters (excluding assumption/rejection motions) | Telephone call with M. Silberfarb, G. Schwegmann and W. Homony regarding expert discovery | 0.30 | $495.00 | $148.50 |
| 12.04.2024 | Bryan J. Hall | B190 Other Contested Matters (excluding assumption/rejection motions) | Review and compile information for expert discovery | 1.80 | $495.00 | $891.00 |
| 12.06.2024 | Bryan J. Hall | B190 Other Contested Matters (excluding assumption/rejection motions) | Telephone call with M. Silberfarb and experts regarding Hild adversary proceeding | 0.50 | $495.00 | $247.50 |
| 12.06.2024 | Bryan J. Hall | B190 Other Contested Matters (excluding assumption/rejection motions) | Telephone call with expert regarding Hild adversary proceeding | 0.40 | $495.00 | $198.00 |
| 12.06.2024 | Bryan J. Hall | B190 Other Contested Matters (excluding assumption/rejection motions) | Compile documents regarding Hild adversary proceeding | 0.50 | $495.00 | $247.50 |
| 12.06.2024 | Bryan J. Hall | B190 Other Contested Matters (excluding assumption/rejection motions) | Email exchange with J. Sheen regarding Hild adversary proceeding | 0.10 | $495.00 | $49.50 |
| 12.10.2024 | Bryan J. Hall | B190 Other Contested Matters (excluding assumption/rejection motions) | Telephone calls from J. Huggett and G. Schwegmann and related emails regarding December 12 hearing | 0.20 | $495.00 | $99.00 |
| 12.10.2024 | Bryan J. Hall | B190 Other Contested Matters (excluding assumption/rejection motions) | Review documents regarding Hild adversary proceeding for expert discovery | 0.40 | $495.00 | $198.00 |
| 12.10.2024 | Bryan J. Hall | B190 Other Contested Matters (excluding assumption/rejection motions) | Email experts regarding Hild adversary proceeding documents | 0.20 | $495.00 | $99.00 |

Chipman Brown Cicero Cole, LLP | TIME DETAIL | Invoice No. 20203
November 1, 2024 through September 30, 2025 | | Dated: November 14, 2025

| Date | Professional | Activity | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 12.10.2024 | Bryan J. Hall | B190 Other Contested Matters (excluding assumption/rejection motions) | Review and respond to emails regarding case matters | 0.20 | $495.00 | $99.00 |
| 12.11.2024 | Bryan J. Hall | B190 Other Contested Matters (excluding assumption/rejection motions) | Research and follow-up on expert request | 0.40 | $495.00 | $198.00 |
| 12.11.2024 | Bryan J. Hall | B190 Other Contested Matters (excluding assumption/rejection motions) | Review documents for expert discovery | 0.40 | $495.00 | $198.00 |
| 12.12.2024 | Bryan J. Hall | B190 Other Contested Matters (excluding assumption/rejection motions) | Telephone call with W. Homony regarding expert discovery | 0.30 | $495.00 | $148.50 |
| 12.12.2024 | Bryan J. Hall | B190 Other Contested Matters (excluding assumption/rejection motions) | Review and respond to emails regarding discovery | 0.10 | $495.00 | $49.50 |
| 12.13.2024 | Bryan J. Hall | B190 Other Contested Matters (excluding assumption/rejection motions) | Telephone call with W. Homony regarding Hild adversary proceeding | 0.20 | $495.00 | $99.00 |
| 12.14.2024 | Bryan J. Hall | B190 Other Contested Matters (excluding assumption/rejection motions) | Telephone call with W. Homony regarding Hild adversary proceeding | 0.50 | $495.00 | $247.50 |
| 12.15.2024 | Bryan J. Hall | B190 Other Contested Matters (excluding assumption/rejection motions) | Review and comment on draft expert report | 0.50 | $495.00 | $247.50 |
| 12.16.2024 | Bryan J. Hall | B190 Other Contested Matters (excluding assumption/rejection motions) | Telephone call with M. Silberfarb and W. Homony (part) regarding Hild adversary proceeding | 0.30 | $495.00 | $148.50 |
| 12.16.2024 | Bryan J. Hall | B190 Other Contested Matters (excluding assumption/rejection motions) | Telephone call with W. Homony regarding Hild adversary proceeding | 0.40 | $495.00 | $198.00 |
| 12.16.2024 | Bryan J. Hall | B190 Other Contested Matters (excluding assumption/rejection motions) | Review and respond to emails regarding discovery | 0.20 | $495.00 | $99.00 |
| 12.16.2024 | Bryan J. Hall | B190 Other Contested Matters (excluding assumption/rejection motions) | Review research summary regarding Hild adversary proceeding | 0.10 | $495.00 | $49.50 |
| 12.17.2024 | Bryan J. Hall | B190 Other Contested Matters (excluding assumption/rejection motions) | Telephone call with D. Beaulne regarding Hild adversary proceeding | 0.40 | $495.00 | $198.00 |

