**Exhibit A**

Fees Incurred During the Application Period

**Work Product**

# SOLIC

425 W New England Ave., Suite 300
Winter Park, FL 32789

October 20, 2025

Live Well Financial, Inc.
300 Delaware Avenue, Suite 300
Wilmington, DE 19801

**Invoice Number: 4210**
Invoice Period: 11-01-2024 - 09-30-2025

**RE: Live Well Financial**

| | |
|---|---:|
| Fees for the Period November 1, 2024 through September 30, 2025 | 267,653.00 |
| Total for this Invoice | 267,653.00 |

# Work Product



**SOLIC Capital Advisors**
425 W New England Ave., Suite 300
Winter Park, FL 32789

October 20, 2025

**Invoice Number: 4210**
Invoice Period: 11-01-2024 - 09-30-2025

## Time Details

| Date | Staff Member | Activity | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11-05-2024 | Raoul Nowitz | RCT/Cont. Counsel Lit. Support | 0.50 | 1,025.00 | 512.50 |
| | | Attention to additional review of select analyses in light of upcoming call with team on same | | | |
| 11-06-2024 | Neil Luria | Preference / Other Lit. Claims Review, Analysis & Negotiation | 0.60 | 1,245.00 | 747.00 |
| | | Review of draft analyses as directed by counsel | | | |
| 11-06-2024 | Jennifer Sheen | Preference / Other Lit. Claims Review, Analysis & Negotiation | 0.90 | 685.00 | 616.50 |
| | | Attention to: Continued review of draft analyses, as directed by counsel Call with R. Nowitz regarding same | | | |
| 11-06-2024 | Raoul Nowitz | RCT/Cont. Counsel Lit. Support | 0.50 | 1,025.00 | 512.50 |
| | | Attendance on call with team to discuss draft analyses | | | |
| 11-08-2024 | Jennifer Sheen | Preference / Other Lit. Claims Review, Analysis & Negotiation | 0.90 | 685.00 | 616.50 |
| | | Attention to: Review updated analyses and correspondence with counsel regarding same | | | |
| 11-08-2024 | Jennifer Sheen | Comm. w/ Trustee or Professionals | 0.50 | 685.00 | 342.50 |
| | | Attention to: Call with counsel regarding draft analyses including additional review thoughts | | | |
| 11-08-2024 | Raoul Nowitz | Preference / Other Lit. Claims Review, Analysis & Negotiation | 1.50 | 1,025.00 | 1,537.50 |
| | | Attention to review of backup materials on analyses as draft received from counsel and related ahead of call with counsel | | | |
| 11-08-2024 | Raoul Nowitz | Comm. w/ Trustee or Professionals | 0.50 | 1,025.00 | 512.50 |
| | | Attendance on call with counsel and parties associated with select draft analyses and next steps | | | |
| 11-11-2024 | Raoul Nowitz | Preference / Other Lit. Claims Review, Analysis & Negotiation | 1.50 | 1,025.00 | 1,537.50 |
| | | Attention to additional review and diligence research based on draft analyses, as directed by counsel | | | |
| 11-11-2024 | Raoul Nowitz | Preference / Other Lit. Claims Review, Analysis & Negotiation | 1.30 | 1,025.00 | 1,332.50 |
| | | Attention to further review of draft analyses for inclusion of initial comments for counsel; distribution of email to counsel with cover note | | | |
| 11-12-2024 | Raoul Nowitz | Comm. w/ Trustee or Professionals | 0.50 | 1,025.00 | 512.50 |
| | | Attendance on call with Blank Rome, Reid, Collins & Tsai and expert associated with draft analysis | | | |

# Work Product

| Date | Name | Category | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11-12-2024 | Raoul Nowitz | RCT/Cont. Counsel Lit. Support | 0.50 | 1,025.00 | 512.50 |
| | | Attention to post-call team discussion, review and follow-up | | | |
| 11-12-2024 | Jennifer Sheen | Comm. w/ Trustee or Professionals | 1.00 | 685.00 | 685.00 |
| | | Attention to: Call with counsel regarding updated draft analyses and next steps | | | |
| 11-12-2024 | Jennifer Sheen | Preference / Other Lit. Claims Review, Analysis & Negotiation | 2.80 | 685.00 | 1,918.00 |
| | | Attention to: Review of updated draft analysis and supporting files and correspondence related to same, as directed by counsel | | | |
| 11-13-2024 | Jennifer Sheen | Comm. w/ Trustee or Professionals | 1.30 | 685.00 | 890.50 |
| | | Attention to: Call with counsel regarding draft analysis and follow up research | | | |
| 11-13-2024 | Raoul Nowitz | Comm. w/ Trustee or Professionals | 0.70 | 1,025.00 | 717.50 |
| | | Attendance on call with counsel and related to discuss draft expert analyses key findings and related analyses backup | | | |
| 11-13-2024 | Raoul Nowitz | Preference / Other Lit. Claims Review, Analysis & Negotiation | 0.80 | 1,025.00 | 820.00 |
| | | Attention to review of support diligence ahead of call with counsel on draft analysis | | | |
| 11-13-2024 | Raoul Nowitz | Preference / Other Lit. Claims Review, Analysis & Negotiation | 2.30 | 1,025.00 | 2,357.50 |
| | | Attention to review of accounting treatment elements associated with discussions with draft analysis, as directed by counsel. Review of accounting elements discussions with team on same and follow-up | | | |
| 11-14-2024 | Neil Luria | Preference / Other Lit. Claims Review, Analysis & Negotiation | 0.40 | 1,245.00 | 498.00 |
| | | Attention to additional review of draft report and providing comments thereon, as directed by counsel | | | |
| 11-14-2024 | Raoul Nowitz | Comm. w/ Trustee or Professionals | 0.50 | 1,025.00 | 512.50 |
| | | Attendance on call with counsel and related on draft valuation; post-call follow-up with counsel. | | | |
| 11-14-2024 | Raoul Nowitz | RCT/Cont. Counsel Lit. Support | 0.50 | 1,025.00 | 512.50 |
| | | Attention to further review of updated draft analysis key findings; communications with counsel on same; draft and distribution of email to counsel | | | |
| 11-14-2024 | Raoul Nowitz | Court Hearings / Fee Apps / Court Filings to Review | 2.80 | 1,025.00 | 2,870.00 |
| | | Attention to initial drafting of fee app and related schedules for filing of 10th interim fee app | | | |
| 11-14-2024 | Jennifer Sheen | Preference / Other Lit. Claims Review, Analysis & Negotiation | 1.20 | 685.00 | 822.00 |
| | | Attention to: Read analyses including confirmation of figures, as directed by counsel | | | |
| 11-15-2024 | Raoul Nowitz | Comm. w/ Trustee or Professionals | 1.20 | 1,025.00 | 1,230.00 |
| | | Attention to select calls with counsel and team associated with latest review of draft analysis, as directed by counsel, and potential next steps; follow-up. Discussions on additional requirements analysis | | | |
| 11-15-2024 | Jennifer Sheen | Preference / Other Lit. Claims Review, Analysis & Negotiation | 1.40 | 685.00 | 959.00 |
| | | Attention to: Continued review and analysis of updated draft summary; Calls with R. Nowitz and counsel regarding findings | | | |
| 11-16-2024 | Raoul Nowitz | Court Hearings / Fee Apps / Court Filings to Review | 3.10 | 1,025.00 | 3,177.50 |

