# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> LIVE WELL FINANCIAL, INC., <br><br> Debtor. | Chapter 7 <br><br> Case No. 19-11317 (LSS) <br><br> Re: D.I. 499, 507, 509, 577, 578 |

## CERTIFICATION OF COUNSEL REGARDING
## MOTION REQUESTING ORDER OF CLARIFICATION

The undersigned hereby certifies as follows:

1. On December 11, 2023, David W. Carickhoff, in his capacity as Chapter 7 Trustee ("Trustee") of the bankruptcy estate of the above-captioned debtor ("Live Well") in the above-captioned chapter 7 case, filed the *Motion of the Chapter 7 Trustee for Entry of An Order Pursuant to Fed. R. Bankr. P. 9019 Approving Settlement with Virginia Credit Union* [D.I. 499] ("9019 Motion").

2. On December 27, 2023, Michael C. Hild and Laura D. Hild (together, "Hilds"), together with the Hild Entities[1], filed the *Hild Defendants' Objection to the Motion of the Chapter 7 Trustee to Approve Settlement Agreement with Virginia Credit Union* [D.I. 507].

3. On January 12, 2024, the Trustee filed the *Chapter 7 Trustee's Reply in Further Support of Motion for Entry of An Order Pursuant to Fed. R. Bankr. P. 9019 Approving Settlement with Virginia Credit Union* [D.I. 509].

---

[1] Specifically: Defendants Church Hill Ventures LLC, Anderson's Neck LLC, The Butterbean LLC, Climax Beverage Co. LLC, Dogtown Brewing LLC, Gardenia LLC, Hot Diggity Donuts LLC, Kingfisher LLC, Manastoh Brewing LLC, Urban Bleat Cheese Co. LLC, Aragon Coffee Co. LLC, Peter Stumpf Brewing Company LLC, Pin Money Pickles LLC, Rosenegk Brewing Co. LLC, and Valentine's Meat-Juice Company LLC—the "Hild Entities."

156105771

4. The Court held a hearing on the 9019 Motion and the objections and replies thereto on January 18, 2024 [D.I. 520].

5. Thereafter, on January 30, 2024, the Trustee filed the *Certification of Counsel Regarding the Motion of the Chapter 7 Trustee for Entry of An Order Pursuant to Fed. R. Bankr. P. 9019 Approving Settlement with Virginia Credit Union* [D.I. 516].

6. On January 31, 2024, the Hilds and the Hild Entities filed the *Certificate of Counsel Regarding the Motion of the Chapter 7 Trustee for Entry of An Order Pursuant to Fed. R. Bankr. P. 9019 Approving Settlement with Virginia Credit Union* [D.I. 517].

7. On February 14, 2024, the Court entered the *Order Granting the Motion of the Chapter 7 Trustee for Entry of An Order Pursuant to Fed. R. Bankr. P. 9019 Approving Settlement with Virginia Credit Union* [D.I. 518].

8. On July 31, 2025, the Hilds filed their *pro se Motion Requesting Order of Clarification* [D.I. 577] ("Clarification Motion").[2]

9. On August 14, 2025, VACU Resolution LLC ("VRL"), as successor in interest to Virginia Credit Union ("VACU"), filed the *VACU Resolution LLC's Response to Motion Requesting Order of Clarification and Reservation of Rights* [D.I. 578].

10. On December 2, 2025, the Hilds filed their *pro se Motion for Immediate Ruling (Within 14 Days) on Pending Motion Requesting Order of Clarification* [D.I. 596] ("Second Clarification Motion").

11. On December 5, 2025, the *Notice of Hearing* was filed [D.I. 602].

---

[2] The Trustee did not respond to the Clarification Motion at that time because (i) the Clarification Motion was filed without a hearing date or objection deadline, (ii) the Hilds were represented by counsel when they filed the Clarification Motion *pro se*, (iii) the Court had directed the parties to participate in mediation, and (iv) the Trustee was notified that a mediator had been identified and the Trustee did not need to formally respond to the Hilds' various *pro se* motions pending at that time.

156105771

12. On December 11, 2025, VRL filed the *VACU Resolution LLC's Supplemental Response to Motion Requesting Order of Clarification* [D.I. 604].

13. On December 11, the Trustee filed the *Chapter 7 Trustee's Objection to the Motion Requesting Order of Clarification Filed by Michael Hild and Laura Hild* [D.I. 605].

14. On December 15, 2025, the Hilds filed their *pro se Reply in Support of Motion for Clarification of Settlement Order (D.I. 518)* [D.I. 606].

15. On December 18, 2025, the Court held a hearing ("Hearing") on, among other things, the Clarification Motion, the Second Clarification Motion, and the objections and replies thereto.

16. Attached hereto as **Exhibit A** ("Proposed Order") is the form of order the Court proposed to enter at the Hearing, subject to VRL counsel's confirmation that his client does not oppose entry of the Proposed Order. At the Hearing, the Hilds confirmed they had no objection to entry of the Proposed Order. [*See* 12/18/25 Tr., at 34:11-12 ("MR. HILD: That would be acceptable, Your Honor, I think that it's a good solution.")]. Following the Hearing, Trustee's counsel circulated a draft certification of counsel and the Proposed Order to the Hilds for review and comment, but the Hilds declined review and/or comment. Thereafter, VRL and the Trustee, respectively, confirmed they do not oppose entry of the Proposed Order. Accordingly, the parties hereby request that the Court enter the attached Proposed Order at its earliest convenience.

17. A redline of the Proposed Order against the form of order proposed by the Hilds in their reply at D.I. 606 is attached hereto as **Exhibit B**.

Dated: December 29, 2025
Wilmington, Delaware

**BLANK ROME LLP**

*/s/ Stanley B. Tarr*
Stanley B. Tarr (DE No. 5535)
Lawrence R. Thomas III (DE No. 6935)
1201 N. Market Street, Suite 800
Wilmington, Delaware 19801
Telephone: (302) 425-6400
Facsimile: (302) 425-6464
Email: Stanley.Tarr@BlankRome.com
Lorenzo.Thomas@BlankRome.com

-and-

Michael B. Schaedle (admitted *pro hac vice)*
Michael D. Silberfarb (admitted *pro hac vice)*
One Logan Square
130 North 18th Street
Philadelphia, Pennsylvania 19103
Telephone: (215) 569-5500
Facsimile: (215) 569-5555
Email: Mike.Schaedle@BlankRome.com
Michael.Silberfarb@BlankRome.com

-and-

**CHIPMAN BROWN CICERO & COLE, LLP**
Alan M. Root (No. 5427)
Bryan J. Hall (No 6285)
Hercules Plaza
1313 N. Market Street, Suite 5400
Wilmington, DE 19801
Tel: (302) 295-0191
Fax: (302) 295-0199
Email: root@chipmanbrown.com
hall@chipmanbrown.com

*Counsel to the Chapter 7 Trustee*