# EXHIBIT A

156105771

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> LIVE WELL FINANCIAL, INC., <br><br> Debtor. | Chapter 7 <br><br> Case No. 19-11317 (LSS) <br><br> Re: D.I. 518, 577, 578, 596, 604, 605, 606 |

## ORDER GRANTING MOTION REQUESTING ORDER OF CLARIFICATION

Upon consideration of the Motion Requesting Order of Clarification (D.I. 577) (the "Motion"), and the objections and replies thereto, and after hearing on December 18, 2025, it is hereby ORDERED that:

1. The Motion is GRANTED as set forth herein,

2. The Court's Order dated February 14, 2024 (D.I. 518) approving the Settlement Agreement is clarified to confirm that it: (a) does not substantiate or grant any pre-judgment claim or perfected interest of the Chapter 7 Trustee against assets of Church Hill Ventures LLC, Gardenia LLC, Kingfisher LLC, Michael C. Hild, or Laura D. Hild; and (b) does not require or compel interpleader of surplus proceeds under Paragraph 4(iii) of the Settlement Agreement.

3. This clarification is without prejudice to any party's rights in future litigation regarding ownership of surplus proceeds.

156105771