LAW OFFICES
# WEIR LLP
A Pennsylvania Limited Liability Partnership

The Widener Building, Fifth Floor
1339 Chestnut Street, Philadelphia, Pennsylvania 19107
WEIRLAWLLP.COM

RECEIVED
2026 JAN -9 A 8: 13
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

On behalf of:
Michael P. Broadhurst, Esquire
Member of PA and NJ Bars

Direct Dial (215) 241-7738
Email: Mbroadhurst@weirlawllp.com

January 6, 2026

**Via Mail**
United States Bankruptcy Court
District of Delaware
824 N. Market St., 3rd Floor
Wilmington DE 19801

Re:   Removal of M. Broadhurst from Live Well Financial, Inc., Case No.: 19-11317-LSS

Dear United States Bankruptcy Court, District of Delaware,

   Michael Broadhurst no longer represents Customer's Bank in the Live Well Financial, Inc, case. Therefore, I request on his behalf to have his name removed from the case and all subsequent emailing lists.

   If there are any questions regarding this request, I may be reached at 215-241-7711.

   I thank the Court for its consideration of this request.

Respectfully,

Rae Teson, Pa.C.P.
Paralegal
Assistant to Michael Broadhurst