# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| LIVE WELL FINANCIAL, INC., | Case No. 19-11317 (LSS) |
| Debtor. | |
| DAVID W. CARICKHOFF, solely in his capacity as chapter 7 trustee of Live Well Financial, Inc., | |
| Plaintiff, | |
| vs. | |
| MICHAEL C. HILD, LAURA D. HILD, CHURCH HILL VENTURES LLC, ANDERSON'S NECK LLC, THE BUTTERBEAN LLC, CLIMAX BEVERAGE CO. LLC, DOGTOWN BREWING LLC, GARDENIA LLC, HOT DIGGITY DONUTS LLC, KINGFISHER LLC, MANASTOH BREWING LLC, URBAN BLEAT CHEESE CO. LLC, ARAGON COFFEE CO. LLC, PETER STUMPF BREWING COMPANY LLC, PIN MONEY PICKLES LLC, ROSENEGK BREWING CO. LLC, VALENTINE'S MEAT-JUICE COMPANY LLC, ERIC G. ROHR, and C. DARREN STUMBERGER, | Adv. No. 21-50966 (LSS) |
| and | |
| JOHN DOES 1-100, | |
| Defendants. | |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON AUGUST 12, 2026 AT 2:30 P.M. (ET)

**This proceeding will be conducted as a hybrid proceeding. Delaware counsel is expected to appear in person and all other parties are permitted to appear remotely via Zoom. Please refer to Judge Silverstein's Chambers Procedures (https://www.https://www.deb.uscourts.gov/judge-laurie-selber-silverstein) and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on the method of allowed participation (video or audio), Judge Silverstein's expectations of remote participants, and the advance registration requirements. Registration is required by 4:00 p.m. (Prevailing Eastern Time) the business day before the hearing unless otherwise noticed using the eCourtAppearances tool available on the Court's website.**

**MAIN CASE – MATTER GOING FORWARD:**

1.    Certification of Counsel Regarding Disposition of Insurance Matters Adjourned Sine Die [Adv. D.I. 625; filed May 26, 2026]

     Related Documents:

     A.    Motion of Michael C. Hild for Relief from the Automatic Stay [D.I. 200; filed March 6, 2020]

     B.    Objection of Chapter 7 Trustee to Motion of Michael C. Hild for Relief from the Automatic Stay [D.I. 228; filed June 3, 2020]

     C.    Motion of the Chapter 7 Trustee Pursuant to Fed. R. Bankr. P. 9019 for Entry of an Order Approving the Confidential Settlement Agreement and Release with Great American Insurance Company [D.I. 231; filed June 24, 2020]

     D.    Objection of Michael C. Hild to Motion of Chapter 7 Trustee Pursuant to Fed R. Bankr. P. 9019 for Entry of an Order Approving the Confidential Settlement Agreement and Release with Great American Insurance Company [D.I. 233; filed July 8, 2020]

     E.    Notice of Filing Corrected Exhibit to Objection of Michael C. Hild to Motion of Chapter 7 Trustee Pursuant to Fed R. Bankr. P. 9019 for Entry of an Order Approving the Confidential Settlement Agreement and Release with Great American Insurance Company [D.I. 234; filed July 9, 2020]

     F.    Notice of Hearing [D.I. 631; filed June 23, 2026]

     Objections/Responses:

     G.    Objection of Michael C. Hild to Certification of Counsel Regarding Disposition of Insurance Matters Adjourned Sine Die [D.I. 628; filed June 2, 2026]

     H.    Chapter 7 Trustee's Reply in Support of Certification of Counsel Regarding Disposition of Insurance Matters Adjourned Sine Die [D.I. 629; filed June 4, 2026]

     I.    Objection to Certification of Counsel Regarding Disposition of Insurance Matters Adjourned Sine Die [D.I. 630; filed June 16, 2026]

     Status:  This matter will go forward.

**ADVERSARY NO. 21-50966 – STATUS CONFERENCE:**

2.    Certification of Counsel Regarding Disposition of Plaintiff's Motion to Strike Answer Solely as to Hild Entities [Adv. D.I. 264; filed July 23, 2026]

Related Documents:

A.      Letter to the Honorable Laurie Selber Silverstein Regarding Mediation [Adv. D.I. 223; filed August 25, 2025]

B.      Order Granting Motion to Withdraw as Counsel to Hild Defendants [Adv. D.I. 232; filed October 30, 2025]

C.      Plaintiff Chapter 7 Trustee's Motion to Strike Answer Solely as to the Hild Entities [Adv. D.I. 234; filed November 17, 2025]

D.      Memorandum in Opposition to Plaintiff Chapter 7 Trustee's Motion to Strike Answer Solely as to the Hild Entities [Adv. D.I. 244-1; served November 28, 2025]

E.      Plaintiff Chapter 7 Trustee's Reply in Support of Motion to Strike Answer Solely as to the Hild Entities [Adv. D.I. 244; filed December 5, 2025]

F.      Notice of Completion of Briefing Regarding Plaintiff Chapter 7 Trustee's Motion to Strike Answer Solely as to the Hild Entities [Adv. D.I. 246; filed December 8, 2025]

G.      Certificate of Service [Adv. D.I. 247; filed December 9, 2025]

H.      Motion for Leave to File Sur-Reply in Opposition to Motion to Strike Answer Solely as to the Hild Entities [Adv. D.I. 252; filed December 15, 2025]

I.      Sur-Reply in Opposition to Motion to Strike Answer Solely as to the Hild Entities and Request for Oral Argument [Adv. D.I. 253; filed December 15, 2025]

J.      Plaintiff's Request for Entry of Default Against Hild Entity Defendants [Adv. D.I. 262; filed July 14, 2026]

K.      Denial of Request for Entry of Default [Adv. D.I. 263; entered July 16, 2026]

L.      Defendants Michael C. Hild and Laura D. Hild's Opposition to Plaintiff's Request for Disposition of Plaintiff's Motion to Strike Answer Solely as to the Hild Entities [D.I. TBD; served August 6, 2026]

Status: Counsel for Trustee has requested the Court enter the Proposed Order.  To the extent the Court requires a hearing on this matter, counsel for the Trustee requests a status conference with respect to this matter.

Dated:  August 10, 2026
        Wilmington, Delaware

**BLANK ROME LLP**

*/s/ Lawrence R. Thomas III*
Stanley B. Tarr (DE No. 5535)
Lawrence R. Thomas III (DE No. 6935)
1201 N. Market Street, Suite 800
Wilmington, Delaware 19801
Telephone:    (302) 425-6400
Facsimile:    (302) 425-6464
Email:        Stanley.Tarr@BlankRome.com
              Lorenzo.Thomas@BlankRome.com

Michael B. Schaedle (*pro hac vice*)
One Logan Square
130 North 18th Street
Philadelphia, Pennsylvania 19103
Telephone:    (215) 569-5500
Facsimile:    (215) 569-5555
Email:        Mike.Schaedle@BlankRome.com

*Special Counsel to the Chapter 7 Trustee*