## <u>CERTIFICATE OF SERVICE</u>

I, Lawrence R. Thomas, hereby certify that on August 10, 2026, I served or caused to be served the foregoing *Notice of Agenda of Matters Scheduled for Hearing on August 12, 2026 at 2:30 p.m. (ET)* via (i) CM/ECF upon those parties registered to receive such electronic notifications in this case, (ii) electronic upon all parties that have requested in this case to receive notice pursuant to Bankruptcy Rule 2002, which parties are identified on the attached service list, and (iii) electronic mail and United States Postal Service upon the following:

Michael and Laura Hild
2302 E. MARSHALL STREET
RICHMOND, VA 23223
michaelchristopherhild@gmail.com
luludyer@yahoo.com

Michael Hild; Register Number: 93692-083
FCI Petersburg Low
FEDERAL CORRECTIONAL INSTITUTION
SATELLITE CAMP
P.O. BOX 1000
PETERSBURG, VA   23804

Church Hill Ventures LLC; Anderson's Neck LLC; The Butterbean LLC; Dogtown Brewing LLC; Gardenia LLC; Hot Diggity Donuts LLC; Kingfisher LLC; Manastoh Brewing LLC; Aragon Coffee Co. LLC; Peter Stumpf Brewing Company LLC; Pin Money Pickles LLC; Rosenegk Brewing Co. LLC; Valentine's Meat-Juice Company LLC
c/o Laura Hild, as registered agent
FOREST HILL STATION
PO BOX 14144
RICHMOND, VA, 23225 – 9091

Climax Beverage Co. LLC; Urban Bleat Cheese Co. LLC
c/o Laura Hild, as registered agent
2302 E. MARSHALL ST.
RICHMOND, VA, 23223 – 0000

Darren Stumberger
cdjs2013@gmail.com

*/s/ Lawrence R. Thomas III*
Lawrence R. Thomas III (DE No. 6935)

**SERVICE LIST**

| Linda J. Casey | Office of the United States Trustee | linda.casey@usdoj.gov |
|---|---|---|
| Neil B. Glassman | Bayard, P.A. | nglassman@bayardlaw.com |
| Adam G. Landis | Landis Rath & Cobb LLP | landis@lrclaw.com |
| Adam C. Harris | McDermott Will & Schulte LLP | adam.harris@srz.com |
| Tara LeDay | McCreary, Veselka, Bragg & Allen | tleday@mvbalaw.com |
| William S. Sugden | Alston & Bird LLP | will.sugden@alston.com |
| Alexandra D. Blye | Carlton Fields Jorden Burt, P.A. | ablye@carltonfields.com |
| Michael Busenkell | Gellert Seitz Busenkell & Brown | mbusenkell@gsbblaw.com |
| R. Craig Martin | DLA Piper LLP (US) | craig.martin@dlapiper.com |
| Richard M. Kremen | DLA Piper LLP (US) | richard.kremen@dlapiper.com |
| Kristy N. Grace | DLA Piper LLP (US) | kristy.grace@dlapiper.com |
| Geoffrey G. Grivner | Buchanan Ingersoll & Rooney PC | Geoffrey.grivner@bipc.com |
| Mark Pfeiffer | Buchanan Ingersoll & Rooney PC | mark.pfeiffer@bipc.com |
| Christopher D. Loizides | Loizides, P.A. | loizides@loizides.com |
| Jack A. Raisner | Raisner Roupinian LLP | jar@raisnerroupinian.com |
| René S. Roupinian | Raisner Roupinian LLP | rsr@raisnerroupinian.com |
| David M. Klauder | Bielli & Klauder, LLC | dklauder@bk-legal.com |
| Brian Kantar | Chiesa Shahinian & Giantomasi | bkantar@csglaw.com |
| Scott A. Zuber | Chiesa Shahinian & Giantomasi | szuber@csglaw.com |
| J. Cory Falgowski | Burr & Forman LLP | jfalgowski@burr.com |
| Alessandra Glorioso | Dorsey & Whitney (Delaware) LLP | glorioso.alessandra@dorsey.com |
| Eric Lopez Schnabel | Dorsey & Whitney (Delaware) LLP | schnabel.eric@dorsey.com |
| Jeffrey S. Cianciulli | Weir LLP | jcianciulli@weirpartners.com |
| Walter Weir, Jr. | Weir LLP | wweir@weirpartners.com |
| Michael P. Broadhurst | Weir LLP | mbroadhurst@weirpartners.com |
| Carol MacElree | Customers Bank | cmacelree@customersbank.com |
| Jason C. Kuhlman | The Law Office Of Jason C. Kuhlman | jason@jckuhlmanlaw.com |
| Akshay N. Belani | Troutman Pepper Locke LLP | akshay.belani@troutman.com |
| Stephen L. Ascher | Jenner & Block LLP | sascher@jenner.com |
| Robert J. Diehl, Jr. | Bodman PLC | rdiehl@bodmanlaw.com |
| Gregory S. Schwegmann | Reid Collins & Tsai LLP | gschwegmann@reidcollins.com |
| F. Troupe Mickler IV | Ashby & Geddes, P.A. | tmickler@ashbygeddes.com |
| Robert H. Chappell, III | Spotts Fain, PC | rchappell@spottsfain.com |
| Timothy G. Moore | Spotts Fain, PC | tmoore@spottsfain.com |
| Christopher A. Hurley | Spotts Fain, PC | churley@spottsfain.com |
| Michael C. Hild | | michaelchristopherhild@gmail.com |
| Laura D. Hild | | luludyer@yahoo.com |
| Darren Stumberger | | cdjs2013@gmail.com |