**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>LIVE WELL FINANCIAL, INC.,<br><br>Debtor. | Chapter 7<br><br>Case No. 19-11317 (LSS)<br><br>**Re: D.I. 635** |

**MOTION FOR LEAVE TO FILE CHAPTER 7 TRUSTEE'S SUR-REPLY TO MICHAEL C. HILD'S SUPPLEMENTAL SUBMISSION REGARDING THE D&O POLICY'S "FINAL, NON-APPEALABLE ADJUDICATION" REQUIREMENT**

David W. Carickhoff, in his capacity as chapter 7 trustee ("Trustee") of the bankruptcy estate of the above-captioned debtor ("Debtor"), hereby submits this motion (the "Motion for Leave") for entry of an order, substantially in the form attached to this Motion as **Exhibit A** (the "Proposed Order"), for leave under section 105(a) of title 11 of the United States Code (the "Bankruptcy Code"), rule 9006(d)(2) of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rule"), and rule 9006-1(d) of the Local Rules of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") to file a sur-reply, a copy of which is attached to this Motion as **Exhibit B**, (the "Sur-Reply") to *Michael C. Hild's Supplemental Submission Regarding the D&O Policy's "Final, Non-Appealable Adjudication" Requirement* [D.I. 635] ("Unauthorized Filing"). In support of this Motion for Leave, the Trustee respectfully states as follows:

**JURISDICTION AND VENUE**

1. The Court has jurisdiction over this matter under 28 U.S.C. §§ 157 and 1334, and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware dated as of February 29, 2012. This is a core proceeding under 28 U.S.C. § 157 (b).

2. Venue is proper in this district under 28 U.S.C. §§ 1408 and 1409.

3. The Trustee consents to the entry of a final order or judgment by the Court on this Motion for Leave if it is determined that the Court, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution.

**RELEVANT BACKGROUND**

4. On August 27, 2019, a criminal matter (Case No. 19-cr-00602-RA, "Criminal Matter") was commenced against Michael C. Hild ("Hild") in the United States District Court for the Southern District of New York ("SDNY").

5. On March 6, 2020, Hild filed a motion in this Court [D.I. 200] ("Stay Relief Motion") seeking entry of an order granting him relief from the automatic stay to allow him to compel payment of defense litigation costs from Great American Insurance Group ("Insurer") under the Management Liability Solution Insurance Policy Number DOL1345852 ("D&O Policy") and to permit him to recover and collect D&O Policy proceeds from or related causes of action against the Insurer.

6. On June 3, 2020, the Trustee opposed the Stay Relief Motion [D.I. 228].

7. On June 24, 2020, the Trustee filed his motion [D.I. 231] ("Settlement Motion" and together with the Stay Relief Motion, "Competing Matters") seeking entry of an order pursuant to Bankruptcy Rule 9019 ("Proposed Order") approving a settlement agreement by and between the Trustee and the Insurer.

8. On July 8, 2020, Hild interposed his objection to the Settlement Motion [D.I. 233, 234].

9. On July 23, 2020, this Court held oral argument on the Competing Matters and, thereafter, took such matters under advisement but subject to a further hearing pending attempts

by Hild (through counsel) and the Trustee to negotiate a settlement of their competing claims to the Policy proceeds.

10. In April 2021, following a fourteen-day trial, a jury in the underlying Criminal Matter found Hild guilty on counts of (1) conspiracy to commit securities fraud, (2) conspiracy to commit wire and bank fraud, (3) securities fraud, (4) wire fraud, and (5) bank fraud.

11. On January 31, 2023, judgment ("Judgment") was entered in the Criminal Matter against Hild, sentencing him to 44 months in jail, entering money judgment against him in the amount of $22,606,752, ordering him to pay restitution, and entering a preliminary order of forfeiture with respect to certain property and the money judgment, among other things.

12. On February 8, 2023, Hild filed his original notice of appeal from the Judgment in the United States Court of Appeals for the Second Circuit (Case No. 23-6136-cr, as amended, "Appeal").

13. On July 30, 2025, the Second Circuit entered a summary order affirming the Judgement and on February 3, 2026, the Second Circuit denied Hild's petition for rehearing *en banc*. On February 17, 2026, a judgment mandate issued.

