# EXHIBIT A

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>LIVE WELL FINANCIAL, INC.,<br><br>Debtor. | Chapter 7<br><br>Case No. 19-11317 (LSS) |

**ORDER GRANTING CHAPTER 7 TRUSTEE LEAVE TO FILE SUR-REPLY**

Upon the Motion (the "Motion"),[1] of David W. Carickhoff, in his capacity as chapter 7 trustee ("Trustee") of the bankruptcy estate of the above-captioned debtor ("Debtor") for leave to file a sur-reply (the "Sur-Reply") to *Michael C. Hild's Supplemental Submission Regarding the D&O Policy's "Final, Non-Appealable Adjudication" Requirement* [D.I. 635]; and the Court having reviewed the Motion; and the Court having found that (i) the Court has jurisdiction over this matter under 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012, (ii) venue is proper in this district under 28 U.S.C. §§ 1408 and 1409, (iii) this is a core proceeding under 28 U.S.C. § 157(b), (iv) service and notice of the Motion was sufficient under the circumstances, and (v) good and sufficient cause having been shown; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED, as set forth in this Order.

2. The Sur-Reply attached to the Motion is deemed filed on the docket of this chapter 11 case.

[1] Any terms used but not defined shall have the meaning ascribed to them in the Motion.

3. This Court shall retain jurisdiction over any and all matters arising from the interpretation or implementation of this Order.