**CERTIFICATE OF SERVICE**

I, Stanley B. Tarr, hereby certify that on September 23, 2026, I served or caused to be served the foregoing *Chapter 7 Trustee's Objection to Motion of Michael C. Hild for an Order Requiring the Chapter 7 Trustee to Furnish Information Concerning the Administration and Preservation of Potential Estate Claims Pursuant to 11 U.S.C. §§ 105(a) and 704(a)(7)* via (i) CM/ECF upon those parties registered to receive such electronic notifications in this case, (ii) electronic upon all parties that have requested in this case to receive notice pursuant to Bankruptcy Rule 2002, which parties are identified on the attached service list, and (iii) United States Postal Service upon the following:

Michael C. Hild; Register Number: 93692-083
FCI Petersburg Low
FEDERAL CORRECTIONAL INSTITUTION
SATELLITE CAMP
P.O. BOX 1000
PETERSBURG, VA 23804

*<u>/s/ Stanley B. Tarr</u>*
Stanley B. Tarr (DE No. 5535)

**SERVICE LIST**

| | | |
|---|---|---|
| Linda J. Casey | Office of the United States Trustee | linda.casey@usdoj.gov |
| Neil B. Glassman | Bayard, P.A. | nglassman@bayardlaw.com |
| Adam G. Landis | Landis Rath & Cobb LLP | landis@lrclaw.com |
| Adam C. Harris | McDermott Will & Schulte LLP | adam.harris@srz.com |
| Tara LeDay | McCreary, Veselka, Bragg & Allen | tleday@mvbalaw.com |
| William S. Sugden | Alston & Bird LLP | will.sugden@alston.com |
| Alexandra D. Blye | Carlton Fields Jorden Burt, P.A. | ablye@carltonfields.com |
| Michael Busenkell | Gellert Seitz Busenkell & Brown | mbusenkell@gsbblaw.com |
| R. Craig Martin | DLA Piper LLP (US) | craig.martin@dlapiper.com |
| Richard M. Kremen | DLA Piper LLP (US) | richard.kremen@dlapiper.com |
| Kristy N. Grace | DLA Piper LLP (US) | kristy.grace@dlapiper.com |
| Geoffrey G. Grivner | Buchanan Ingersoll & Rooney PC | Geoffrey.grivner@bipc.com |
| Mark Pfeiffer | Buchanan Ingersoll & Rooney PC | mark.pfeiffer@bipc.com |
| Christopher D. Loizides | Loizides, P.A. | loizides@loizides.com |
| Jack A. Raisner | Raisner Roupinian LLP | jar@raisnerroupinian.com |
| René S. Roupinian | Raisner Roupinian LLP | rsr@raisnerroupinian.com |
| David M. Klauder | Bielli & Klauder, LLC | dklauder@bk-legal.com |
| Brian Kantar | Chiesa Shahinian & Giantomasi | bkantar@csglaw.com |
| Scott A. Zuber | Chiesa Shahinian & Giantomasi | szuber@csglaw.com |
| J. Cory Falgowski | Burr & Forman LLP | jfalgowski@burr.com |
| Alessandra Glorioso | Dorsey & Whitney (Delaware) LLP | glorioso.alessandra@dorsey.com |
| Eric Lopez Schnabel | Dorsey & Whitney (Delaware) LLP | schnabel.eric@dorsey.com |
| Jeffrey S. Cianciulli | Weir LLP | jcianciulli@weirpartners.com |
| Walter Weir, Jr. | Weir LLP | wweir@weirpartners.com |
| Michael P. Broadhurst | Weir LLP | mbroadhurst@weirpartners.com |
| Carol MacElree | Customers Bank | cmacelree@customersbank.com |
| Jason C. Kuhlman | The Law Office Of Jason C. Kuhlman | jason@jckuhlmanlaw.com |
| Akshay N. Belani | Troutman Pepper Locke LLP | akshay.belani@troutman.com |
| Stephen L. Ascher | Jenner & Block LLP | sascher@jenner.com |
| Robert J. Diehl, Jr. | Bodman PLC | rdiehl@bodmanlaw.com |
| Gregory S. Schwegmann | Reid Collins & Tsai LLP | gschwegmann@reidcollins.com |
| F. Troupe Mickler IV | Ashby & Geddes, P.A. | tmickler@ashbygeddes.com |
| Robert H. Chappell, III | Spotts Fain, PC | rchappell@spottsfain.com |
| Timothy G. Moore | Spotts Fain, PC | tmoore@spottsfain.com |
| Christopher A. Hurley | Spotts Fain, PC | churley@spottsfain.com |
| Darren Stumberger | | cdjs2013@gmail.com |
| Laura D. Hild | | luludyer@yahoo.com |
| Michael C. Hild | | michaelchristopherhild@gmail.com |
| John D. McLaughlin, Jr. | Ciardi Ciardi & Astin | jmclaughlin@ciardilaw.com |
| Albert A. Ciardi, III | Ciardi Ciardi & Astin | aciardi@ciardilaw.com |
| John Andrew Baxter | Scale LLP | abaxter@scalefirm.com |