**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>LIVE WELL FINANCIAL, INC.,<br><br>Debtor. | Chapter 7<br><br>Case No. 19-11317 (LSS) |
| DAVID W. CARICKHOFF, solely in his capacity as chapter 7 trustee of Live Well Financial, Inc.,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL C. HILD, LAURA D. HILD, CHURCH HILL VENTURES LLC, ANDERSON'S NECK LLC, THE BUTTERBEAN LLC, CLIMAX BEVERAGE CO. LLC, DOGTOWN BREWING LLC, GARDENIA LLC, HOT DIGGITY DONUTS LLC, KINGFISHER LLC, MANASTOH BREWING LLC, URBAN BLEAT CHEESE CO. LLC, ARAGON COFFEE CO. LLC, PETER STUMPF BREWING COMPANY LLC, PIN MONEY PICKLES LLC, ROSENEGK BREWING CO. LLC, VALENTINE'S MEAT-JUICE COMPANY LLC, ERIC G. ROHR, and C. DARREN STUMBERGER,<br><br>and<br><br>JOHN DOES 1-100,<br><br>Defendants. | Adv. No. 21-50966 (LSS) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR**
**<u>HEARING ON SEPTEMBER 30, 2026 AT 3:30 P.M. (ET)</u>**

**This proceeding will be conducted in-person. All counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom. Please refer to Judge Silverstein's Chambers Procedures (https://www.https://www.deb.uscourts.gov/judge-laurie-selber-silverstein) and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (video or audio), Judge Silverstein's expectations of remote participants, and the advance registration requirements. Registration is required by 4:00 p.m. (Prevailing Eastern Time) the business day before the hearing unless otherwise noticed using the eCourtAppearances tool available on the Court's website.**

**MAIN CASE – RESOLVED MATTERS:**

1. Motion of the Chapter 7 Trustee Pursuant to Fed. R. Bankr. P. 9019 for Entry of an Order Approving the Settlement Agreements with Five Elms Equity Fund I, L.P., Five Elms Haakon, L.P., and Five Elms Coinvest, L.P. [D.I. 639; filed August 28, 2026]

Objection/Response Deadline: September 11, 2026 at 4:00 p.m.

Objections/Responses: None.

Related Documents:

A. Certificate of No Objection Regarding Motion of the Chapter 7 Trustee Pursuant to Fed. R. Bankr. P. 9019 for Entry of an Order Approving the Settlement Agreements with Five Elms Equity Fund I, L.P., Five Elms Haakon, L.P., and Five Elms Coinvest, L.P. [D.I. 643; filed September 14, 2026]

B. Order Approving The Settlement Agreements With Five Elms Equity Fund I, L.P., Five Elms Haakon, L.P., And Five Elms Coinvest, L.P. [D.I. 647 entered September 18, 2026]

Status: An order has been entered by the Court.

2. Motion of the Chapter 7 Trustee Pursuant to Fed. R. Bankr. P. 9019 for Entry of an Order Approving the Settlement Agreement with James P. Karides, Brett J. Rome, LWFVEST LLC, North Hill Ventures II, LP [D.I. 640; filed August 28, 2026]

Objection/Response Deadline: September 11, 2026 at 4:00 p.m.

Objections/Responses: None.

Related Documents:

A. Certificate of No Objection Regarding Motion of the Chapter 7 Trustee Pursuant to Fed. R. Bankr. P. 9019 for Entry of an Order Approving the Settlement Agreement with James P. Karides, Brett J. Rome, LWFVEST LLC, North Hill Ventures II, LP [D.I. 644; filed September 14, 2026]

B. Order Approving The Settlement Agreement With James P. Karides, Brett J. Rome, LWFVEST LLC, North Hill Ventures II, LP [D.I. 648; entered September 18, 2026]

Status: An order has been entered by the Court.

3. Motion of the Chapter 7 Trustee for Entry of an Order Extending the Deadline to File Notices of Removal of Claims and Causes of Action Pursuant to 28 U.S.C. 1452 [D.I. 641; filed August 28, 2026]

Objection/Response Deadline: September 11, 2026 at 4:00 p.m.

Objections/Responses: None.

Related Documents:

A. Certificate of No Objection Regarding Motion of the Chapter 7 Trustee for Entry of an Order Extending the Deadline to File Notices of Removal of Claims and Causes of Action Pursuant to 28 U.S.C. 1452 [D.I. 645; filed September 14, 2026]

B. Order Extending the Deadline for the Chapter 7 Trustee to File Notices of Removal of Claims and Causes of Action [D.I. 649; entered September 18, 2026]

Status: An order has been entered by the Court.

**ADVERSARY NO. 21-50966 – RESOLVED MATTER:**

4. Defendants Michael C. Hild and Laura D. Hild's Motion for Sixty-Day Extension of Time for Hild Entities to Retain Substitute Counsel and Request for Expedited Consideration [Adv. D.I. 272; filed September 11, 2026]

Objections/Responses:

A. Plaintiff Chapter 7 Trustee's Opposition to Defendants Michael C. Hild and Laura D. Hild's Motion for Sixty-Day Extension of Time for Hild Entities to Retain Substitute Counsel and Request for Expedited Consideration [Adv. D.I. 271; filed September 8, 2026]

Related Documents:

B. Order [Adv. D.I. 268; entered August 20, 2026]

C. Reply in Support of Motion for Sixty-Day Extension of Time for Hild Entities to Retain Substitute Counsel and Request for Expedited Consideration [Adv. D.I. 273; filed September 14, 2026]

D. Notice of Appearance [Adv. D.I. 274; filed September 14, 2026]

E. Order Granting Motion for Admission pro hac vice of J. Andrew Baxter [Adv. D.I. 279; entered September 24, 2026]

Status: The Hild Entities have retained counsel. This matter is now moot.

**MAIN CASE – MATTER GOING FORWARD:**

5. Motion of Michael C. Hild for an Order Requiring the Chapter 7 Trustee to Furnish Information Concerning the Administration and Preservation of Potential Estate Claims [D.I. 646; filed September 16, 2026]

Objection/Response Deadline: September 23, 2026 at 4:00 p.m.

Objections/Responses:

A. Chapter 7 Trustee's Objection to Motion of Michael C. Hild for an Order Requiring the Chapter 7 Trustee to Furnish Information Concerning the Administration and Preservation of Potential Estate Claims Pursuant to 11 U.S.C. §§ 105(a) and 704(a)(7) [D.I. 650; filed September 23, 2026]

Related Documents: None.

Status: This matter will go forward.

**ADVERSARY NO. 21-50966 – STATUS CONFERENCE:**

6. Carickhoff v. Hild, *et al.*, Adv. Proc. No. 21-50966-LSS.

Status: The Trustee had a meet and confer with opposing counsel and now seeks guidance from the Court with respect to moving this adversary proceeding forward.

Dated: September 28, 2026
Wilmington, Delaware

**BLANK ROME LLP**

*/s/ Lawrence R. Thomas III*
Stanley B. Tarr (DE No. 5535)
Lawrence R. Thomas III (DE No. 6935)
1201 N. Market Street, Suite 800
Wilmington, Delaware 19801
Telephone: (302) 425-6400
Facsimile: (302) 425-6464
Email: Stanley.Tarr@BlankRome.com
Lorenzo.Thomas@BlankRome.com

Michael B. Schaedle (*pro hac vice*)
One Logan Square
130 North 18th Street
Philadelphia, Pennsylvania 19103
Telephone: (215) 569-5500
Facsimile: (215) 569-5555
Email: Mike.Schaedle@BlankRome.com

*Special Counsel to the Chapter 7 Trustee*