# EXHIBIT B

Declaration of Darren Stumberger, *United States v. Stumberger*, No. 19-cr-608 (RA) (S.D.N.Y. Sept. 10, 2026), ECF No. 50

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **DARREN STUMBERGER,**<br>**Petitioner,**<br>**-v.-**<br>**UNITED STATES OF AMERICA,**<br>**Respondent.** | **26-cv-_______ (RA)** |
| **UNITED STATES OF AMERICA,**<br>**-v.-**<br>**DARREN STUMBERGER,**<br>**Defendant.** | **19-cr-608 (RA)** |

**DECLARATION OF DARREN STUMBERGER**

I, Darren Stumberger, the petitioner in the above-captioned action, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that I have read the accompanying Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence. The factual statements in the motion that concern my personal knowledge, actions, communications, understanding, and beliefs are true and correct to the best of my knowledge.

Executed this 10th day of September 2026, in Red Bank, New Jersey

Darren Stumberger
Darren Stumberger