**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| LIVE WELL FINANCIAL, INC., | Case No. 19-11317 (LSS) |
| Debtor. | |

**CERTIFICATION OF COUNSEL REGARDING**
**SCHEDULING OF OMNIBUS HEARING DATE**

The undersigned counsel hereby certifies he has obtained from the United States Bankruptcy Court for the District of Delaware the hearing date set forth on the proposed order attached hereto as **Exhibit A.**

Dated: October 2, 2026
Wilmington, Delaware

**BLANK ROME LLP**

*/s/ Lawrence R. Thomas III*

Stanley B. Tarr (DE No. 5535)
Lawrence R. Thomas III (DE No. 6935)
1201 N. Market Street, Suite 800
Wilmington, Delaware 19801
Telephone: (302) 425-6400
Facsimile: (302) 425-6464
Email: Stanley.Tarr@BlankRome.com
Lorenzo.Thomas@BlankRome.com

Michael B. Schaedle (*pro hac vice*)
One Logan Square
130 North 18th Street
Philadelphia, Pennsylvania 19103
Telephone: (215) 569-5500
Facsimile: (215) 569-5555
Email: Mike.Schaedle@BlankRome.com

*Special Counsel to the Chapter 7 Trustee*