| Chipman Brown Cicero Cole, LLP | TIME DETAIL | Invoice No. 20203 |
|---|---|---|
| November 1, 2024 through September 30, 2025 | | Dated: November 14, 2025 |

| Date | Professional | Activity | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 12.19.2024 | Bryan J. Hall | B190 Other Contested Matters (excluding assumption/rejection motions) | Review updates to draft expert opinion | 0.30 | $495.00 | $148.50 |
| 12.19.2024 | Bryan J. Hall | B190 Other Contested Matters (excluding assumption/rejection motions) | Telephone call with R. Nowitz and J. Sheen regarding expert discovery | 0.40 | $495.00 | $198.00 |
| 12.20.2024 | Bryan J. Hall | B190 Other Contested Matters (excluding assumption/rejection motions) | Telephone call with D. Beaulne regarding expert report | 0.20 | $495.00 | $99.00 |
| 12.24.2024 | Bryan J. Hall | B190 Other Contested Matters (excluding assumption/rejection motions) | Review emails regarding discovery | 0.50 | $495.00 | $247.50 |
| 12.26.2024 | Bryan J. Hall | B190 Other Contested Matters (excluding assumption/rejection motions) | Review materials regarding expert discovery | 1.00 | $495.00 | $495.00 |
| 12.30.2024 | Bryan J. Hall | B190 Other Contested Matters (excluding assumption/rejection motions) | Telephone call with W. Homony regarding Hild adversary proceeding | 0.60 | $495.00 | $297.00 |
| 12.30.2024 | Bryan J. Hall | B190 Other Contested Matters (excluding assumption/rejection motions) | Email M. Silberfarb regarding expert report | 0.10 | $495.00 | $49.50 |
| 12.30.2024 | Bryan J. Hall | B190 Other Contested Matters (excluding assumption/rejection motions) | Email W. Homony regarding compensation report | 0.10 | $495.00 | $49.50 |
| 12.31.2024 | Bryan J. Hall | B190 Other Contested Matters (excluding assumption/rejection motions) | Telephone call with W. Homony regarding investigation | 0.10 | $495.00 | $49.50 |
| 01.07.2025 | Bryan J. Hall | B190 Other Contested Matters (excluding assumption/rejection motions) | Telephone call with W. Homony regarding expert discovery | 0.20 | $575.00 | $115.00 |
| 01.07.2025 | Bryan J. Hall | B190 Other Contested Matters (excluding assumption/rejection motions) | Prepare for meeting with W. Homony | 0.50 | $575.00 | $287.50 |
| 01.08.2025 | Bryan J. Hall | B190 Other Contested Matters (excluding assumption/rejection motions) | Review and prepare for meeting with W. Homony regarding Hild adversary proceeding | 0.50 | $575.00 | $287.50 |
| 01.08.2025 | Bryan J. Hall | B190 Other Contested Matters (excluding assumption/rejection motions) | Meeting with W. Homony to discuss Hild adversary proceeding | 4.00 | $575.00 | $2,300.00 |

| Chipman Brown Cicero Cole, LLP | TIME DETAIL | Invoice No. 20203 |
|---|---|---|
| November 1, 2024 through September 30, 2025 | | Dated: November 14, 2025 |

| Date | Professional | Activity | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 01.08.2025 | Bryan J. Hall | B190 Other Contested Matters (excluding assumption/rejection motions) | Review restatement and case law | 0.50 | $575.00 | $287.50 |
| 01.08.2025 | Bryan J. Hall | B190 Other Contested Matters (excluding assumption/rejection motions) | Draft email to M. Silberfarb regarding investigation and real properties | 0.50 | $575.00 | $287.50 |
| 01.08.2025 | Bryan J. Hall | B190 Other Contested Matters (excluding assumption/rejection motions) | Telephone call with W. Homony regarding Hild adversary proceeding | 1.00 | $575.00 | $575.00 |
| 01.08.2025 | Bryan J. Hall | B190 Other Contested Matters (excluding assumption/rejection motions) | Research case law for Hild adversary proceeding | 0.60 | $575.00 | $345.00 |
| 01.09.2025 | Bryan J. Hall | B190 Other Contested Matters (excluding assumption/rejection motions) | Research and review case law for Hild adversary proceeding | 1.00 | $575.00 | $575.00 |
| 01.09.2025 | Bryan J. Hall | B190 Other Contested Matters (excluding assumption/rejection motions) | Two calls with W. Homony regarding Hild adversary proceeding | 0.40 | $575.00 | $230.00 |
| 01.09.2025 | Bryan J. Hall | B190 Other Contested Matters (excluding assumption/rejection motions) | Telephone call with M. Silberfarb and J. Sheen regarding expert discovery | 0.20 | $575.00 | $115.00 |
| 01.15.2025 | Bryan J. Hall | B190 Other Contested Matters (excluding assumption/rejection motions) | Review Third Circuit decision for Hild adversary proceeding | 0.30 | $575.00 | $172.50 |
| 01.15.2025 | Bryan J. Hall | B190 Other Contested Matters (excluding assumption/rejection motions) | Telephone call with W. Homony regarding expert discovery | 0.10 | $575.00 | $57.50 |
| 01.21.2025 | Bryan J. Hall | B190 Other Contested Matters (excluding assumption/rejection motions) | Telephone call with W. Homony regarding expert discovery | 0.10 | $575.00 | $57.50 |
| 01.23.2025 | Bryan J. Hall | B190 Other Contested Matters (excluding assumption/rejection motions) | Telephone call with W. Homony regarding Hild adversary proceeding | 0.30 | $575.00 | $172.50 |
| 01.23.2025 | Bryan J. Hall | B190 Other Contested Matters (excluding assumption/rejection motions) | Email exchange with J. Sheen regarding Hild adversary proceeding | 0.20 | $575.00 | $115.00 |
| 01.29.2025 | Bryan J. Hall | B190 Other Contested Matters (excluding assumption/rejection motions) | Telephone call with W. Homony regarding Hild adversary proceeding | 0.80 | $575.00 | $460.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Chipman Brown Cicero Cole, LLP<br>November 1, 2024 through September 30, 2025 | | | TIME DETAIL | | | Invoice No. 20203<br>Dated: November 14, 2025 |