# Work Product

| Date | Professional | Category | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | Attention to additional fee app drafting | | | |
| 11-17-2024 | Raoul Nowitz | Court Hearings / Fee Apps / Court Filings to Review | 1.80 | 1,025.00 | 1,845.00 |
| | | Attention to additional revisions and updating as discussed with SOLIC accounting dept. on the 10th interim fee app for upcoming submission | | | |
| 11-17-2024 | Neil Luria | Court Hearings / Fee Apps / Court Filings to Review | 0.40 | 1,245.00 | 498.00 |
| | | Attention to review of SOLIC's 10th Interim Fee Application | | | |
| 11-17-2024 | Jennifer Sheen | Preference / Other Lit. Claims Review, Analysis & Negotiation | 0.70 | 685.00 | 479.50 |
| | | Attention to: Correspondence regarding draft analysis and information observations, as directed by counsel | | | |
| 11-17-2024 | Raoul Nowitz | RCT/Cont. Counsel Lit. Support | 1.10 | 1,025.00 | 1,127.50 |
| | | Attention to further review of support files as shared with team on key elements of review associated with draft report findings, including draft of email to team ahead of preparation for upcoming review call with counsel and related; follow-up | | | |
| 11-18-2024 | Jennifer Sheen | Comm. w/ Trustee or Professionals | 1.90 | 685.00 | 1,301.50 |
| | | Attention to: Call with counsel updated analysis and available information; Calls with R. Nowitz regarding bond analysis and follow up matters for review on key draft analysis, as directed by counsel | | | |
| 11-18-2024 | Jennifer Sheen | Preference / Other Lit. Claims Review, Analysis & Negotiation | 2.40 | 685.00 | 1,644.00 |
| | | Attention to: Further review of draft calculations and re-perform calculations, as directed by counsel; assess sensitivity analysis related to various inputs | | | |
| 11-18-2024 | Raoul Nowitz | RCT/Cont. Counsel Lit. Support | 1.00 | 1,025.00 | 1,025.00 |
| | | Attendance on call with counsel and related on element associated with draft perspectives | | | |
| 11-18-2024 | Raoul Nowitz | RCT/Cont. Counsel Lit. Support | 0.50 | 1,025.00 | 512.50 |
| | | Attention to further review of draft analyses key elements, as directed by counsel. and discussion with team on same | | | |
| 11-18-2024 | Raoul Nowitz | Court Hearings / Fee Apps / Court Filings to Review | 1.40 | 1,025.00 | 1,435.00 |
| | | Attention to further revisions and updating of 10th interim Fee App draft as discussed with team | | | |
| 11-18-2024 | Raoul Nowitz | RCT/Cont. Counsel Lit. Support | 0.80 | 1,025.00 | 820.00 |
| | | Attention to further review of latest update draft analysis with team; discussion with team on same | | | |
| 11-18-2024 | Raoul Nowitz | RCT/Cont. Counsel Lit. Support | 0.50 | 1,025.00 | 512.50 |
| | | Attention to additional communications with team on elements associated with review of draft model review | | | |
| 11-18-2024 | Raoul Nowitz | RCT/Cont. Counsel Lit. Support | 0.60 | 1,025.00 | 615.00 |
| | | Attention to review of additional analysis assessed by team | | | |
| 11-19-2024 | Raoul Nowitz | RCT/Cont. Counsel Lit. Support | 0.50 | 1,025.00 | 512.50 |
| | | Attention to review of materials shared by team members on draft analysis; discussion with team ahead of call with counsel on same | | | |
| 11-19-2024 | Raoul Nowitz | Preference / Other Lit. Claims Review, Analysis & Negotiation | 0.50 | 1,025.00 | 512.50 |
| | | Attendance on call with Reid, Collins & Tsai, Blank Rome and team on elements associated with analysis review and next steps; review of draft analysis; follow-up on same | | | |

# Work Product

| Date | Name | Category | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11-19-2024 | Jennifer Sheen | Comm. w/ Trustee or Professionals | 2.40 | 685.00 | 1,644.00 |

Attention to: Calls with counsel and team regarding draft process and inputs, as directed by counsel

| 11-19-2024 | Jennifer Sheen | Preference / Other Lit. Claims Review, Analysis & Negotiation | 2.60 | 685.00 | 1,781.00 |

Attention to: Further review of draft analysis of information at request of counsel; Obtain files and review information contained therein and correspondence related to same

| 11-19-2024 | Raoul Nowitz | Court Hearings / Fee Apps / Court Filings to Review | 3.40 | 1,025.00 | 3,485.00 |

Attention to further required revisions to draft Fee App details as discussed with counsel; communications with counsel on same; distribution of draft Fee App to counsel for feedback and distribution of draft to the Trustee; discussions with SOLIC accounting team on same

| 11-20-2024 | Raoul Nowitz | RCT/Cont. Counsel Lit. Support | 1.80 | 1,025.00 | 1,845.00 |

Attention to review of supporting files based on analysis undertaken by team, with discussions on key observations and related implication on overall assessment, as requested by counsel

| 11-20-2024 | Raoul Nowitz | RCT/Cont. Counsel Lit. Support | 1.00 | 1,025.00 | 1,025.00 |

Attendance on additional call with counsel on elements associated with review of key findings associated with analysis and discussions with team and counsel on same

| 11-20-2024 | Jennifer Sheen | Comm. w/ Trustee or Professionals | 2.60 | 685.00 | 1,781.00 |

Attention to: Continued calls with team and Counsel regarding process

| 11-20-2024 | Jennifer Sheen | Preference / Other Lit. Claims Review, Analysis & Negotiation | 1.60 | 685.00 | 1,096.00 |

Attention to: Review summary as directed by counsel; Call with Counsel

| 11-20-2024 | Raoul Nowitz | RCT/Cont. Counsel Lit. Support | 1.30 | 1,025.00 | 1,332.50 |

Attention to review of backup materials on inputs from team, as directed by counsel.

| 11-20-2024 | Raoul Nowitz | RCT/Cont. Counsel Lit. Support | 1.20 | 1,025.00 | 1,230.00 |

Attendance on call with counsel to discuss latest observations of review

| 11-20-2024 | Raoul Nowitz | RCT/Cont. Counsel Lit. Support | 0.90 | 1,025.00 | 922.50 |