14. On March 23, 2026, Hild filed a petition for a writ of *certiorari*.

15. On April 27, 2026, the Supreme Court of the United States of America denied Hild's petition for a writ of *certiorari* ("Cert Denial") to review (a) the judgment entered on July 30, 2025 by the Second Circuit as well as (b) the Second Circuit's denial of his request for panel and *en banc* rehearing on February 3, 2026.

16. On May 26, 2026, the Trustee filed the *Certification of Counsel Regarding Disposition of Insurance Matters Adjourned Sine Die* [D.I. 625] (the "Certification of Counsel").

17. On June 2, 2026, Hild filed the *Objection of Michael C. Hild to Certification of Counsel Regarding Disposition of Insurance Matters Adjourned Sine Die* [D.I. 628].

18. On June 4, 2026, the Trustee filed the *Chapter 7 Trustee's Reply in Support of Certification of Counsel Regarding Disposition of Insurance Matters Adjourned Sine Die* [D.I. 629].

19. On June 16, 2026, Darren Stumberger ("Stumberger") filed the *Objection to Certification of Counsel Regarding Disposition of Insurance Matters Adjourned Sine Die* [D.I. 630].

20. On August 12, 2026, the Court held a hearing on the Competing Matters (the "Hearing").

21. On August 21, 2026, the Unauthorized Filing was docketed and asserted new arguments.

**RELIEF REQUESTED**

22. By this Motion for Leave, the Trustee seeks entry of the Proposed Order under Bankruptcy Code section 105(a), Bankruptcy Rule 9006(d)(2), and Local Rule 9006-1(d) granting the Trustee leave to file the Sur-Reply.

**BASIS FOR RELIEF**

23. Bankruptcy Rule 9006(d)(2) provides that ". . . any written response must be served at least 1 day before the hearing, unless the court allows otherwise" and Local Rule 9006-1(d) provides that "[r]eply papers . . . may be filed by 4:00 p.m. prevailing Eastern Time the day prior to the deadline for filing the agenda." *See* Fed. R. Bankr. P. 9006(d)(2); Del. Bankr. L.R. 9006-1(d). Absent leave of the Court, the Trustee would be unable to file the Sur-Reply and the Court would be denied the opportunity to review the Trustee's responses to the obfuscation manifest in

the Unauthorized Filing. The Unauthorized Filing pushes the bounds of permissible motions practice, attaching 80 pages of exhibits and raising new legal argument. All of this should have been introduced and/or raised at the Hearing notwithstanding the legal infirmities of the new arguments. In light of the foregoing, the Trustee prays the Court afford an opportunity to reply. The Trustee believes the Sur-Reply will aid the Court in its consideration of the relevant issues.

WHEREFORE, the Trustee respectfully requests that the Court enters an order, substantially in the form of the Proposed Order, granting the Trustee leave to file its Sur Reply, and grant such other and further relief as the Court deems just and proper.

Dated: August 25, 2026
Wilmington, Delaware

**BLANK ROME LLP**

*/s/ Stanley B. Tarr*
Stanley B. Tarr (DE No. 5535)
Lawrence R. Thomas III (DE No. 6935)
1201 N. Market Street, Suite 800
Wilmington, Delaware 19801
Telephone: (302) 425-6400
Facsimile: (302) 425-6464
Email: Stanley.Tarr@BlankRome.com
Lorenzo.Thomas@BlankRome.com

-and-

Michael B. Schaedle (admitted *pro hac vice)*
Michael D. Silberfarb (admitted *pro hac vice)*
One Logan Square
130 North 18th Street
Philadelphia, Pennsylvania 19103
Telephone: (215) 569-5500
Facsimile: (215) 569-5555
Email: Mike.Schaedle@BlankRome.com
Michael.Silberfarb@BlankRome.com

-and-

**CHIPMAN BROWN CICERO & COLE, LLP**
Alan M. Root (No. 5427)
Bryan J. Hall (No 6285)
Hercules Plaza
1313 N. Market Street, Suite 5400
Wilmington, DE 19801

Tel: (302) 295-0191
Fax: (302) 295-0199
Email: root@chipmanbrown.com
hall@chipmanbrown.com

*Counsel to the Chapter 7 Trustee*