| Date | Professional | Activity | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 01.29.2025 | Bryan J. Hall | B190 Other Contested Matters (excluding assumption/rejection motions) | Review and follow-up on discovery matters and related emails | 0.20 | $575.00 | $115.00 |
| 01.30.2025 | Bryan J. Hall | B190 Other Contested Matters (excluding assumption/rejection motions) | Telephone call with W. Homony, M. Silberfarb and J. Sheen regarding Hild adversary proceeding | 0.70 | $575.00 | $402.50 |
| 01.30.2025 | Bryan J. Hall | B190 Other Contested Matters (excluding assumption/rejection motions) | Telephone call with W. Homony regarding Hild adversary proceeding | 0.30 | $575.00 | $172.50 |
| 02.04.2025 | Bryan J. Hall | B190 Other Contested Matters (excluding assumption/rejection motions) | Telephone call with G. Schwegmann regarding Wedbush litigation | 0.20 | $575.00 | $115.00 |
| 02.04.2025 | Bryan J. Hall | B190 Other Contested Matters (excluding assumption/rejection motions) | Research and respond to G. Schwegmann regarding potential deponents | 0.10 | $575.00 | $57.50 |
| 02.05.2025 | Bryan J. Hall | B190 Other Contested Matters (excluding assumption/rejection motions) | Telephone call with W. Homony regarding expert discovery | 0.30 | $575.00 | $172.50 |
| 02.05.2025 | Bryan J. Hall | B190 Other Contested Matters (excluding assumption/rejection motions) | Review files and respond to W. Homony regarding Hild adversary proceeding | 0.40 | $575.00 | $230.00 |
| 02.06.2025 | Bryan J. Hall | B190 Other Contested Matters (excluding assumption/rejection motions) | Review draft expert report | 0.50 | $575.00 | $287.50 |
| 02.10.2025 | Bryan J. Hall | B190 Other Contested Matters (excluding assumption/rejection motions) | Telephone call with M. Silberfarb regarding expert discovery | 0.10 | $575.00 | $57.50 |
| 02.10.2025 | Bryan J. Hall | B190 Other Contested Matters (excluding assumption/rejection motions) | Review and comment on draft expert report | 1.20 | $575.00 | $690.00 |
| 02.10.2025 | Bryan J. Hall | B190 Other Contested Matters (excluding assumption/rejection motions) | Telephone call with W. Homony regarding expert discovery | 0.20 | $575.00 | $115.00 |
| 02.10.2025 | Bryan J. Hall | B190 Other Contested Matters (excluding assumption/rejection motions) | Review and respond to emails regarding case | 0.10 | $575.00 | $57.50 |
| 02.11.2025 | Bryan J. Hall | B190 Other Contested Matters (excluding assumption/rejection motions) | Telephone call with W. Homony regarding expert discovery | 0.20 | $575.00 | $115.00 |