Attention to post call diligence on key assumptions inputs as directed by counsel

| 11-26-2024 | Jennifer Sheen | Comm. w/ Trustee or Professionals | 1.00 | 685.00 | 685.00 |

Attention to: Call with team and counsel

| 11-26-2024 | Raoul Nowitz | RCT/Cont. Counsel Lit. Support | 1.00 | 1,025.00 | 1,025.00 |

Attention to review of materials provided via counsel ahead of call with counsel to discuss updated elements associated with review, as directed by counsel

| 11-26-2024 | Raoul Nowitz | Comm. w/ Trustee or Professionals | 0.50 | 1,025.00 | 512.50 |

Attendance on call with counsel to review elements of analysis associated with review

| 11-30-2024 | Raoul Nowitz | RCT/Cont. Counsel Lit. Support | 1.20 | 1,025.00 | 1,230.00 |

Attention to review of latest correspondence on elements as directed by counsel; review attachments on select spread information; communication with team on same

| 12-02-2024 | Raoul Nowitz | RCT/Cont. Counsel Lit. Support | 0.40 | 1,025.00 | 410.00 |

Call with team on review of analysis as directed by counsel, with post call follow-up

| 12-02-2024 | Jennifer Sheen | Comm. w/ Trustee or Professionals | 1.10 | 685.00 | 753.50 |

# Work Product

Attention to: Review offering circular for bond and correspondence with R. Nowitz related to same; Call with R. Nowitz regarding bond data and analysis; Correspondence with counsel regarding bond trade tickets and summary; Review trade ticket summary, as directed by counsel

| Date | Name | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12-04-2024 | Raoul Nowitz | RCT/Cont. Counsel Lit. Support | 0.30 | 1,025.00 | 307.50 |

Attention to review of updated draft ; discussions with team on same

| 12-04-2024 | Raoul Nowitz | Comm. w/ Trustee or Professionals | 0.30 | 1,025.00 | 307.50 |

Attendance on call with counsel on analysis

| 12-04-2024 | Raoul Nowitz | Comm. w/ Trustee or Professionals | 1.50 | 1,025.00 | 1,537.50 |

Attendance on call with counsel and team associated with further review of latest draft findings ; discussions on key revisions to analysis and discussions on same

| 12-04-2024 | Jennifer Sheen | Comm. w/ Trustee or Professionals | 2.90 | 685.00 | 1,986.50 |

Attention to: Calls with R. Nowitz, Reid, Collins & Tsai, and Blank Rome regarding analysis; Call with team regarding updated analysis; performed continuing key review and research analysis including reviewing emails and documents from hard drive

| 12-05-2024 | Raoul Nowitz | RCT/Cont. Counsel Lit. Support | 0.40 | 1,025.00 | 410.00 |

Attention on call with team to discuss and review additional elements of analysis (0.3 hrs.); review of additional materials post call (0.1 hrs.)

| 12-05-2024 | Raoul Nowitz | RCT/Cont. Counsel Lit. Support | 0.90 | 1,025.00 | 922.50 |

Attention to additional review and attention on analysis, as directed by counsel; discussions with team on same

| 12-05-2024 | Raoul Nowitz | Comm. w/ Trustee or Professionals | 0.50 | 1,025.00 | 512.50 |

Attendance on call with counsel on elements pertaining to key analysis

| 12-05-2024 | Jennifer Sheen | Comm. w/ Trustee or Professionals | 2.10 | 685.00 | 1,438.50 |

Attention to: Call with R. Nowitz regarding analysis; Calls with Reid, Collins & Tsai, Blank Rome, R. Nowitz and team regarding review of analysis; Review select creditor institution financial reporting for elements associated with request from counsel; Review elements associated with draft analysis

| 12-06-2024 | Jennifer Sheen | Comm. w/ Trustee or Professionals | 3.70 | 685.00 | 2,534.50 |

Attention to: Obtain documentation requested by Professional from trustee firm related to draft (2.1 hrs.); Call with Blank Rome, Reid, Collins & Tsai, R. Nowitz and team regarding analysis (0.3 hrs.); Research trade data and follow-up calls with J. Williams, Reid, Collins & Tsai and R. Nowitz; Research bond trade tickets and related information (1.3 hrs.); as directed by counsel

| 12-06-2024 | Raoul Nowitz | Comm. w/ Trustee or Professionals | 1.00 | 1,025.00 | 1,025.00 |

Attendance on call with counsel and related associated with review of latest draft analysis, follow-up review of key elements based on preliminary feedback from team

| 12-06-2024 | Raoul Nowitz | RCT/Cont. Counsel Lit. Support | 0.50 | 1,025.00 | 512.50 |

Attention to review of post-call diligence files as directed by counsel as shared by team

| 12-09-2024 | Raoul Nowitz | RCT/Cont. Counsel Lit. Support | 0.50 | 1,025.00 | 512.50 |

Attention to review of additional diligence files received from team on elements associated with bond portfolio; calls with team on same; follow-up

| 12-09-2024 | Jennifer Sheen | RCT/Cont. Counsel Lit. Support | 1.60 | 685.00 | 1,096.00 |

Attention to: Research trade tickets and summary of Repo trades (0.8 hrs.); Confirm trade information to bank statement activity and assess summary of Repo trades (0.5 hrs.); Call with R. Nowitz regarding Repo trade information (0.3 hrs.)

| 12-11-2024 | Jennifer Sheen | Preference / Other Lit. Claims Review, Analysis & Negotiation | 1.40 | 685.00 | 959.00 |

# Work Product

Attention to: Obtain board minutes and related documentation regarding executive compensation by searching LWF emails, as directed by counsel; Review updated analysis

| Date | Name | Category | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12-11-2024 | Raoul Nowitz | RCT/Cont. Counsel Lit. Support | 0.50 | 1,025.00 | 512.50 |

Attention to review of updated draft analysis as provided via counsel on analysis; comparison to prior analyses

| | Raoul Nowitz | RCT/Cont. Counsel Lit. Support | 0.50 | 1,025.00 | 512.50 |
|---|---|---|---|---|---|
| 12-12-2024 | | | | | |

Attention to review of latest draft analysis with details, as directed by counsel; discussions with team on same

| | Raoul Nowitz | Comm. w/ Trustee or Professionals | 1.50 | 1,025.00 | 1,537.50 |
|---|---|---|---|---|---|
| 12-12-2024 | | | | | |

Attendance on call with counsel to review latest analysis; discussions on key findings, required revisions and next steps.

| | Jennifer Sheen | RCT/Cont. Counsel Lit. Support | 2.20 | 685.00 | 1,507.00 |
|---|---|---|---|---|---|
| 12-12-2024 | | | | | |

Attention to: Review data and analysis associated with draft analysis, as directed by counsel

| | Jennifer Sheen | Comm. w/ Trustee or Professionals | 2.90 | 685.00 | 1,986.50 |
|---|---|---|---|---|---|
| 12-12-2024 | | | | | |