Chipman Brown Cicero Cole, LLP
November 1, 2024 through September 30, 2025

TIME DETAIL

Invoice No. 20203
Dated: November 14, 2025

| Date | Professional | Activity | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 02.11.2025 | Bryan J. Hall | B190 Other Contested Matters (excluding assumption/rejection motions) | Review and respond to emails regarding pending litigation matters | 0.10 | $575.00 | $57.50 |
| 02.12.2025 | Bryan J. Hall | B190 Other Contested Matters (excluding assumption/rejection motions) | Telephone call with Trustee regarding case and pending litigation matters | 0.30 | $575.00 | $172.50 |
| 02.12.2025 | Bryan J. Hall | B190 Other Contested Matters (excluding assumption/rejection motions) | Review and respond to emails regarding pending litigation matters | 0.10 | $575.00 | $57.50 |
| 03.07.2025 | Bryan J. Hall | B190 Other Contested Matters (excluding assumption/rejection motions) | Review and follow-up regarding draft report | 1.00 | $575.00 | $575.00 |
| 03.10.2025 | Bryan J. Hall | B190 Other Contested Matters (excluding assumption/rejection motions) | Review and circulate expert report | 0.50 | $575.00 | $287.50 |
| 03.11.2025 | Bryan J. Hall | B190 Other Contested Matters (excluding assumption/rejection motions) | Telephone call with Trustee regarding litigation matters | 0.20 | $575.00 | $115.00 |
| 03.17.2025 | Bryan J. Hall | B190 Other Contested Matters (excluding assumption/rejection motions) | Telephone call with M. Silberfarb regarding expert discovery | 0.30 | $575.00 | $172.50 |
| 03.17.2025 | Bryan J. Hall | B190 Other Contested Matters (excluding assumption/rejection motions) | Email W. Homony regarding expert discovery | 0.10 | $575.00 | $57.50 |
| 03.17.2025 | Bryan J. Hall | B190 Other Contested Matters (excluding assumption/rejection motions) | Telephone call with the Trustee regarding expert discovery | 0.20 | $575.00 | $115.00 |
| 03.18.2025 | Bryan J. Hall | B190 Other Contested Matters (excluding assumption/rejection motions) | Follow-up on expert discovery | 0.20 | $575.00 | $115.00 |
| 03.18.2025 | Bryan J. Hall | B190 Other Contested Matters (excluding assumption/rejection motions) | Review expert reports | 1.00 | $575.00 | $575.00 |
| 03.18.2025 | Bryan J. Hall | B190 Other Contested Matters (excluding assumption/rejection motions) | Continue review of expert reports | 1.50 | $575.00 | $862.50 |
| 03.19.2025 | Bryan J. Hall | B190 Other Contested Matters (excluding assumption/rejection motions) | Telephone call with M. Silberfarb regarding expert discovery | 0.10 | $575.00 | $57.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Chipman Brown Cicero Cole, LLP<br>November 1, 2024 through September 30, 2025 | | | TIME DETAIL | | Invoice No. 20203<br>Dated: November 14, 2025 | |

| Date | Professional | Activity | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 04.01.2025 | Bryan J. Hall | B190 Other Contested Matters (excluding assumption/rejection motions) | Email M. Silberfarb and J. Williams regarding expert discovery | 0.10 | $575.00 | $57.50 |
| 04.08.2025 | Bryan J. Hall | B190 Other Contested Matters (excluding assumption/rejection motions) | Review and respond to emails regarding expert discovery | 0.10 | $575.00 | $57.50 |
| 04.18.2025 | Bryan J. Hall | B190 Other Contested Matters (excluding assumption/rejection motions) | Review emails regarding Hild adversary proceeding | 0.20 | $575.00 | $115.00 |
| 04.21.2025 | Bryan J. Hall | B190 Other Contested Matters (excluding assumption/rejection motions) | Review and respond to numerous emails regarding Hild litigation | 0.30 | $575.00 | $172.50 |
| 04.21.2025 | Bryan J. Hall | B190 Other Contested Matters (excluding assumption/rejection motions) | Telephone call with S. Tarr and M. Silberfarb (in part) regarding Hild adversary proceeding (.4); Review motion to withdraw (.1) | 0.50 | $575.00 | $287.50 |
| 04.21.2025 | Bryan J. Hall | B190 Other Contested Matters (excluding assumption/rejection motions) | Review and comment on draft letter to the Court | 0.10 | $575.00 | $57.50 |
| 04.21.2025 | Bryan J. Hall | B190 Other Contested Matters (excluding assumption/rejection motions) | Telephone calls with M. Silberfarb and S. Tarr regarding Hild adversary proceeding | 0.20 | $575.00 | $115.00 |
| 04.22.2025 | Bryan J. Hall | B190 Other Contested Matters (excluding assumption/rejection motions) | Analyze and follow-up regarding Hild adversary proceeding and related emails | 0.30 | $575.00 | $172.50 |
| 04.22.2025 | Bryan J. Hall | B190 Other Contested Matters (excluding assumption/rejection motions) | Telephone call with W. Homony regarding case | 0.10 | $575.00 | $57.50 |
| 05.07.2025 | Bryan J. Hall | B190 Other Contested Matters (excluding assumption/rejection motions) | Discuss Hild litigation with S. Tarr | 0.50 | $575.00 | $287.50 |
| 05.07.2025 | Bryan J. Hall | B190 Other Contested Matters (excluding assumption/rejection motions) | Review motion papers and exhibits | 1.80 | $575.00 | $1,035.00 |
| 05.12.2025 | Bryan J. Hall | B190 Other Contested Matters (excluding assumption/rejection motions) | Review and respond to emails regarding Hild adversary proceeding | 0.10 | $575.00 | $57.50 |
| 05.13.2025 | Bryan J. Hall | B190 Other Contested Matters (excluding assumption/rejection motions) | Review and respond to emails from S. Tarr and R. Nowitz regarding case | 0.10 | $575.00 | $57.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Chipman Brown Cicero Cole, LLP | | | TIME DETAIL | | | Invoice No. 20203 |
| November 1, 2024 through September 30, 2025 | | | | | | Dated: November 14, 2025 |