Call with R. Nowitz regarding updated analysis (0.3 hrs.); Call with Blank Rome, R. Nowitz and Reid, Collins & Tsai regarding updated analysis (1.5 hrs.), and post-call follow-up review of analysis based on feedback received (1.1 hrs.)

| | Jennifer Sheen | Comm. w/ Trustee or Professionals | 4.30 | 685.00 | 2,945.50 |
|---|---|---|---|---|---|
| 12-13-2024 | | | | | |

Attention to: Call with Reid, Collins & Tsai, R. Nowitz, Blank Rome and team regarding updated analysis (0.5 hrs.); Review updated analysis and recalculate key figures (3.1 hrs.); Call with Reid, Collins & Tsai regarding analysis (0.7 hrs.)

| | Raoul Nowitz | RCT/Cont. Counsel Lit. Support | 0.50 | 1,025.00 | 512.50 |
|---|---|---|---|---|---|
| 12-13-2024 | | | | | |

Attendance on call with counsel to discuss additional latest findings and updated elements of draft analysis; review of findings and discussions on additional required analysis for follow-up

| 12-15-2024 | Raoul Nowitz | Preference / Other Lit. Claims Review, Analysis & Negotiation | 1.30 | 1,025.00 | 1,332.50 |
|---|---|---|---|---|---|

Attention to review of latest revised draft of draft analysis and report, as directed by counsel; draft of feedback provided to counsel as requested with follow-up

| | Raoul Nowitz | Comm. w/ Trustee or Professionals | 1.00 | 1,025.00 | 1,025.00 |
|---|---|---|---|---|---|
| 12-16-2024 | | | | | |

Attendance on call with counsel associated with elements covering draft analysis and discussion on key observations

| | Raoul Nowitz | Comm. w/ Trustee or Professionals | 1.00 | 1,025.00 | 1,025.00 |
|---|---|---|---|---|---|
| 12-16-2024 | | | | | |

Attention on call with counsel and parties on key elements on draft analysis; review key takeaways and discussions on key revisions required to analysis

| 12-16-2024 | Raoul Nowitz | Preference / Other Lit. Claims Review, Analysis & Negotiation | 0.40 | 1,025.00 | 410.00 |
|---|---|---|---|---|---|

Attention to post-call debrief with counsel and team on key elements of earlier analysis drafts; review of additional supporting emails and documentation as provided by team on key asset elements

| 12-16-2024 | Jennifer Sheen | Comm. w/ Trustee or Professionals | 2.90 | 685.00 | 1,986.50 |
|---|---|---|---|---|---|

Attention to: Call with Reid, Collins & Tsai, R. Nowitz, Blank Rome and team to review updated draft analysis (1.0 hrs.); Call with Teneo, Reid, Collins & Tsai, R. Nowitz and team to review analysis and needs for report (1.1 hrs.); Calls with Reid, Collins & Tsai and R. Nowitz regarding required analysis (0.8 hrs.)

| 12-17-2024 | Jennifer Sheen | Comm. w/ Trustee or Professionals | 4.10 | 685.00 | 2,808.50 |
|---|---|---|---|---|---|

Attention to: Call with Reid, Collins & Tsai, R. Nowitz and Teneo regarding analysis, and additional required calls with counsel on same (1.4 hrs. in total); review trade documentation with counsel (1.7 hrs.); Call

# Work Product

with Reid, Collins & Tsai and team regarding analysis; Provide documents for production to counsel (1.0 hrs.)

| Date | Name | Category | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | Raoul Nowitz | Comm. w/ Trustee or Professionals | 1.00 | 1,025.00 | 1,025.00 |

12-17-2024 Attendance on call with counsel and related associated with further review of analysis, with focus on key inputs, assumptions, and observations, as directed by counsel

| | Raoul Nowitz | Comm. w/ Trustee or Professionals | 0.50 | 1,025.00 | 512.50 |
|---|---|---|---|---|---|

12-17-2024 Attendance on further call with counsel to confirm key takeaways and next steps and related updates to analysis

| | Raoul Nowitz | Comm. w/ Trustee or Professionals | 0.50 | 1,025.00 | 512.50 |
|---|---|---|---|---|---|

12-17-2024 Attendance on call with counsel and related parties associated with elements covering draft analysis, as directed by counsel

| 12-17-2024 | Raoul Nowitz | Preference / Other Lit. Claims Review, Analysis & Negotiation | 0.40 | 1,025.00 | 410.00 |
|---|---|---|---|---|---|

Required follow-up post calls with counsel on elements of analysis as requested by counsel

| 12-18-2024 | Jennifer Sheen | Preference / Other Lit. Claims Review, Analysis & Negotiation | 1.40 | 685.00 | 959.00 |
|---|---|---|---|---|---|

Attention to: Further review and follow-up as directed by counsel on updated draft analysis, including validating figures contained therein; Correspondence with Professional from trustee firm regarding comments and feedback on draft analysis, with follow-up

| 12-18-2024 | Raoul Nowitz | Preference / Other Lit. Claims Review, Analysis & Negotiation | 1.00 | 1,025.00 | 1,025.00 |
|---|---|---|---|---|---|

Follow-up on elements associated with select creditor institution litigation information review, as directed by counsel; discussions with team on same

| 12-19-2024 | Jennifer Sheen | Comm. w/ Trustee or Professionals | 0.60 | 685.00 | 411.00 |
|---|---|---|---|---|---|

Attention to: Call with Professional from trustee firm and R. Nowitz regarding draft analysis; Call with Reid, Collins & Tsai and team regarding draft analysis

| 12-19-2024 | Raoul Nowitz | Preference / Other Lit. Claims Review, Analysis & Negotiation | 0.50 | 1,025.00 | 512.50 |
|---|---|---|---|---|---|

Attention to further review and assessment of latest revised draft analysis as directed by counsel; communications with team on same

| 12-19-2024 | Raoul Nowitz | Comm. w/ Trustee or Professionals | 0.50 | 1,025.00 | 512.50 |
|---|---|---|---|---|---|

Attendance on call with counsel to discuss revisions to draft analysis

| 12-21-2024 | Jennifer Sheen | Preference / Other Lit. Claims Review, Analysis & Negotiation | 0.20 | 685.00 | 137.00 |
|---|---|---|---|---|---|

Attention to: Further review updated draft analysis and correspondence related to same

| 12-22-2024 | Raoul Nowitz | Preference / Other Lit. Claims Review, Analysis & Negotiation | 0.20 | 1,025.00 | 205.00 |
|---|---|---|---|---|---|

Additional review of draft as directed by counsel

| 12-26-2024 | Neil Luria | RCT/Cont. Counsel Lit. Support | 0.40 | 1,245.00 | 498.00 |
|---|---|---|---|---|---|

Review of draft analysis associated with analyses key workstreams

| 12-30-2024 | Raoul Nowitz | RCT/Cont. Counsel Lit. Support | 2.10 | 1,025.00 | 2,152.50 |
|---|---|---|---|---|---|