| Date | Professional | Activity | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 05.14.2025 | Bryan J. Hall | B190 Other Contested Matters (excluding assumption/rejection motions) | Review recent developments and emails regarding adversary proceeding and prepare for call | 0.30 | $575.00 | $172.50 |
| 05.14.2025 | Bryan J. Hall | B190 Other Contested Matters (excluding assumption/rejection motions) | Telephone call with S. Tarr and M. Silberfarb (part) regarding Hild adversary proceeding | 0.50 | $575.00 | $287.50 |
| 05.19.2025 | Bryan J. Hall | B190 Other Contested Matters (excluding assumption/rejection motions) | Review and respond to S. Tarr regarding Hild adversary proceeding | 0.20 | $575.00 | $115.00 |
| 05.20.2025 | Bryan J. Hall | B190 Other Contested Matters (excluding assumption/rejection motions) | Telephone call with S. Tarr M. Silberfarb and M. Schaedle (part) regarding Hild adversary proceeding | 1.00 | $575.00 | $575.00 |
| 05.20.2025 | Bryan J. Hall | B190 Other Contested Matters (excluding assumption/rejection motions) | Review and respond to emails regarding Hild litigation | 0.10 | $575.00 | $57.50 |
| 05.23.2025 | Bryan J. Hall | B190 Other Contested Matters (excluding assumption/rejection motions) | Telephone call with Celink regarding DIRA claim (.1) and email to Trustee regarding same (.1) | 0.20 | $575.00 | $115.00 |
| 05.23.2025 | Bryan J. Hall | B190 Other Contested Matters (excluding assumption/rejection motions) | Review and respond to emails regarding Hild litigation | 0.10 | $575.00 | $57.50 |
| 05.27.2025 | Bryan J. Hall | B190 Other Contested Matters (excluding assumption/rejection motions) | Review Hilds' *pro se* motion (.2); Emails (.1) and telephone call (.2) with S. Tarr and M. Silberfarb regarding response | 0.50 | $575.00 | $287.50 |
| 05.28.2025 | Bryan J. Hall | B190 Other Contested Matters (excluding assumption/rejection motions) | Review and compile documents for discovery request | 0.70 | $575.00 | $402.50 |
| 05.28.2025 | Bryan J. Hall | B190 Other Contested Matters (excluding assumption/rejection motions) | Telephone call with G. Schwegmann regarding Wedbush adversary proceeding | 0.40 | $575.00 | $230.00 |
| 05.30.2025 | Bryan J. Hall | B190 Other Contested Matters (excluding assumption/rejection motions) | Review and compile documents and email G. Schwegmann regarding same | 0.50 | $575.00 | $287.50 |
| 06.02.2025 | Bryan J. Hall | B190 Other Contested Matters (excluding assumption/rejection motions) | Email exchange with S. Tarr regarding Hild adversary proceeding | 0.20 | $575.00 | $115.00 |
| 06.03.2025 | Bryan J. Hall | B190 Other Contested Matters (excluding assumption/rejection motions) | Research and comment on draft letter | 0.50 | $575.00 | $287.50 |