Elements associated with preliminary review of select creditor institution diligence materials background research (0.5 hrs.), review and assessment of status key workplan elements associated with engagement requirements and related anticipated go-forward timing requirements (1.0 hrs.); assessment of staffing requirements on key ongoing workstream needs for ongoing resource planning purposes (0.6 hrs.)

| 01-06-2025 | Raoul Nowitz | RCT/Cont. Counsel Lit. Support | 1.50 | 1,025.00 | 1,537.50 |
|---|---|---|---|---|---|

# Work Product

Attention to commencement of review of latest draft of analysis as directed by counsel

01-07-2025     Raoul Nowitz      RCT/Cont. Counsel Lit. Support     3.80     1,025.00     3,895.00
Attention to in-process review of draft report on analysis; communications with team on same as directed by counsel

01-08-2025     Raoul Nowitz      RCT/Cont. Counsel Lit. Support     3.80     1,025.00     3,895.00
Attention to further review of draft analysis findings and key takeaways; as directed by counsel

01-08-2025     Raoul Nowitz      Comm. w/ Trustee or Professionals     0.50     1,025.00     512.50
Attendance on status update call with counsel; follow-up

01-08-2025     Jennifer Sheen     Comm. w/ Trustee or Professionals     0.90     685.00     616.50
Attention to: Call with Reid, Collins & Tsai, Blank Rome, and R. Nowitz regarding report and follow up matters; Call with R. Nowitz and calls with Reid, Collins & Tsai

01-08-2025     Jennifer Sheen     RCT/Cont. Counsel Lit. Support     6.50     685.00     4,452.50
Attention to: Retrieve and send supporting documentation to Reid, Collins & Tsai (2.8 hrs.); Review models and describe model calculations (2.3 hrs.); Assessment of requests from counsel (1.4 hrs.)

01-09-2025     Raoul Nowitz      RCT/Cont. Counsel Lit. Support     0.50     1,025.00     512.50
Update calls with team on various elements of workstreams

01-09-2025     Raoul Nowitz      RCT/Cont. Counsel Lit. Support     1.50     1,025.00     1,537.50
Attention to review of elements of cross default provisions in select financing agreements associated with elements of report findings and related corroboration, as directed by counsel.

01-09-2025     Raoul Nowitz      RCT/Cont. Counsel Lit. Support     2.10     1,025.00     2,152.50
Attention to additional review of analysis key findings and observations, as directed by counsel

01-09-2025     Jennifer Sheen     Comm. w/ Trustee or Professionals     4.40     685.00     3,014.00
Attention to: Call with Blank Rome and Professional from trustee firm to discuss analysis (0.3 hrs.); Calls with team and follow-up to discuss matters (0.4 hrs.); Calls with Counsel to review and discuss reports (2.3 hrs.); Review updated documents per request of Counsel (0.5 hrs.); Call with Counsel and team to discuss updates to reports and models (0.9 hrs.)

01-09-2025     Jennifer Sheen     RCT/Cont. Counsel Lit. Support     3.20     685.00     2,192.00
Attention to: Review model calculations and assumptions and prepare analysis and summary at the request of counsel; Read and review document at the request of counsel

01-10-2025     Raoul Nowitz      RCT/Cont. Counsel Lit. Support     4.70     1,025.00     4,817.50
Attention to additional review of elements of analyses and key findings, as directed by counsel; including review of element (1.3 hrs.), tests (1.8 hrs.), and adequacy (1.6 hrs.) follow-up with team on same

01-13-2025     Raoul Nowitz      RCT/Cont. Counsel Lit. Support     2.10     1,025.00     2,152.50
Attention to additional updating of comments associated with analysis review; assess elements on assessment of debt associated with selected asset collateral; as directed by counsel

01-14-2025     Jennifer Sheen     RCT/Cont. Counsel Lit. Support     4.60     685.00     3,151.00
Attention to: Review draft report and assumptions (1.6 hrs.); Call with team and follow-up regarding report (0.5 hrs.); Call with Counsel and team to discuss updates to report (2.5 hrs.)

01-14-2025     Raoul Nowitz      RCT/Cont. Counsel Lit. Support     0.50     1,025.00     512.50
Attendance on call with team to discuss draft analysis and elements associated key findings; , as directed by counsel

01-14-2025     Raoul Nowitz      RCT/Cont. Counsel Lit. Support     2.30     1,025.00     2,357.50

# Work Product

Attention to further review of draft analysis on and elements associated key findings; tabulation of questions and comments, as directed by counsel

| Date | Name | Category | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01-15-2025 | Jennifer Sheen | RCT/Cont. Counsel Lit. Support | 2.20 | 685.00 | 1,507.00 |

Attention to: Review data contained in report and correspondence

| 01-15-2025 | Raoul Nowitz | RCT/Cont. Counsel Lit. Support | 1.90 | 1,025.00 | 1,947.50 |

Attention to addition review of draft analysis, as directed by counsel; discussions with team on elements of same

| 01-16-2025 | Raoul Nowitz | RCT/Cont. Counsel Lit. Support | 1.50 | 1,025.00 | 1,537.50 |

Attention to additional review of draft analysis, as directed by counsel; review of key analysis build-up assumptions; discussion with team on same

| 01-16-2025 | Jennifer Sheen | RCT/Cont. Counsel Lit. Support | 3.50 | 685.00 | 2,397.50 |

Attention to: Continued review of report including correspondence related to produced documents and Bates numbers needed to complete footnotes; Provide comments to report as directed by counsel

| 01-17-2025 | Jennifer Sheen | Comm. w/ Trustee or Professionals | 2.90 | 685.00 | 1,986.50 |

Attention to: Call with R. Nowitz regarding comments on report; Call with counsel regarding reports and next steps; Call with Reid, Collins & Tsai regarding schedules and support needed

| 01-17-2025 | Raoul Nowitz | RCT/Cont. Counsel Lit. Support | 4.00 | 1,025.00 | 4,100.00 |

Attention to additional review and analysis of support materials and key findings, as directed by counsel and ahead of review call with counsel; including calls with team to discuss same

| 01-17-2025 | Raoul Nowitz | Comm. w/ Trustee or Professionals | 1.40 | 1,025.00 | 1,435.00 |

Attendance on call with counsel to discuss key findings of draft analysis

| 01-20-2025 | Raoul Nowitz | RCT/Cont. Counsel Lit. Support | 3.10 | 1,025.00 | 3,177.50 |

Attention to further review of analysis elements as noted, at the request of counsel; further discussions with team on same

| 01-20-2025 | Jennifer Sheen | RCT/Cont. Counsel Lit. Support | 0.40 | 685.00 | 274.00 |

Attention to: Updates to comments on report

| 01-21-2025 | Raoul Nowitz | RCT/Cont. Counsel Lit. Support | 3.50 | 1,025.00 | 3,587.50 |