Chipman Brown Cicero Cole, LLP  
November 1, 2024 through September 30, 2025

TIME DETAIL

Invoice No. 20203  
Dated: November 14, 2025

| Date | Professional | Activity | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 06.04.2025 | Bryan J. Hall | B190 Other Contested Matters (excluding assumption/rejection motions) | Review email from C. Jones regarding request for Debtor records | 0.10 | $575.00 | $57.50 |
| 06.04.2025 | Bryan J. Hall | B190 Other Contested Matters (excluding assumption/rejection motions) | Telephone call with S. Tarr regarding Hild adversary proceeding | 0.30 | $575.00 | $172.50 |
| 06.09.2025 | Bryan J. Hall | B190 Other Contested Matters (excluding assumption/rejection motions) | Meet with Trustee regarding case | 0.30 | $575.00 | $172.50 |
| 06.09.2025 | Bryan J. Hall | B190 Other Contested Matters (excluding assumption/rejection motions) | Discuss case with the Trustee | 0.10 | $575.00 | $57.50 |
| 06.10.2025 | Bryan J. Hall | B190 Other Contested Matters (excluding assumption/rejection motions) | Discuss Wedbush litigation with D. Carickhoff and G. Schwegmann | 0.20 | $575.00 | $115.00 |
| 06.23.2025 | Bryan J. Hall | B190 Other Contested Matters (excluding assumption/rejection motions) | Review and respond to emails regarding litigation matters | 0.10 | $575.00 | $57.50 |
| 07.02.2025 | Bryan J. Hall | B190 Other Contested Matters (excluding assumption/rejection motions) | Review and respond to emails regarding Hild adversary proceeding | 0.10 | $575.00 | $57.50 |
| 07.03.2025 | Bryan J. Hall | B190 Other Contested Matters (excluding assumption/rejection motions) | Two calls with A. Simone in Judge Meisel's chambers regarding scheduling initial call regarding mediation and follow-up emails with chambers and Blank Rome | 0.20 | $575.00 | $115.00 |
| 07.03.2025 | Bryan J. Hall | B190 Other Contested Matters (excluding assumption/rejection motions) | Review report from G. Schwegmann regarding litigation | 0.10 | $575.00 | $57.50 |
| 07.10.2025 | Bryan J. Hall | B190 Other Contested Matters (excluding assumption/rejection motions) | Telephone call with S. Tarr regarding mediation call and litigation matters | 0.30 | $575.00 | $172.50 |
| 07.10.2025 | Bryan J. Hall | B190 Other Contested Matters (excluding assumption/rejection motions) | Participate in mediation scheduling conference with Judge Meisel  M. Silberfarb and S. Tarr | 0.70 | $575.00 | $402.50 |
| 07.10.2025 | Bryan J. Hall | B190 Other Contested Matters (excluding assumption/rejection motions) | Telephone call with Trustee regarding mediation | 0.10 | $575.00 | $57.50 |
| 07.18.2025 | Bryan J. Hall | B190 Other Contested Matters (excluding assumption/rejection motions) | Emails with S. Tarr and the Trustee regarding Hild mediation | 0.20 | $575.00 | $115.00 |

Chipman Brown Cicero Cole, LLP　　　　　　　　　　TIME DETAIL　　　　　　　　　　Invoice No. 20203
November 1, 2024 through September 30, 2025　　　　　　　　　　　　　　　　　　　Dated: November 14, 2025

| Date | Professional | Activity | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 07.21.2025 | Bryan J. Hall | B190 Other Contested Matters (excluding assumption/rejection motions) | Meet with Trustee regarding case and pending adversary proceedings | 0.30 | $575.00 | $172.50 |
| 07.21.2025 | Bryan J. Hall | B190 Other Contested Matters (excluding assumption/rejection motions) | Telephone call with S. Tarr regarding mediation (.3) and follow-up email regarding same (.2) | 0.50 | $575.00 | $287.50 |
| 07.22.2025 | Bryan J. Hall | B190 Other Contested Matters (excluding assumption/rejection motions) | Review objection to Wedbush motion to compel joinder review case law and revise draft objection | 1.80 | $575.00 | $1,035.00 |
| 07.22.2025 | Bryan J. Hall | B190 Other Contested Matters (excluding assumption/rejection motions) | Telephone call with G. Schwegmann regarding objection to Wedbush motion to compel joinder | 0.40 | $575.00 | $230.00 |
| 07.22.2025 | Bryan J. Hall | B190 Other Contested Matters (excluding assumption/rejection motions) | Review Hild letter to the Court | 0.10 | $575.00 | $57.50 |
| 07.22.2025 | Bryan J. Hall | B190 Other Contested Matters (excluding assumption/rejection motions) | Research and review potential remedies | 0.30 | $575.00 | $172.50 |
| 07.23.2025 | Bryan J. Hall | B190 Other Contested Matters (excluding assumption/rejection motions) | Review and follow-up on SEC letter | 0.20 | $575.00 | $115.00 |
| 07.23.2025 | Bryan J. Hall | B190 Other Contested Matters (excluding assumption/rejection motions) | Telephone call with S. Tarr regarding Hild adversary proceeding | 0.10 | $575.00 | $57.50 |
| 07.28.2025 | Bryan J. Hall | B190 Other Contested Matters (excluding assumption/rejection motions) | Telephone call with M. Silberfarb regarding Hild adversary proceeding | 0.20 | $575.00 | $115.00 |
| 07.28.2025 | Bryan J. Hall | B190 Other Contested Matters (excluding assumption/rejection motions) | Telephone call with S. Tarr regarding Hild adversary proceeding | 0.10 | $575.00 | $57.50 |
| 07.28.2025 | Bryan J. Hall | B190 Other Contested Matters (excluding assumption/rejection motions) | Review and follow-up on Hild *pro se* motion | 0.20 | $575.00 | $115.00 |
| 07.29.2025 | Bryan J. Hall | B190 Other Contested Matters (excluding assumption/rejection motions) | Telephone call with R. Chappell, counsel to VACU, regarding case | 1.00 | $575.00 | $575.00 |
| 07.29.2025 | Bryan J. Hall | B190 Other Contested Matters (excluding assumption/rejection motions) | Draft email to M. Schaedle, M. Silberfarb and S. Tarr regarding call with VACU | 0.20 | $575.00 | $115.00 |