Attention to review and updating of draft updated views and comments on analysis ahead of distribution to counsel, including updates to test observations (1.6 hrs.), updates to key indicative value drivers (1.4 hrs), and updates and confirmation of support numbers (0.5 hrs.), as directed by team and resulting from communications from team

| 01-21-2025 | Raoul Nowitz | Court Hearings / Fee Apps / Court Filings to Review | 0.50 | 1,025.00 | 512.50 |

Attention to follow-up on select case administrative matters as required

| 01-23-2025 | Jennifer Sheen | Comm. w/ Trustee or Professionals | 0.70 | 685.00 | 479.50 |

Attention to: Correspondence with Professional from trustee firm regarding questions related to support for payroll payments including obtaining downloads from QuickBooks

| 01-24-2025 | Raoul Nowitz | Court Hearings / Fee Apps / Court Filings to Review | 1.00 | 1,025.00 | 1,025.00 |

Elements associated with time entry items on verified AR balance check

| 01-27-2025 | Jennifer Sheen | Comm. w/ Trustee or Professionals | 1.30 | 685.00 | 890.50 |

Attention to: Call with R. Nowitz and call with Reid, Collins & Tsai regarding data needed for analysis

| 01-29-2025 | Jennifer Sheen | Comm. w/ Trustee or Professionals | 0.50 | 685.00 | 342.50 |

Attention to: Call with counsel and team regarding comments on analysis

# Work Product

| Date | Name | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01-29-2025 | Jennifer Sheen | RCT/Cont. Counsel Lit. Support | 3.10 | 685.00 | 2,123.50 |

Attention to: Updates to schedules as requested by Reid, Collins & Tsai

| 01-29-2025 | Raoul Nowitz | Comm. w/ Trustee or Professionals | 1.00 | 1,025.00 | 1,025.00 |

Attendance on call with counsel and related parties associated with detailed review of key observations on analysis, as directed by counsel

| 01-30-2025 | Raoul Nowitz | RCT/Cont. Counsel Lit. Support | 1.00 | 1,025.00 | 1,025.00 |

Attention to review of financial analysis with team on elements, as directed by counsel

| 01-30-2025 | Jennifer Sheen | Comm. w/ Trustee or Professionals | 1.90 | 685.00 | 1,301.50 |

Attention to: Call with Professional from trustee firm, Blank Rome and B. Harmony regarding analysis; Call with R. Nowitz regarding MSR and loan financing and related matters

| 01-30-2025 | Jennifer Sheen | RCT/Cont. Counsel Lit. Support | 1.90 | 685.00 | 1,301.50 |

Attention to: Research and analysis related to requests from counsel; Updates to schedules as requested by counsel; Send requested documents to Reid, Collins & Tsai

| 01-31-2025 | Jennifer Sheen | Comm. w/ Trustee or Professionals | 1.30 | 685.00 | 890.50 |

Attention to: Call with Reid, Collins & Tsai and R. Nowitz regarding analysis; Call with Reid, Collins & Tsai regarding requested schedules and data

| 01-31-2025 | Jennifer Sheen | RCT/Cont. Counsel Lit. Support | 4.10 | 685.00 | 2,808.50 |

Attention to: Updates to schedules and data as requested by Counsel (2.1 hrs.); Updates to reference materials and indexes (1.5 hrs.); Review of updated materials as requested by counsel (0.5 hrs.)

| 01-31-2025 | Raoul Nowitz | RCT/Cont. Counsel Lit. Support | 1.00 | 1,025.00 | 1,025.00 |

Attendance on call with counsel to discuss latest views on draft analysis findings, as directed by counsel

| 02-03-2025 | Jennifer Sheen | RCT/Cont. Counsel Lit. Support | 0.70 | 685.00 | 479.50 |

Attention to: Update charts for counsel; Call with J. Williams regarding documentation

| 02-04-2025 | Jennifer Sheen | RCT/Cont. Counsel Lit. Support | 6.10 | 685.00 | 4,178.50 |

Attention to: Assessment of revise analysis as directed by counsel (2.6 hrs.); Assessment of updated analysis for reference schedules (2.3 hrs.); Review updated analysis and reports (1.2 hrs.)

| 02-05-2025 | Jennifer Sheen | Comm. w/ Trustee or Professionals | 1.90 | 685.00 | 1,301.50 |

Attention to: Call with Reid, Collins & Tsai to review documentation; Call with Reid, Collins & Tsai and M. Kumar regarding analysis and related follow up correspondence

| 02-05-2025 | Jennifer Sheen | RCT/Cont. Counsel Lit. Support | 2.90 | 685.00 | 1,986.50 |

Attention to: Updates to analysis as requested by counsel

| 02-05-2025 | Raoul Nowitz | RCT/Cont. Counsel Lit. Support | 1.00 | 1,025.00 | 1,025.00 |

Attention to update discussions with team on status of analysis and analysis based on team discussions with counsel.

| 02-06-2025 | Raoul Nowitz | RCT/Cont. Counsel Lit. Support | 3.10 | 1,025.00 | 3,177.50 |

Attention to research and review of select financial information on financial institution as directed by counsel

| 02-06-2025 | Raoul Nowitz | RCT/Cont. Counsel Lit. Support | 2.50 | 1,025.00 | 2,562.50 |

Attention to drafting of key points and memo on key observations based on review of select financial institution, as directed by counsel

| 02-06-2025 | Jennifer Sheen | RCT/Cont. Counsel Lit. Support | 1.40 | 685.00 | 959.00 |

Attention to: Gather requested documents for production and correspondence with J. Williams regarding same; Review select creditor institution analysis

| 02-07-2025 | Jennifer Sheen | Comm. w/ Trustee or Professionals | 1.80 | 685.00 | 1,233.00 |

Attention to: Call with J. Williams regarding documents and follow up correspondence regarding same

# Work Product

| Date | Name | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02-09-2025 | Jennifer Sheen | Comm. w/ Trustee or Professionals | 3.40 | 685.00 | 2,329.00 |

Attention to: Call with Reid, Collins & Tsai and team regarding analysis and follow up correspondence

| 02-10-2025 | Jennifer Sheen | Comm. w/ Trustee or Professionals | 0.90 | 685.00 | 616.50 |
|---|---|---|---|---|---|

Attention to: Call with J. Williams, Reid, Collins & Tsai and Blank Rome regarding documentation; Follow-up call with J. Williams related to same

| 02-10-2025 | Jennifer Sheen | RCT/Cont. Counsel Lit. Support | 6.70 | 685.00 | 4,589.50 |
|---|---|---|---|---|---|

Attention to: Call with Blank Rome, Reid, Collins & Tsai and team regarding models and documentation and follow up correspondence related to same (1.6 hrs.); Review updated analysis as requested by counsel (2.4 hrs.); Attention to supporting documentation and correspondence related to same (2.7 hrs.)