| Chipman Brown Cicero Cole, LLP | TIME DETAIL | Invoice No. 20203 |
|---|---|---|
| November 1, 2024 through September 30, 2025 | | Dated: November 14, 2025 |

| Date | Professional | Activity | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 07.30.2025 | Bryan J. Hall | B190 Other Contested Matters (excluding assumption/rejection motions) | Analyze Second Circuit decision and order in criminal case (.8) and related emails (.2) | 1.00 | $575.00 | $575.00 |
| 08.04.2025 | Bryan J. Hall | B190 Other Contested Matters (excluding assumption/rejection motions) | Telephone call with R. Chappell, counsel to VACU | 0.30 | $575.00 | $172.50 |
| 08.04.2025 | Bryan J. Hall | B190 Other Contested Matters (excluding assumption/rejection motions) | Email Blank Rome team regarding Hild adversary proceeding | 0.20 | $575.00 | $115.00 |
| 08.05.2025 | Bryan J. Hall | B190 Other Contested Matters (excluding assumption/rejection motions) | Telephone call with S. Tarr regarding mediation and Hild adversary proceeding | 0.50 | $575.00 | $287.50 |
| 08.05.2025 | Bryan J. Hall | B190 Other Contested Matters (excluding assumption/rejection motions) | Telephone call with J. Poluka, S. Tarr, G. Schwegmann and M. Schaedle regarding Hild adversary proceeding | 0.50 | $575.00 | $287.50 |
| 08.05.2025 | Bryan J. Hall | B190 Other Contested Matters (excluding assumption/rejection motions) | Review updated draft objection to Wedbush joinder motion | 0.10 | $575.00 | $57.50 |
| 08.11.2025 | Bryan J. Hall | B190 Other Contested Matters (excluding assumption/rejection motions) | Review docket and prepare for call with AUSA | 0.30 | $575.00 | $172.50 |
| 08.11.2025 | Bryan J. Hall | B190 Other Contested Matters (excluding assumption/rejection motions) | Telephone call with M. Lynaugh and J. Poluka regarding criminal case | 0.40 | $575.00 | $230.00 |
| 08.11.2025 | Bryan J. Hall | B190 Other Contested Matters (excluding assumption/rejection motions) | Review and respond to emails regarding case | 0.20 | $575.00 | $115.00 |
| 08.12.2025 | Bryan J. Hall | B190 Other Contested Matters (excluding assumption/rejection motions) | Telephone call with R. Chappell, counsel to VACU | 0.60 | $575.00 | $345.00 |
| 08.12.2025 | Bryan J. Hall | B190 Other Contested Matters (excluding assumption/rejection motions) | Email to M. Schaedle and S. Tarr regarding call from VACU | 0.20 | $575.00 | $115.00 |
| 08.12.2025 | Bryan J. Hall | B190 Other Contested Matters (excluding assumption/rejection motions) | Review documents regarding Hild adversary proceeding | 0.50 | $575.00 | $287.50 |
| 08.13.2025 | Bryan J. Hall | B190 Other Contested Matters (excluding assumption/rejection motions) | Review and comment on draft mediation statement (.8); Review and respond to related emails (.2) | 1.00 | $575.00 | $575.00 |