| 02-11-2025 | Jennifer Sheen | RCT/Cont. Counsel Lit. Support | 6.80 | 685.00 | 4,658.00 |
|---|---|---|---|---|---|

Attention to: Additional review and assessment of model as directed by Counsel with focus on: review of calculations and related data and inputs (2.4 hrs.), supporting documentation (2.7 hrs.), and transactions (1.7 hrs.)

| 02-12-2025 | Jennifer Sheen | Comm. w/ Trustee or Professionals | 2.10 | 685.00 | 1,438.50 |
|---|---|---|---|---|---|

Attention to: Call with Reid, Collins & Tsai related to analysis; Call with J. Williams, Blank Rome and Reid, Collins & Tsai regarding documentation and follow-up correspondence; Call with Blank Rome regarding review of analysis

| 02-12-2025 | Jennifer Sheen | RCT/Cont. Counsel Lit. Support | 6.40 | 685.00 | 4,384.00 |
|---|---|---|---|---|---|

Attention to: Calls and follow-up correspondence with J. Williams regarding documentation and production (0.7 hrs.); Continued review of analysis and related documents (2.6 hrs.); Review of document references in reports (1.5 hrs.); Multiple calls with Blank Rome, Reid, Collins & Tsai and team regarding analysis and updates to documentation (total 1.6 hrs.)

| 02-13-2025 | Jennifer Sheen | RCT/Cont. Counsel Lit. Support | 7.10 | 685.00 | 4,863.50 |
|---|---|---|---|---|---|

Attention to: Additional review and assessment of model as directed by Counsel with focus on: review of valuation calculations and formulas (2.6 hrs.), spread calculations (1.5 hrs.), pricing lookup calculations (1.7 hrs.); Review of documentation references and citations (1.3 hrs.)

| 02-13-2025 | Raoul Nowitz | RCT/Cont. Counsel Lit. Support | 0.90 | 1,025.00 | 922.50 |
|---|---|---|---|---|---|

Attention to review of key email correspondence and discussions with team on elements associated with analysis as provided by team, and as directed by counsel

| 02-14-2025 | Raoul Nowitz | RCT/Cont. Counsel Lit. Support | 1.90 | 1,025.00 | 1,947.50 |
|---|---|---|---|---|---|

Attention to review of all proposed appendices in support of analysis as shared by team for review and as directed by counsel; communications with team on key observations

| 02-14-2025 | Raoul Nowitz | RCT/Cont. Counsel Lit. Support | 2.80 | 1,025.00 | 2,870.00 |
|---|---|---|---|---|---|

Attention to review of proposed draft narrative findings commentary of analysis, as requested by counsel and team in support of preparation of key documentation.

| 02-14-2025 | Jennifer Sheen | RCT/Cont. Counsel Lit. Support | 1.10 | 685.00 | 753.50 |
|---|---|---|---|---|---|

Attention to: Correspondence with R. Nowitz regarding report and documentation

| 02-25-2025 | Raoul Nowitz | RCT/Cont. Counsel Lit. Support | 0.90 | 1,025.00 | 922.50 |
|---|---|---|---|---|---|

Attention to review of most recent revisions to the analysis, as requested by counsel; administrative elements on same

| 03-03-2025 | Raoul Nowitz | RCT/Cont. Counsel Lit. Support | 1.50 | 1,025.00 | 1,537.50 |
|---|---|---|---|---|---|

Attention to review of prior proposed review comments on draft analysis; status update discussions with team

| 03-03-2025 | Raoul Nowitz | RCT/Cont. Counsel Lit. Support | 2.80 | 1,025.00 | 2,870.00 |
|---|---|---|---|---|---|

Attention to further review of edits to analysis on elements associated with select tests (assets to liabilities test; ability to pay debts tests elements of support analysis)

| 03-05-2025 | Raoul Nowitz | RCT/Cont. Counsel Lit. Support | 2.90 | 1,025.00 | 2,972.50 |
|---|---|---|---|---|---|

# Work Product

| Date | Professional | Category | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | Attention to further review of edits to analysis on elements associated with select tests capital adequacy test elements of support analysis), as well as review of select appendix elements; update discussions with team | | | |
| 03-05-2025 | Raoul Nowitz | RCT/Cont. Counsel Lit. Support | 1.50 | 1,025.00 | 1,537.50 |
| | | Attention to review of latest proposed revisions to analysis, as directed by counsel; discussions with team on status, next steps calls, and related | | | |
| 03-05-2025 | Jennifer Sheen | RCT/Cont. Counsel Lit. Support | 1.10 | 685.00 | 753.50 |
| | | Attention to: Call with Reid, Collins & Tsai and follow-up correspondence; Review report per request of counsel | | | |
| 03-06-2025 | Raoul Nowitz | RCT/Cont. Counsel Lit. Support | 2.80 | 1,025.00 | 2,870.00 |
| | | Attention to review of latest draft analysis on both analysis and analysis; discussion with team on same. | | | |
| 03-08-2025 | Raoul Nowitz | Preference / Other Lit. Claims Review, Analysis & Negotiation | 0.50 | 1,025.00 | 512.50 |
| | | Attention to update from team on call between team member counsel and related parties discussing revisions to analysis ; follow up on same | | | |
| 03-08-2025 | Jennifer Sheen | RCT/Cont. Counsel Lit. Support | 8.10 | 685.00 | 5,548.50 |
| | | Attention to: Call with Reid, Collins & Tsai and team regarding expert reports (1.9 hrs.); Continued review of models per counsel's request with a focus on: review and reconciliation of inputs (1.8 hrs.), review (1.2 hrs.), review of updates to formulas (1.9 hrs.) and review of document (1.3 hrs.) | | | |
| 03-10-2025 | Jennifer Sheen | RCT/Cont. Counsel Lit. Support | 0.90 | 685.00 | 616.50 |
| | | Attention to: Call with Reid, Collins & Tsai regarding reports and related correspondence | | | |
| 03-12-2025 | Jennifer Sheen | RCT/Cont. Counsel Lit. Support | 2.30 | 685.00 | 1,575.50 |
| | | Attention to: Continued review of report and exhibits and correspondence with team regarding same | | | |
| 03-13-2025 | Jennifer Sheen | RCT/Cont. Counsel Lit. Support | 2.80 | 685.00 | 1,918.00 |
| | | Attention to: Review Solvency report per request of counsel; Call with R. Nowitz regarding report; Correspondence with counsel regarding reports | | | |
| 03-13-2025 | Raoul Nowitz | RCT/Cont. Counsel Lit. Support | 2.80 | 1,025.00 | 2,870.00 |
| | | Attendance to updated review of report; compilation of edits | | | |
| 03-13-2025 | Raoul Nowitz | RCT/Cont. Counsel Lit. Support | 0.50 | 1,025.00 | 512.50 |
| | | Attendance on call with team to discuss various elements of latest draft report; follow-up | | | |
| 03-16-2025 | Jennifer Sheen | Comm. w/ Trustee or Professionals | 0.30 | 685.00 | 205.50 |
| | | Attention to: Call with N. Luria and R. Nowitz regarding expert reports | | | |
| 03-16-2025 | Neil Luria | RCT/Cont. Counsel Lit. Support | 0.70 | 1,245.00 | 871.50 |
| | | Attention to reviewing current draft of Expert Report and associated appendices; conference with J. Sheen and R. Nowitz to review same. | | | |
| 03-16-2025 | Raoul Nowitz | RCT/Cont. Counsel Lit. Support | 0.50 | 1,025.00 | 512.50 |
| | | Attendance on team update call with N. Luria and team on status and next steps; follow-up | | | |
| 03-17-2025 | Raoul Nowitz | RCT/Cont. Counsel Lit. Support | 2.80 | 1,025.00 | 2,870.00 |
| | | Attention to additional follow-up on elements associated with latest draft report analysis | | | |
| 03-18-2025 | Raoul Nowitz | RCT/Cont. Counsel Lit. Support | 0.50 | 1,025.00 | 512.50 |
| | | Attendance on call with counsel associated with review of elements of draft analysis | | | |
| 03-18-2025 | Raoul Nowitz | RCT/Cont. Counsel Lit. Support | 1.40 | 1,025.00 | 1,435.00 |
| | | Attention to further review of select elements of analysis post discussion with counsel | | | |
| 03-18-2025 | Raoul Nowitz | RCT/Cont. Counsel Lit. Support | 0.40 | 1,025.00 | 410.00 |