Chipman Brown Cicero Cole, LLP  
November 1, 2024 through September 30, 2025

TIME DETAIL

Invoice No. 20203  
Dated: November 14, 2025

| Date | Professional | Activity | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 08.14.2025 | Bryan J. Hall | B190 Other Contested Matters (excluding assumption/rejection motions) | Discuss mediation with Trustee | 0.30 | $575.00 | $172.50 |
| 08.14.2025 | Bryan J. Hall | B190 Other Contested Matters (excluding assumption/rejection motions) | Telephone call with S. Tarr regarding mediation statement | 0.10 | $575.00 | $57.50 |
| 08.14.2025 | Bryan J. Hall | B190 Other Contested Matters (excluding assumption/rejection motions) | Review and comment on draft mediation statement | 0.30 | $575.00 | $172.50 |
| 08.21.2025 | Bryan J. Hall | B190 Other Contested Matters (excluding assumption/rejection motions) | Telephone call with S. Tarr and M. Silberfarb regarding Hild adversary proceeding | 0.20 | $575.00 | $115.00 |
| 08.21.2025 | Bryan J. Hall | B190 Other Contested Matters (excluding assumption/rejection motions) | Review and respond to emails regarding Hild adversary proceeding | 0.20 | $575.00 | $115.00 |
| 08.25.2025 | Bryan J. Hall | B190 Other Contested Matters (excluding assumption/rejection motions) | Review and comment on draft letter to the Court | 0.20 | $575.00 | $115.00 |
| 08.26.2025 | Bryan J. Hall | B190 Other Contested Matters (excluding assumption/rejection motions) | Review filings regarding Hild adversary proceeding | 0.10 | $575.00 | $57.50 |
| 08.27.2025 | Bryan J. Hall | B190 Other Contested Matters (excluding assumption/rejection motions) | Telephone call and emails regarding Hild adversary proceeding | 0.20 | $575.00 | $115.00 |
| 08.28.2025 | Bryan J. Hall | B190 Other Contested Matters (excluding assumption/rejection motions) | Telephone call with J. Poluka regarding case | 0.10 | $575.00 | $57.50 |
| 08.28.2025 | Bryan J. Hall | B190 Other Contested Matters (excluding assumption/rejection motions) | Review emails regarding Hild adversary proceeding | 0.10 | $575.00 | $57.50 |
| 08.29.2025 | Bryan J. Hall | B190 Other Contested Matters (excluding assumption/rejection motions) | Review and respond to emails regarding Hild adversary proceeding | 0.10 | $575.00 | $57.50 |
| 08.29.2025 | Bryan J. Hall | B190 Other Contested Matters (excluding assumption/rejection motions) | Telephone call with R. Chappell, counsel to VACU | 0.30 | $575.00 | $172.50 |
| 09.15.2025 | Bryan J. Hall | B190 Other Contested Matters (excluding assumption/rejection motions) | Research and respond to G. Schwegmann regarding Rohr settlement | 0.20 | $575.00 | $115.00 |

**Chipman Brown Cicero Cole, LLP**  
November 1, 2024 through September 30, 2025

TIME DETAIL

Invoice No. 20203  
Dated: November 14, 2025

| Date | Professional | Activity | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 09.22.2025 | Bryan J. Hall | B190 Other Contested Matters (excluding assumption/rejection motions) | Review and respond to emails regarding Hild adversary proceeding | 0.20 | $575.00 | $115.00 |
| 09.23.2025 | Bryan J. Hall | B190 Other Contested Matters (excluding assumption/rejection motions) | Review and respond to emails regarding case | 0.20 | $575.00 | $115.00 |
| 09.25.2025 | Bryan J. Hall | B190 Other Contested Matters (excluding assumption/rejection motions) | Review case status and prepare for call | 0.50 | $575.00 | $287.50 |
| 09.25.2025 | Bryan J. Hall | B190 Other Contested Matters (excluding assumption/rejection motions) | Telephone call with S. Tarr regarding case and Hild adversary proceeding | 0.30 | $575.00 | $172.50 |
| 09.25.2025 | Bryan J. Hall | B190 Other Contested Matters (excluding assumption/rejection motions) | Telephone call with M. Silberfarb regarding Hild adversary proceeding | 0.30 | $575.00 | $172.50 |
| | | | **B190 TOTAL:** | **64.50** | | **$35,831.50** |
| 01.08.2025 | Bryan J. Hall | B195 Non-Working Travel | Nonworking travel to Philadelphia to meet with W. Homony regarding Hild adversary proceeding (one half of total time) | 0.50 | $575.00 | $287.50 |
| | | | **B195 TOTAL:** | **0.50** | | **$287.50** |
| | | | **TOTAL FEES FOR NOVEMBER 1, 2024 THROUGH SEPTEMBER 30, 2025:** | **79.30** | | **$42,802.00** |

**Chipman Brown Cicero Cole, LLP**  
**November 1, 2024 through September 30, 2025**

EXPENSE SUMMARY

Invoice No. 20203  
Dated: November 14, 2025

| Date | Activity | Description | Expense |
|---|---|---|---|
| 01.09.2025 | E106 Online Research | PACER (10.01.2024 to 12.31.2024) | $25.80 |
| 09.24.2025 | E106 Online Research | PACER (01.01.2025 to 03.31.2025) | $0.40 |
| 09.25.2025 | E106 Online Research | PACER (04.01.2025 to 06.30.2025) | $23.40 |
| | | E106 TOTAL: | $49.60 |
| 12.11.2024 | E107 Delivery Services/Messengers | FedEx Shipping (Invoice No. 8-714-02744) | $55.98 |
| 07.01.2025 | E107 Delivery Services/Messengers | FedEx Shipping (Invoice No. 8-910-60557) | $40.86 |
| | | E107 TOTAL: | $96.84 |
| 04.11.2025 | E108 Postage | Postage | $2.91 |
| | | | $2.91 |
| | | **TOTAL EXPENSES FOR NOVEMBER 1, 2024 THROUGH SEPTEMBER 30, 2025:** | $149.35 |