# Work Product

Attendance on call with counsel and other parties associated with further review of elements of solvency analysis

| Date | Name | Category | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03-18-2025 | Jennifer Sheen | RCT/Cont. Counsel Lit. Support | 1.60 | 685.00 | 1,096.00 |
| | | Attention to: Review follow-up matters related to report per request of counsel; Call with Teneo and team | | | |
| 03-25-2025 | Jennifer Sheen | RCT/Cont. Counsel Lit. Support | 1.30 | 685.00 | 890.50 |
| | | Attention to: Follow up research requested by Teneo and correspondence related to same | | | |
| 03-25-2025 | Raoul Nowitz | RCT/Cont. Counsel Lit. Support | 1.90 | 1,025.00 | 1,947.50 |
| | | Elements associated with MSR prior activities associated with analysis, as directed by counsel | | | |
| 03-27-2025 | Raoul Nowitz | RCT/Cont. Counsel Lit. Support | 1.00 | 1,025.00 | 1,025.00 |
| | | Attention to review of elements associated with analysis. as updated, as directed by counsel | | | |
| 03-27-2025 | Jennifer Sheen | RCT/Cont. Counsel Lit. Support | 2.10 | 685.00 | 1,438.50 |
| | | Attention to: Call with J. Williams regarding exhibits and review of same; Review of materials as requested by counsel | | | |
| 06-12-2025 | Jennifer Sheen | Comm. w/ Trustee or Professionals | 0.40 | 825.00 | 330.00 |
| | | Attention to: Research loan per request of Professional from trustee firm | | | |
| 06-16-2025 | Jennifer Sheen | Comm. w/ Trustee or Professionals | 0.30 | 825.00 | 247.50 |
| | | Attention to: Continued search for loan at the request of Professional from trustee firm and correspondence with Professional from trustee firm regarding same | | | |
| 07-24-2025 | Jennifer Sheen | Comm. w/ Trustee or Professionals | 0.20 | 825.00 | 165.00 |
| | | Attention to: Search for loan data at the request of trustee firm | | | |
| 08-12-2025 | Jennifer Sheen | RCT/Cont. Counsel Lit. Support | 0.30 | 825.00 | 247.50 |
| | | Attention to: Call with Reid, Collins & Tsai regarding data needs for analysis | | | |
| 08-18-2025 | Jennifer Sheen | RCT/Cont. Counsel Lit. Support | 1.80 | 825.00 | 1,485.00 |
| | | Attention to: Obtain and review data related to Wedbush analysis and correspondence related to same | | | |
| 08-19-2025 | Jennifer Sheen | RCT/Cont. Counsel Lit. Support | 1.30 | 825.00 | 1,072.50 |
| | | Attention to: Call with Reid, Collins & Tsai about analysis and related data; Obtain requested documentation | | | |
| 08-21-2025 | Jennifer Sheen | RCT/Cont. Counsel Lit. Support | 0.90 | 825.00 | 742.50 |
| | | Attention to: Correspondence with Reid, Collins & Tsai regarding data for analysis and search for required documentation on shared drive | | | |
| 09-25-2025 | Raoul Nowitz | RCT/Cont. Counsel Lit. Support | 0.50 | 1,075.00 | 537.50 |
| | | Attendance on update call with counsel | | | |
| 09-25-2025 | Jennifer Sheen | Preference / Other Lit. Claims Review, Analysis & Negotiation | 0.50 | 825.00 | 412.50 |
| | | Attention to: Call with R. Nowitz and Blank Rome regarding case updates | | | |
| | | | | **Total** | **267,653.00** |

**Work Product**

## Time Summary

| Staff Member | Hours | Amount |
|---|---:|---:|
| Neil Luria | 2.50 | 3,112.50 |
| Raoul Nowitz | 140.00 | 143,525.00 |
| Jennifer Sheen | 175.50 | 121,015.50 |
| **Total** | | **267,653.00** |

| Activity | Hours | Amount |
|---|---:|---:|
| Comm. w/ Trustee or Professionals | 76.60 | 58,071.00 |
| Court Hearings / Fee Apps / Court Filings to Review | 14.40 | 14,848.00 |
| Preference / Other Lit. Claims Review, Analysis & Negotiation | 31.20 | 26,150.00 |
| RCT/Cont. Counsel Lit. Support | 195.80 | 168,584.00 |
| **Total Fees** | | **267,653.00** |
| **Total for this Invoice** | | **267,653.00** |

Live Well Financial, Inc.
300 Delaware Avenue, Suite 300
Wilmington, DE 19801

October 20, 2025

**SOLIC Capital Advisors**
425 W New England Ave., Suite 300
Winter Park, FL 32789

**Invoice Number: 4210**
Invoice Period: 11-01-2024 - 09-30-2025

## REMITTANCE COPY

**RE: Live Well Financial**

**Total Due**     267,653.00

**Balance Due**
267,653.00

**Wire Instructions**

Citizens Bank, NA
Acct # 1411055087
Wire Routing ABA:  011500120
ACH ABA:  211070175
SWIFT:  CTZIUS33

Please add the reference "SOLIC Invoice # 4210" along with the wire payment

Beneficiary Name: GBH SOLIC Holdco LLC
Account Address:  101 Huntington Ave., Suite 1100, Boston, MA 02199-7603
Federal Tax ID Number: 82-5062600